United States District Court
Southern District of Texas
FILED

JAN 03 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON <br> Plaintiffs <br><br> VS. <br><br> STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER <br> Defendants | § § § § § § § § § § § § § § § CIVIL ACTION NO. C-00-003 |

## DOBSON'S & ALBRITTON'S (PLAINTIFFS') COMPLAINT IN INTERPLEADER AND REQUEST FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

### A. PARTIES

1.     Interpleader-plaintiffs are Bill Dobson d/b/a Dobson Excavating and Trucking and John Albritton, citizens of the State of Alabama, who tender the limits of their insurance policy, One Million and no/100 Dollars ($1,000,000.00), into the registry of the Court, and seek relief of this Court from any activities of all other Courts insofar as those activities relate to Bill Dobson d/b/a Dobson Excavating and Trucking ("Dobson") and John Albritton.

2.     Defendant Stan Wilson is the guardian of Jeremy Sean Wilson an incapacitated person, and as such he is an individual who is a citizen of the State of Texas, who may be served with process at 11310 Piedra Creek, Corpus Christi, Texas 78410.

    Defendant Krista Wilson, is an individual who is a citizen of the State of Texas, who may be served with process at 11310 Piedra Creek, Corpus Christi, Texas 78410.

Defendant Anastasia Robson, administrator of the Estate of Natalie Bredthauer, Deceased, is an individual who is a citizen the State of Texas, who may be served with process at 13726 Vinery Lane, Cypress, Texas 77429.

Defendant Dr. Larry Bredthauer, father of Natalie Bredthauer, is an individual who is a citizen the State of Texas, who may be served with process at 4103 Manzanita, Georgetown, Texas 78628.

### B. JURISDICTION: 28 U.S.C. §1332 and Rule 22

3.  At the time of this lawsuit, and all preceding filings, Interpleader-plaintiffs were diverse from each defendant, and the amount in controversy exceeded $75,000.00, exclusive of interest and costs. The parties who will claim the proceeds of Dobson's insurance policy are all citizens of the State of Texas: Stan Wilson, Individually, and as Guardian of Jeremy Sean Wilson, An Incapacitated Person, Krista Wilson, Anastasia Robson, Individually, and as Administrator of the Estate of Natalie Bredthauer, Deceased, and Dr. Larry Bredthauer.

### C. THE PROPERTY

4.  The property subject to this interpleader is the insurance policy issued by John Deere which covered Dobson's eighteen-wheeler rig, and its driver, John Albritton. The policy, issued 09/01/98 - 09/01/99, number CT760411-8098-981, is in an amount of $1,000,000.00.

### D. THE CLAIMS

5.  There are multiple claims against the property subject to this interpleader by the Defendants listed above. (See Exhibit A-B, letters of representation and claim for recovery.)

6.  Defendants' claims against the property subject to this interpleader are adverse in that there is only $1,000,000.00 in coverage, an amount which will likely be insufficient to satisfy the demands of the Defendants. An understanding of the background facts should be helpful to the Court. On

July 5, 1999, John Albritton was driving Dobson's eighteen wheeler rig south from Beeville, Texas, south toward Skidmore, Texas. When Mr. Albritton slammed on his brakes to avoid a driver braking in front of him on a wet, slick roadway, his eighteen wheeler slid from his lane of traffic, and jack-knifed across the median and into oncoming, northbound traffic on U.S. Highway 181.

Three college students, Natalie Bredthauer, Jeremy Sean Wilson, and Krista Leigh Wilson, were in a northbound car that ran up under the trailer of the eighteen wheeler rig. Natalie Bredthauer died, and Jeremy Sean Wilson and Krista Leigh Wilson suffered injuries. It is believed that Jeremy Sean Wilson's injuries were to the head and quite serious, though the exact extent of such injuries are unknown to Petitioners at this time. His medical care will likely extend for some time into the future. It is believed that Krista Leigh Wilson has returned to college and is pursuing her studies there.

### E. THE INTERPLEADER

7.  Interpleader-plaintiffs have a reasonable fear of multiple liability because of these adverse claims and only $1,000,000.00 to satisfy said claims.

8.  Interpleader-plaintiffs are unsure of the portion of the proceeds to which each defendant is entitled.

### F. OTHER PROCEEDINGS

9.  To date, Defendants have not filed any claims against Petitioners, but have petitioned the State Court for perpetuation of testimony prior to filing suit. (See Exhibit C, attached.) However, all matters between Petitioners and Respondents have been carried out by agreement to date without the intervention of the Probate Court--County Court at Law No. 4, Nueces County, State of Texas. No service has been affected upon Petitioners in State Court; neither Dobson nor Albritton have appeared in the State Court nor agreed to jurisdiction in the State Court. However, Defendants still

desire the depositions of Petitioners.

## F. PRAYER

10.   For these reasons, Interpleader-plaintiffs request that the court:

a)   discharge Plaintiffs from the lawsuit and relieve them from all claims made against them once the extent of their liability is made certain;
b)   restrain each Defendant from instituting an action in any other forum against Plaintiff relating to claims arising from the accident;
c)   dismiss all actions in the State Court, whether claims or requests for discovery, which could be interpreted to bring the Petitioners before the State Court; and
d)   award Plaintiff their reasonable costs and attorney's fees.

Respectfully submitted,

SCHAUER, SIMANK & LEDBETTER
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477
(361) 884-2800
(361) 884-2822  FAX

By: _____
V. Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624
ATTORNEYS FOR PLAINTIFFS, BILL DOBSON,
D/B/A DOBSON EXCAVATING AND TRUCKING
AND JOHN ALBRITTON

Exhibits:
A   July 15, 1999 David Crago letter stating claims of Wilson Defendants
B   August 10, 1999 Randy Howry letter of representation of Dr. Bredthauer
C   Petition to Perpetuate Testimony Prior to Filing Suit

# BRIN & BRIN, P.C.
### ATTORNEYS AT LAW

CORPUS CHRISTI OFFICE
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404
TELEPHONE (361) 881-9643
FAX (361) 883-0506

FOUNTAINHEAD ONE
8200 I-10 WEST, SUITE 610
SAN ANTONIO, TEXAS 78230
TELEPHONE (210) 341-9711
FAX (210) 341-1854

DAVID H. CRAGO
MEMBER OF THE FIRM

July 15, 1999

BROWNSVILLE OFFICE
1205 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 544-7110
FAX (956) 544-0607

**Via Fax:**
Ms. V. Elizabeth Ledbetter
SCHAUER, SIMANK & LEDBETTER
615 Upper N. Broadway, Suite 2000
Corpus Christi, Texas 78477

EDINBURG OFFICE
118 EAST CANO
EDINBURG, TEXAS 78539
TELEPHONE (956) 381-6602
FAX (956) 381-0725

Re:   Cause No: 000490-4, <u>Jeremy Sean Wilson, Krista Leigh Wilson and Natalie Bredthauer, deceased vs. Dobson Excavating & Trucking</u>, in County Court No. Four, Nueces County, Texas.

Dear Ms. Ledbetter:

Please accept this letter as formal notice that I, along with Paul Swacina represent Jeremy and Krista Wilson in a pending claim against known and unknown Defendants, including Dobson Excavating & Trucking. I understand you are the attorney for Dobson Excavating & Truck. There are several areas of concern I would like to address.

First, Jeremy Wilson's condition is extremely serious. Our first priority is to do everything we can to assist the family in their efforts to insure a speedy and full recovery for him. Krista Wilson was seriously injured, but has returned to Texas A&M, College Station.

Second, I understand you offered the $1 million policy limit from the primary insurance policy of the Defendants and wish to deposit it into the Registry of the Court. That is fine with us on behalf of Jeremy and Krista Wilson, so long as you understand we are not waiving any claims on their behalf, past, present or future. We certainly would not object to your depositing funds with the clerk in the above-style cause. The deposit of these funds will not require a Release on behalf of our clients and I anticipate further discovery to determine the existence of any additional insurance and Defendants.

My last area of immediate and pressing concern is preservation of evidence with respect to the tractor and trailer. I don't believe DPS has released either the tractor or

EXHIBIT A

Page 2
Ms. Ledbetter
July 15, 1999

trailer, but we need to keep both of them and their contents, log books, etc., in their current condition at their present location for at least 90 days in order to allow our experts and certainly yours, if you wish, to inspect the vehicle and complete whatever testing is necessary. I can do this by filing a Motion to Preserve Evidence, but suggest we simply agree with you to maintain the tractor and trailer at their present location assuming DPS releases them at all. The other attorneys in this case would have to be involved in that decision as well, but I presume in advance they would request exactly the same thing. If you agree to our request for at least a 90 day hold on the evidence, please sign in the space provided below and return to me.

    Please give me a call, so we can discuss this case. I look forward to hearing from you.

Sincerely yours,

David H. Crago

---

V. Elizabeth Ledbetter

DHC/rbs
cc: Mr. Ted Powell    (Via Fax)
    Mr. Mike Norman
    952 Echo Lane, Suite 410
    Houston, Texas 77024

    Dr. Larry Bredthauer
    4103 Manzanita
    Georgetown, Texas 78268

08/10/99 TUE 17:32 FAX                                                                                          ☑002

# HERMAN & HOWRY, L.L.P.

1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax

**Randy Howry**

*Board Certified - Civil Trial Law*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

Direct Dial: (512) 474-9485
E-MAIL: rhowry@hermanhowry.com

August 10, 1999

Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

Mr. Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Mr. Ted Powell
952 Echo Lane, Suite 410
Houston, Texas 77024

     RE:    Wilson & Bredthauer/Dobson Excavating Accident - 7/5/99

Dear Counsel:

     Please be advised that I represent Dr. Larry Bredthauer in the above-referenced matter. All future correspondence and communications should be directed to my attention at the above address and telephone number.

     If you should have any questions, please feel free to contact me.

                                    Very truly yours,

                                    Randy Howry

RH/rlh

EXHIBIT B

CAUSE 000490-4

| | | |
|---|---|---|
| TEMPORARY GUARDIANSHIP OF | § | IN THE COUNTY COURT |
| | § | |
| JEREMY SEAN WILSON | § | AT LAW NUMBER FOUR |
| | § | |
| AN INCAPACITATED PERSON | § | NUECES COUNTY, TEXAS |

**PETITION TO PERPETUATE TESTIMONY PRIOR TO FILING SUIT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, **STAN WILSON AS GUARDIAN OF JEREMY SEAN WILSON AN INCAPACITATED PERSON, KRISTA WILSON INDIVIDUALLY, ANASTASIA ROBSON AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED** and **DR. LARRY BREDTHAUER,** hereinafter referred to as "Petitioners" filing this their Petition to Perpetuate Testimony Prior to Filing Suit, pursuant to Tex. R. Civ. P. 202 et. seq., requesting authorization to take the depositions of John Albritton, Individually and Bill Dobson as Corporate Representative of Dobson Excavating & Trucking for use in an anticipated suit and/or to investigate a potential suit that Petitioners may be parties in, and would respectfully show the Court as follows:

I.

Petitioner, STAN WILSON AS GUARDIAN OF JEREMY SEAN WILSON AN INCAPACITATED PERSON, is duly appointed by the Court to represent his son, JEREMY WILSON who is not capable of representing himself and is an individual residing in Corpus Christi, Nueces County, Texas.

Petitioner, KRISTA WILSON, is an individual residing in Corpus Christi, Nueces County, Texas.

EXHIBIT C

Petitioner, ANASTASIA ROBSON AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED is an individual residing in Houston, Harris County, Texas.

Petitioner, DR. LARRY BREDTHAUER is an individual residing in Austin, Travis County, Texas.

DOBSON EXCAVATING AND TRUCKING is a business located in Sylacauga, Alabama and may be served through its owner, Bill Dobson at 127 Brookdale Lane, Sylacauga, Alabama 35150.

JOHN ALBRITTON is an employee or agent of DOBSON EXCAVATING AND TRUCKING and is an individual residing in Sylacauga, Alabama and maybe served at 60 Autumn, Sylacauga, Alabama 35150.

STRICK CORPORATION is a foreign corporation doing business in the State of Texas and may be served through the long arm statute by serving the Secretary of State of Texas, P.O. Box 13697, Austin, Texas 78711 for service upon STRICK CORPORATION at their place of business, 225 Lincoln Highway, Fairless, PA 19030.

PACCAR, INC. is a foreign corporation doing business in the State of Texas and maintains an agent for service, Prentice Hall Corporation Systems, 800 Brazos, Austin, Texas 78701.

II.

Petitioners assert that venue for this Petition to Perpetuate Testimony is proper in Nueces County, Texas under Tex. Civ. Prac. & Rem. Code Ann. §§15.003, 15.031, 15.033.

2

III.

This potential claim arises out of a vehicular collision occurring on or about July 5, 1999. Petitioner, Jeremy Wilson was legally and safely operating a vehicle northbound on Highway 181, when suddenly a tractor/trailer driven by John Albritton owned and operated by Dobson Excavating and Trucking for unknown reasons, but certainly negligent and grossly negligent reasons, lost control of his vehicle while traveling southbound on Highway 181 causing the tractor/trailer to skid across the median and jack-knife, proximately causing an immediate collision with Jeremy Wilson's vehicle. As a result of the accident Natalie Bredthauer an occupant and passenger of Jeremy Wilson's vehicle was killed. Petitioner, Krista Wilson, also an occupant and passenger of Jeremy Wilson's vehicle was seriously injured. Petitioner, Jeremy Wilson suffered serious, permanent and disabling injuries such that a Guardian was appointed to look after his affairs until he is competent.

As a result of such events, Petitioners anticipate filing a legal action. The names and addresses of the persons expected to be interested adversely to Petitioners in such anticipated action are Dobson Excavating and Trucking, John Albritton, Individually, Paccar, Inc., and Strick Corporation. However, Petitioners are exercising due diligence in taking the oral deposition of John Albritton, Individually and Bill Dobson as Corporate Representative of Dobson Excavating and Trucking, so as to assist Petitioners in determining the entities responsible for the accident which occurred on or about July 5, 1999 in Bee County, Texas.

3

IV.

As a result of the events, Petitioners have been damaged in an amount which exceeds, if suit is filed, the minimal jurisdictional limits of the Court. One of the perspective Defendants has sought to resolve the dispute without the necessity of Court intervention. Nonetheless, Court intervention is necessary for purposes of perpetuating testimony before suit is filed.

V.

Accordingly, Petitioners seek a Court order authorizing Petitioners by and through their attorneys, to take the oral depositions of John Albritton, Individually and Bill Dobson as Corporate Representative of Dobson Excavating and Trucking and any other depositions that may become necessary so as to prevent a failure or delay of justice.

VI.

Petitioners further seek to preserve evidence in the form of the tractor/trailer involved in the accident currently stored at Galvan Super Towing whose address is F.M. 892, C.R. 36, Robstown, Texas until investigation and depositions have been reasonably completed.

VII.

Petitioners would show unto the Court that the testimony of John Albritton, Individually and Bill Dobson as Corporate Representative of Dobson Excavating and Trucking must be perpetuated to prevent any failure delay of justice.

WHEREFORE, PREMISES CONSIDERED, Petitioners, **STAN WILSON AS GUARDIAN OF JEREMY SEAN WILSON AN INCAPACITATED PERSON, KRISTA WILSON INDIVIDUALLY, ANASTASIA ROBSON AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED** and **DR. LARRY BREDTHAUER,**

4

request an Order from the Court authorizing Petitioners to take the depositions of the persons stated specifically herein and for such other and further relief to which Petitioners may show themselves justly entitled.

        Respectfully submitted,

        BRIN & BRIN, P.C.
        1202 Third Street
        Corpus Christi, Texas 78404
        (361) 883-0506 Fax
        (361) 881-9643

        By: _____
        DAVID H. CRAGO
        State Bar No: 04975260

        PAUL SWACINA
        State Bar No: 19542700

ATTORNEYS FOR STAN WILSON AS GUARDIAN OF JEREMY SEAN WILSON AN INCAPACITATED PERSON AND KRISTA WILSON INDIVIDUALLY

5

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify I have on this the __2__ day of September, 1999, delivered a true and correct copy of the above and foregoing instrument to the below listed attorneys.

_____
David H. Crago

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, Texas 77024
ATTORNEYS FOR ANASTASIA ROBSON AS ADMINISTRATOR OF THE ESTATE NATALIE BREDTHAUER, DECEASED

Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 Upper N. Broadway, Suite 2000
Corpus Christi, Texas 78477
ATTORNEY FOR DOBSON EXCAVATING AND TRUCKING

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, Texas 78705
ATTORNEY FOR DR. LARRY BREDTHAUER

ClibPDF - www.fastio.com

## CAUSE 000490-4

| | | |
|---|---|---|
| TEMPORARY GUARDIANSHIP OF | § § | IN THE COUNTY COURT |
| JEREMY SEAN WILSON | § § | AT LAW NUMBER FOUR |
| AN INCAPACITATED PERSON | § | NUECES COUNTY, TEXAS |

### VERIFICATION

STATE OF TEXAS         §

COUNTY OF NUECES    §

Before me, the undersigned authority, on this day personally appeared DAVID H. CRAGO, who, being by me first duly sworn, on oath, stated he is the attorney of record and duly authorized agent for Petitioners, Stan Wilson as Guardian for Jeremy Sean Wilson and incapacitated person and Krista Wilson, Individually, that he is fully competent and authorized to make this Affidavit, that the underlying facts upon which the Petition to Perpetuate Testimony Prior to Filing Suit is based within the personal knowledge of the Affiant, and are true and correct.

_____
DAVID H. CRAGO

Subscribed and sworn to before me by the said David H. Crago on this the 2nd day of September, 1999 to certify which witness my hand and seal of office.

_____
Robin B. Sandoval, Notary Public
In and for the State of Texas

[Notary Seal: ROBIN B. SANDOVAL, Notary Public, State of Texas, My Commission Expires 1-5-03]

9

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　　Plaintiffs | § § § § | |
| VS. | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>　　　Defendants | § § § § § § § § | CIVIL ACTION NO. _____ |

## ORDER ON COMPLAINT IN INTERPLEADER

Came on to be heard the Interpleader-Plaintiffs' complaint in interpleader. After considering the complaint and the responses, the Court GRANTS the complaint in interpleader, and ORDERS that:

1. The Plaintiff-Interpleaders are discharged from this lawsuit and are relieved of all claims made by Defendants;

2. The Defendants are enjoined from filing any proceeding relating to claims arising from the accident;

3. All actions in the State Court Cause No. 000490-4 whether claims or requests for discovery, which could be interpreted to bring the Petitioners before the State Court are dismissed as to Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton.

4. Plaintiffs are awarded their reasonable costs and attorney's fees.

　　　Signed on this the _____ day of _____, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　　_____