```
                                                        United States District Court
                                                         Southern District of Texas
                                                                 FILED
          IN THE UNITED STATES DISTRICT COURT            JAN 03 2000
          IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION              Michael N. Milby, Clerk
```

BILL DOBSON, d/b/a DOBSON EXCAVATING § \
AND TRUCKING, and JOHN ALBRITTON § \
    Plaintiffs § \
§ \
VS. § \
§    CIVIL ACTION NO. C-00-003 \
STAN WILSON, Individually and as Guardian of § \
JEREMY SEAN WILSON an Incapacitated Person § \
KRISTA WILSON, ANASTASIA ROBSON, § \
Individually, and as Administratrix of the Estate of § \
NATALIE BREDTHAUER, Deceased and § \
DR. LARRY BREDTHAUER § \
    Defendants §

### MOTION FOR DEPOSIT OF FUNDS INTO INTEREST-BEARING ACCOUNT OR INTEREST-BEARING INSTRUMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Come now the Plaintiff-Interpleaders, who make and file this their Motion for Deposit of Funds into Interest-Bearing Accounts or Interest-bearing Instruments, and for such would show unto the Court:

1. Contemporaneous with this filing, Plaintiff-Interpleader have filed a Complaint in Interpleader.

2. The subject of the Interpleader is $1,000,000, which is presented to the Clerk of this Court for deposit.

3. Plaintiff-interpleaders now move that this Court order that the clerk deposit the funds into an Interest-Bearing Account or invest the funds in an Interest-bearing Instrument to achieve the greatest return on the deposit until such time as the Court orders the funds dispersed.

Respectfully submitted,

SCHAUER, SIMANK & LEDBETTER
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477
(361) 884-2800
(361) 884-2822  FAX

By: _____
    V. Elizabeth Ledbetter
    State Bar No. 12104700
    Southern District Bar No. 1624
ATTORNEYS FOR PLAINTIFFS, BILL DOBSON,
D/B/A DOBSON EXCAVATING AND TRUCKING
AND JOHN ALBRITTON

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>    Plaintiffs | § § § § | |
| VS. | § § | CIVIL ACTION NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>    Defendants | § § § § § § § § | |

## ORDER ON DEPOSIT OF FUNDS

Came on to be heard the Motion to deposit funds into an interest-bearing account or invest the funds the subject of the Interpleader in an interest-bearing instrument. It is the opinion of the Court that same should be granted, and it is ORDERED that:

_____    The Funds shall be placed in an interest-bearing account:_____

_____

until such time as this Court orders the funds and interest dispersed.

_____    The Funds shall be invested in an interest-bearing instrument:_____

_____

until such time as this Court orders the funds and interest dispersed.

Signed this the \_\_\_ day of _____, 2000.

_____