IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON <br> Plaintiffs <br><br> VS. <br><br> STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER <br> Defendants | § § § § § § § § § § § § § § § CIVIL ACTION NO. C-00-003 |

## ORDER ON DEPOSIT OF FUNDS

Came on to be heard the Motion to deposit funds into an interest-bearing account or invest the funds the subject of the Interpleader in an interest-bearing instrument. It is the opinion of the Court that same should be granted, and it is ORDERED that:

✓ The Funds shall be placed in an interest-bearing account: *of the Clerk of the Court of the U.S. Dist Court for the Southern District of Texas* until such time as this Court orders the funds and interest dispersed.

✓ *or* The Funds shall be invested in an interest-bearing instrument: *held by the Clerk of the same Court* until such time as this Court orders the funds and interest dispersed.

Signed this the 5 day of January, 2000.

/s/ [Judge signature]