IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 19 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　Plaintiffs<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>　　Defendants | CIVIL ACTION NO.C-00-003 |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

　　Pursuant to this Court's Order for Conference and Disclosure of Interested Persons, counsel for Plaintiffs, Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton, file this Certificate of Interested Parties, as follows:

I.

　　The following persons and/or Corporations are affiliated with Plaintiffs, Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton, and therefore may have an interest in the outcome of this litigation:

　　Bill Dobson
　　Bill Dobson d/b/a Dobson Excavating and Trucking
　　John Albritton

　　The Plaintiffs were insured by John Deere, now known as Sentry Insurance-Transportation Division, who is not a party, but has an interest so far as it has an obligation to the insureds.

The following persons and/or Corporations are affiliated with Defendants, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson an Incapacitated Person, Krista Wilson, Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased and Dr. Larry Bredthauer:

    Stan Wilson, Individually
    Stan Wilson, Guardian of Jeremy Sean Wilson an Incapacitated Person
    Krista Wilson
    Anastasia Robson, Individually
    Anastasia Robson, Administratrix of the Estate of Natalie Bredthauer, Deceased
    Dr. Larry Bredthauer

Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, and Krista Wilson were insured by Allstate Insurance Company. Allstate is not a party, but may have an interest in recovery of monies it has paid.

    Respectfully submitted,

    SCHAUER, SIMANK & LEDBETTER, P.C.
    615 No. Upper Broadway, Suite 2000
    Corpus Christi, Texas 78477
    (361) 884-2800
    (361) 884-2822 (FAX)

    By: _____
        Elizabeth Ledbetter
        State Bar No. 12104700
        Southern District Bar No. 1624
    ATTORNEYS FOR PLAINTIFFS, BILL DOBSON,
    D/B/A DOBSON EXCAVATING AND TRUCKING
    AND JOHN ALBRITTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

| CERTIFIED MAIL, RETURN RECEIPT REQUESTED NO. Z330958935 | CERTIFIED MAIL, RETURN RECEIPT REQUESTED NO. Z330 958936 | CERTIFIED MAIL, RETURN RECEIPT REQUESTED NO. Z330 958937 |
|---|---|---|
| David Crago | Ted Powell | Randy Howry |
| Paul Swacina | Mike Norman | HERMAN & HOWRY, L.L.P. |
| Brin & Brin | 952 Echo Lane, St. 410 | 1900 Pearl Street |
| 1202 Third Street | Houston, TX 77024 | Austin, TX 78705-5408 |
| Corpus Christi, TX 78404 | | |

_____
Elizabeth Ledbetter

1-18-00
Date