IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>    Plaintiffs | § § § § § | |
| VS. | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>    Defendants | § § § § § § § § | CIVIL ACTION NO. C-00-003 |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant, Anastasia Robson, individually and as constitutional and

statutory beneficiary of the estate of Natalie Bredthauer, and files this her Certificate of Interested

Parties as follows:

1.    Anastasia Robson
13726 Vinery Lane
Cypress, Texas 77429

2.    Dr. Larry Bredthauer
C/O Randy Howry, Attorney at Law
1900 Pearl Street
Austin, Texas 78705

3.    Stan Wilson, Individually and as Guardian for Jeremy Wilson
111310 Piedra
Corpus Christi, Texas 78410

4.      Jeremy Wilson
        111310 Piedra
        Corpus Christi, Texas 78410

5.      Krista Wilson
        111310 Piedra
        Corpus Christi, Texas 78410

6.      Bill Dobson, individually and doing business as Dobson Excavating and Trucking
        127 Brookdale Lane
        Sylacauga, Alabama 35150

7.      John Albritton
        60 Autumn
        Sylacauga, Alabama 35150

8.      Strick Corporation
        225 Lincoln Highway
        Fairless, PA. 19030

9.      Paccar, Inc.
        Prentice Hall Corporation Systems
        800 Brazos
        Austin, Texas 78701

10.     Fullen Transportation Inc.
        P. O. Box 10488
        Memphis, TN. 38181

                                        Respectfully submitted,

                                        NORMAN & POWELL

                                        By:

                                        WILLIAM T. POWELL
                                        State Bar No. 1620680
                                        MICHAEL H. NORMAN
                                        State Bar No. 15081300
                                        952 Echo Lane
                                        Suite 410
                                        Houston, Texas  77024
                                        Telephone: (713) 722-8700
                                        Facsimile:  (713) 722-9197

                        ATTORNEYS FOR ANASTASIA ROBSON

N.\WTP FILES\Robson(3)\Pleading\Certificate of Interested Parties.wpd                    - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all known counsel of record, by certified mail, return receipt requested, regular U.S. mail, hand delivery or facsimile, on this the 20th day of January, 1999.

WILLIAM T. POWELL