AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS

BILL DOBSON, D/B/A DOBSON EXCAVATING
AND TRUCKING, AND JOHN ALBRITTON
    Plaintiffs

V.

STAN WILSON, Individually and as Guardian of
JEREMY SEAN WILSON AN Incapacitated Person,
KRISTA WILSON, ANASTASIA ROBSON,
Individually, and as Administratrix of the
Estate of NATALIE BREDTHAUER, Deceased and
DR. LARRY BREDTHAUER
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C-00-003

United States District Court
Southern District of Texas
FILED

JAN 25 2000

Michael N. Milby, Clerk

TO: (Name and Address of Defendant)

Dr. Larry Bredthauer
4103 Manzanita
Georgetown, Texas 78628

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

V. ELIZABETH LEDBETTER
SCHAUER, SIMANK & LEDBETTER
615 N. Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK      1/3/00

CLERK      DATE

BY DEPUTY CLERK

9.

# OFFICERS RETURN OF SERVICE

CASE # C00003                                          COURT
                              Clt. Ref.#                      Clt.#    1001
BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING, AND
JOHN ALBRITTON


   VS

STAN WILSON, INDIVIDUALLY AND AS GUARDIAN OF JEREMY SEAN WILSON
AN INCAPACITATED PERSON KRISTA WILSON, ANASTASIA ROBSON, INDIVID-
UALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE, ET AL.

The documents came to our hand for service on 01/14/00  Time: 10:18:41

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL ACTION;COMPLAINT IN INTERPLEADER
AND REQUEST FOR DECLARATORY RELIEF;EXHIBIT A; EXHIBIT B;
EXHIBIT C**

The documents were delivered on **01/18/00**  **Time: 09:25:00**

Executed at: 1900 Pearl St.
              Austin, TX 78705

to the following: **Bredthauer, Larry (Dr.)**
                  **By Delivering To Randy Howry, Attorney (Herman & Howry)**

X   PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____                    Steve W Broussard
                                         Professional Civil Process Austin
Witness Fee Tendered:_____           105 West Riverside Dr. #120
                                         Austin, Texas 78704
STATE OF TEXAS}                          Fax (512) 477-8700
                 VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 18 day of _____ 2000.

                                         NOTARY PUBLIC SIGNATURE



SANDY HARPER
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-08-2002

PCP Inv. # A01001445