AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

BILL DOBSON, D/B/A DOBSON EXCAVATING
AND TRUCKING, AND JOHN ALBRITTON
    Plaintiffs

v.

STAN WILSON, Individually and as Guardian of
JEREMY SEAN WILSON AN Incapacitated Person
KRISTA WILSON, ANASTASIA ROBSON,
Individually, and as Administratrix of the
Estate of NATALIE BREDTHAUER, Deceased and
DR. LARRY BREDTHAUER
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C-00-003

United States District Court
Southern District of Texas
FILED
JAN 25 2000
Michael N. Milby, Clerk

TO: (Name and Address of Defendant)

Anastasia Robson, Individually, and as Administratrix
 of the Estate of Natalie Bredthauer, Deceased
13726 Vinery Lane
Cypress, Texas 77429

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

V. ELIZABETH LEDBETTER
SCHAUER, SIMANK & LEDBETTER
615 N. Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL N. MILBY, CLERK

DATE 1/3/00

CLERK

BY DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

**CASE # C00003**                           **COURT**
                                            Clt. Ref.#                    Clt.#   5346

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING, AND JOHN
ALBRITTON

VS

STAN WILSON, INDIV. ET AL


The documents came to our hand for service on 01/14/00   Time: 10:57:52

Documents received for service:

**SUMMONS W/DOBSON'S & ALBRITTON'S (PLAINTIFF'S) COMPLAINT
IN INTERPLEADER AND REQUEST FOR DECLARATORY RELIEF**

The documents were delivered on **01/17/00**   Time: **13:54:00**

Executed at: 952 Echo Lane Ste 410
             Houston, TX 77024

to the following: **Robson, Anastasia Indiv. By Delivering To Ted Powell, Atty**

✓_____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

_Charles McCowin_ (signature)

Service Fee:_____           Charles E McCowin
                                 Professional Civil Process Houston
Witness Fee Tendered:_____  4635 Southwest Freeway, Suite 750
                                 Houston, Texas 77027
STATE OF TEXAS}
                                 **VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct. Given my hand and seal of office this 20 day of January 2000.



A S CEDILLO
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-04-2003

NOTARY PUBLIC SIGNATURE