IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 7 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § | C.A. NO. C-00-003 |
| | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § | |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person and Krista Wilson, Defendants in the above-styled and numbered cause, and files this, its original answer to Plaintiffs' Original Complaint in Interpleader and Request for Declaratory Relief and in support thereof would respectfully show unto this Honorable Court as follows:

I.

### ANSWER

1. The Wilson Defendants do not have sufficient information at this time to admit or deny the allegations contained in paragraph 1.

2. The Wilson Defendants admits the allegations contained paragraph 2.

3. The Wilson Defendants admits the allegations contained paragraph 3.

4. The Wilson Defendants do not have sufficient information at this time to admit or deny the allegations contained in paragraph 4.

1

11.

5.      The Wilson Defendants admits the allegations contained paragraph 5.

6.      With regard to the allegations contained in paragraph 6 of the Plaintiffs' Original Complaint, the Wilson Defendants do not have sufficient information at this time to admit or deny the allegations.

7.      The Wilson Defendants do not have sufficient information at this time to admit or deny the allegations contained in paragraph 7.

8.      The Wilson Defendants admits the allegations contained paragraph 8.

9.      The Wilson Defendants admits the allegations contained paragraph 9.

WHEREFORE, PREMISES CONSIDERED, The Wilson Defendants pray that the Interpleaders-Plantiffs not be relieved from all claims and that Interpleaders-Plaintiffs should remain a party to the instant lawsuit until such discovery can be had to establish that Interpleaders are not liable in any way with regard to underlying dispute and these Defendants pray for such other and further relief to which these Defendants may be entitled.

                                                Respectfully submitted,

                                        By:_____
                                            PAUL SWACINA
                                            Federal I.D. No. 5924
                                            State Bar No. 19542700
                                            ATTORNEY-IN-CHARGE
                                            David Crago
                                            Federal I.D. No. 13868
                                            State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX  78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 2nd of February, 2000 in accordance with the Federal Rules of Civil Procedure.

_____
Paul Swacina

**Via CMRR**
Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 No. Upper Broadway, Suite 2000
Corpus Christi, TX 78477

**Via Regular Mail**
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

**Via Regular Mail**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § | C.A. NO. C-00-003 |
| | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order for Conference and Disclosure of Interested Persons, counsel for Defendants, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, and Incapacitated Person and Krista Wilson, file this Certificate of Interested Parties, as follows:

I.

The following persons and/or Corporations are affiliated with Plaintiffs, Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton and therefore may have an interest in the outcome of this litigation:

    Bill Dobson
    Bill Dobson, d/b/a Dobson Excavating and Trucking
    John Albritton

The Plaintiffs were insured by John Deere, now known as Sentry Insurance-Transportation Division, who is not a party, but has an interest so far as it has an obligation to the insureds.

1

The following persons and/or Corporations are affiliated with Defendants, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased and Dr. Larry Bredthauer:

Stan Wilson, Individually
Stan Wilson, Guardian of Jeremy Sean Wilson as Incapacitated Person
Krista Wilson
Anastasia Robson, Individually
Anastasia Robson, Administratrix of the Estate of Natalie Bredthauer, Deceased
Dr. Larry Bredthauer

Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson and Krista Wilson were insured by Allstate Insurance Company. Allstate is not a party, but my have an interest in recovery of monies it has paid.

The following parties are companies who maybe parties in this litigation:

Strick Corporation
225 Lincoln Highway
Fairless, PA 19030

Paccar, Inc.
Prentice Hall Corporation Systems
800 Brazos
Austin, TX 78701

Fullen Transportation, Inc.
P.O. Box 10488
Memphis, TN 38181

2

                Respectfully submitted,

By:_____
     **PAUL SWACINA**
     Federal I.D. No. 5924
     State Bar No. 19542700
     ATTORNEY-IN-CHARGE
     David Crago
     Federal I.D. No. 13868
     State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 2nd of February, 2000 in accordance with the Federal Rules of Civil Procedure.

                _____
                Paul Swacina

**Via CMRR**
Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 No. Upper Broadway, Suite 2000
Corpus Christi, TX 78477

| **Via Regular Mail** | **Via Regular Mail** |
|---|---|
| Mr. William T. Powell | Mr. Randy Howry |
| Mr. Michael H. Norman | Herman & Howry, L.L.P. |
| 952 Echo Lane, Suite 410 | 1900 Pearl Street |
| Houston, TX 77024 | Austin, TX 78705 |
| Attorneys for Anastaia Robson as Administrator of the Estate Natatlie Bredthauer, Deceased | Attorney for Dr. Larry Bredthauer |

3