IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 09 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING § <br> AND TRUCKING, and JOHN ALBRITTON § <br>    Plaintiffs § <br> § <br> VS. § <br> § <br> STAN WILSON, Individually and as Guardian of § <br> JEREMY SEAN WILSON an Incapacitated Person § <br> KRISTA WILSON, ANASTASIA ROBSON, § <br> Individually, and as Administratrix of the Estate of § <br> NATALIE BREDTHAUER, Deceased and § <br> DR. LARRY BREDTHAUER § <br>    Defendants § | CIVIL ACTION NO.C-00-003 |

## MOTION FOR PROTECTIVE ORDERS
## REGARDING DEPOSITION NOTICES AND SUBPOENAS OF JOHN ALBRITTON,
## BRIANA DOBSON AND BILL DOBSON

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now the Petitioners, who make and file this their Motion for Protective Orders in response to the Notice of Intent to Take the Oral Depositions of John Albritton d/b/a Dobson Trucking & Excavating, Briana Dobson and Bill Dobson with Subpoena Duces Tecum, and for such would show unto the Court as follows:

1. The Defendants, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an incapacitated person, and Krista Wilson, forwarded fax notices to the Petitioners after 5:00 o'clock p.m. on February 8, 2000. Those deposition notices were actually received and printed out at the beginning of the business day on February 9, 2000.

2. Though the deposition date has been agreed for several days, the requirements of the Defendants, by way of subpoena, were not effectively received by the Petitioners until this date.

14.

Accordingly, Petitioners now file this Motion for Protective Order, in an abundance of caution, with the hope of resolving discovery issues with the Defendants prior to deposition scheduled in Alabama on February 10, 2000.

3. The Petitioners object to the Deposition Notices and subpoenas for the following reasons:

    a. One document is titled "John Albritton d/b/a Dobson Trucking & Excavating", but Mr. Albritton is not a "d/b/a" of Dobson Trucking. To the extent that there is any confusion resulting from that misnomer, the Petitioners object and request clarification of the business status.

    b. Petitioners object to subpoena duces tecum item number 6: "Please produce copies of any and all investigation(s) of any issue in this cause, including, but not limited to, the collision in question conducted by you." There was much correspondence and corresponding phone messages or phone notations made at the direction of counsel for Petitioners, and/or which was made in the investigation of the suit with every expectation of a presentation of claims by the parties involved. Petitioners claim all privileges available under such circumstances, including attorney work product privileges, attorney-client privileges, and investigative privileges.

    c. Petitioners object to subpoena duces tecum item number 18 "Copies of all claims made or forms submitted by you or on your behalf to all insurance carriers in connection with the accident which occurred on July 5, 1999 in Bee County, Texas." Petitioners object to production of these documents first in that they are not readily available on such short notice. Petitioners also object to this item in that such documents could be claimed as privileged documents (work product, investigative, and attorney-client privilege).

d.  Petitioners object to subpoena duces tecum item number 19: "Copies of any delivery tickets, invoices, broker receipts or broker contracts of Dobson Trucking and Excavating for the period of July 1, 1998 through December 31, 1999." Petitioners object to production of these documents first in that they are not readily available and would require an investment of much time and staff resource. Petitioners also object to this item in that the documents are irrelevant and immaterial to relevant inquiries on this case.

Respectfully submitted,

SCHAUER, SIMANK & LEDBETTER, P.C.
615 No. Upper Broadway, Suite 2000
Corpus Christi, Texas 78477
(361) 884-2800
(361) 884-2822 (FAX)

By: _____
V. Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624
ATTORNEYS FOR PLAINTIFFS, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

Exhibit 1 -   Notice of Intent to Take the Oral Deposition of John Albritton d/b/a Dobson Trucking & Excavating with Subpoena Duces Tecum
Exhibit 2 -   Notice of Intent to Take the Oral Deposition of Briana Dobson d/b/a Dobson Trucking & Excavating with Subpoena Duces Tecum
Exhibit 3 -   Notice of Intent to Take the Oral Deposition of Bill Dobson d/b/a Dobson Trucking & Excavating with Subpoena Duces Tecum

## CERTIFICATE OF CONFERENCE

This attorney certifies that she has spoken with the law offices of Paul Swacina and there has been no agreement at this time on this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

| | | |
|---|---|---|
| **VIA FACSIMILE 883-0506** | **VIA FACSIMILE (713) 722-9433** | **VIA FACSIMILE (512) 474-8557** |
| David Crago | Ted Powell | Randy Howry |
| Paul Swacina | Mike Norman | HERMAN & HOWRY, L.L.P. |
| BRIN & BRIN | 952 Echo Lane, St. 410 | 1900 Pearl Street |
| 1202 Third Street | Houston, TX 77024 | Austin, TX 78705-5408 |
| Corpus Christi, TX 78404 | | |

_____
Elizabeth Ledbetter

2-9-00
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § | |

### NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF JOHN ALBRITTON D/B/A DOBSON TRUCKING & EXCAVATING WITH SUBPOENA DUCES TECUM

YOU WILL TAKE NOTICE that on the 10th day of February, 2000, pursuant to F.R.C.P., Rule 30, we intend to take the oral deposition of the witness, JOHN ALBRITTON, at 10:00 o'clock a.m. at the Law Offices of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, Suite 2400, AmSouth, Harbert Plaza, Birmingham, Alabama 35203-2618 (205) 254-1000. Such deposition shall be taken before a Certified Court Reporter from Bain & Associates. The deposition will be taken as a video deposition. Such deposition shall be taken to be used as evidence in the above styled and numbered cause.

At the time and place scheduled for such deposition, the witness is hereby

EXHIBIT 1

subpoenaed and directed to produce all documents identified by the attached Exhibit "A", attached hereto and incorporated herein for all purposes.

The witness will be compelled to attend by subpoena as provided in Rule 45, F.R.C.P., at the address listed below, requiring said witness to appear at such time and place for the purpose of giving testimony in this cause.

Respectfully submitted,

By: _____/s/ Paul Swacina_____
Paul Swacina
Federal I.D. No. 5924
State Bar No. 19542700

**David Crago**
Federal I.D. No. 13868
State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 8th of February, 2000 in accordance with the Federal Rules of Civil Procedure.

_____/s/ Paul_____
Paul Swacina

<u>**Via Facsimile**</u>
Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 No. Upper Broadway, Suite 2000
Corpus Christi, TX 78477

<u>**Via Facsimile**</u>
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

<u>**Via Facsimile**</u>
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

## SUBPOENA DUCES TECUM

1. Please produce any pictures, diagrams, or layout made of the scene of the accident which occurred on July 5, 1999 in Bee County, Texas.

2. Please produce any and all photographs relevant to any issue in this cause, including, but not limited to any photographs of the vehicles involved in the collision and of the scene of the collision in question which have not already been produced in this proceeding.

3. Please produce a copy of any and all insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment which have not already been produced in this proceeding. NOTE: This Request applies to any umbrella or excess liability insurance coverage, over and above any basic or primary coverage, that may be responsible for paying any part of a judgment against you in this case.

4. Please produce any and all movies and/or videotapes relevant to any issue in this cause, including, any drawings, maps or sketches related to the scene of the collision which occurred on July 5, 1999.

5. Please produce copies of any and all witness statements that are relevant to any issue in this cause, including, but not limited to, the collision in question. NOTE: For the purpose of this Request, "statement" includes (a) a written statement signed or other wise adopted or approved by the person making it; and (b) any stenographic, mechanical, electrical or other recording, or any transcription thereof which is a substantially verbatim recital of a statement made by the person and contemporaneously recorded.

6. Please produce copies of any and all investigation(s) of any issue in this cause, including, but not limited to, the collision in question conducted by you.

7. Copies of any accident report and/or police report prepared as a result of the occurrence made the basis of this lawsuit.

8. Copies of any photographs taken BEFORE the incident made the basis of your lawsuit of the vehicle that was involved in this incident.

9. A copy of your drivers license.

10. A copy of your social security card.

11. A copy of all documents that relate to any maintenance work performed on the 1991 Kenworth L-600 tractor truck and/or 1988 Strick semi-trailer which was involved in the accident which occurred on July 5, 1999.

12. Please produce the personnel file of John Albritton.

13. Please produce the safety manuel of Dobson Trucking and Excavating.

14. Please produce the policy and procedures manuel of Dobson Trucking and Excavating.

15. Please produce any and all documents relating to safety and/or policies and procedures of Dobson Trucking and Excavating that were provided to your employees during 1998 and 1999.

16. Please produce a copy of any document and/or contract of employment that John Albritton had with Dobson Trucking and Excavating. at the time of the occurrence in question.

17. Please produce a copy of any and all documents relating to any driving tests, scores, evaluations, performance reports, physical examinations, driving histories, or employment applications of John Albritton.

18. Copies of all claims made or forms submitted by you or on your behalf to all insurance carriers in connection with the accident which occurred on July 5, 1999 in BeeCounty, Texas.

19. Copies of any delivery tickets, invoices, broker receipts, or broker contracts of Dobson Trucking and Excavating for the period of July 1, 1998 through December 31, 1999.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § | |
| VS. § | C.A. NO. C-00-003 |
| § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER § § § § § § | |

### NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF BRIANA DOBSON D/B/A DOBSON TRUCKING & EXCAVATING WITH SUBPOENA DUCES TECUM

YOU WILL TAKE NOTICE that on the 10th day of February, 2000, pursuant to F.R.C.P., Rule 30, we intend to take the oral deposition of the witness, BRIANA DOBSON, at 1:30 o'clock p.m. at the Law Offices of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, Suite 2400, AmSouth, Harbert Plaza, Birmingham, Alabama 35203-2618 (205) 254-1000. Such deposition shall be taken before a Certified Court Reporter from Bain & Associates. The deposition will be taken as a video deposition. Such deposition shall be taken to be used as evidence in the above styled and numbered cause.

At the time and place scheduled for such deposition, the witness is hereby

EXHIBIT 2

subpoenaed and directed to produce all documents identified by the attached Exhibit "A", attached hereto and incorporated herein for all purposes.

The witness will be compelled to attend by subpoena as provided in Rule 45, F.R.C.P., at the address listed below, requiring said witness to appear at such time and place for the purpose of giving testimony in this cause.

Respectfully submitted,

By: _____
Paul Swacina
Federal I.D. No. 5924
State Bar No. 19542700

**David Crago**
Federal I.D. No. 13868
State Bar No. 04975260

OF COUNSEL:

BRIN & BRIN P.C.
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 8th of February, 2000 in accordance with the Federal Rules of Civil Procedure.

_____
Paul Swacina

<u>**Via Facsimile**</u>
Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 No. Upper Broadway, Suite 2000
Corpus Christi, TX 78477

<u>**Via Facsimile**</u>
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

<u>**Via Facsimile**</u>
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

## SUBPOENA DUCES TECUM

1. Please produce any pictures, diagrams, or layout made of the scene of the accident which occurred on July 5, 1999 in Bee County, Texas.

2. Please produce any and all photographs relevant to any issue in this cause, including, but not limited to any photographs of the vehicles involved in the collision and of the scene of the collision in question which have not already been produced in this proceeding.

3. Please produce a copy of any and all insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment which have not already been produced in this proceeding. NOTE: This Request applies to any umbrella or excess liability insurance coverage, over and above any basic or primary coverage, that may be responsible for paying any part of a judgment against you in this case.

4. Please produce any and all movies and/or videotapes relevant to any issue in this cause, including, any drawings, maps or sketches related to the scene of the collision which occurred on July 5, 1999.

5. Please produce copies of any and all witness statements that are relevant to any issue in this cause, including, but not limited to, the collision in question. NOTE: For the purpose of this Request, "statement" includes (a) a written statement signed or other wise adopted or approved by the person making it; and (b) any stenographic, mechanical, electrical or other recording, or any transcription thereof which is a substantially verbatim recital of a statement made by the person and contemporaneously recorded.

6. Please produce copies of any and all investigation(s) of any issue in this cause, including, but not limited to, the collision in question conducted by you.

7. Copies of any accident report and/or police report prepared as a result of the occurrence made the basis of this lawsuit.

8. Copies of any photographs taken BEFORE the incident made the basis of your lawsuit of the vehicle that was involved in this incident.

9. A copy of your drivers license.

10. A copy of your social security card.

11. A copy of all documents that relate to any maintenance work performed on the 1991 Kenworth L-600 tractor truck and/or 1988 Strick semi-trailer which was involved in the accident which occurred on July 5, 1999.

12. Please produce the personnel file of John Albritton.

13. Please produce the safety manuel of Dobson Trucking and Excavating.

14. Please produce the policy and procedures manuel of Dobson Trucking and Excavating.

15. Please produce any and all documents relating to safety and/or policies and procedures of Dobson Trucking and Excavating that were provided to your employees during 1998 and 1999.

16. Please produce a copy of any document and/or contract of employment that John Albritton had with Dobson Trucking and Excavating. at the time of the occurrence in question.

17. Please produce a copy of any and all documents relating to any driving tests, scores, evaluations, performance reports, physical examinations, driving histories, or employment applications of John Albritton.

18. Copies of all claims made or forms submitted by you or on your behalf to all insurance carriers in connection with the accident which occurred on July 5, 1999 in BeeCounty, Texas.

19. Copies of any delivery tickets, invoices, broker receipts, or broker contracts of Dobson Trucking and Excavating for the period of July 1, 1998 through December 31, 1999.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § | |

## NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF BILL DOBSON D/B/A DOBSON TRUCKING & EXCAVATING WITH SUBPOENA DUCES TECUM

YOU WILL TAKE NOTICE that on the 10th day of February, 2000, pursuant to F.R.C.P., Rule 30, we intend to take the oral deposition of the witness, BILL DOBSON, at 11:30 o'clock a.m. at the Law Offices of Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, Suite 2400, AmSouth, Harbert Plaza, Birmingham, Alabama 35203-2618 (205) 254-1000. Such deposition shall be taken before a Certified Court Reporter from Bain & Associates. The deposition will be taken as a video deposition. Such deposition shall be taken to be used as evidence in the above styled and numbered cause.

At the time and place scheduled for such deposition, the witness is hereby

EXHIBIT 3

subpoenaed and directed to produce all documents identified by the attached Exhibit "A", attached hereto and incorporated herein for all purposes.

The witness will be compelled to attend by subpoena as provided in Rule 45, F.R.C.P., at the address listed below, requiring said witness to appear at such time and place for the purpose of giving testimony in this cause.

Respectfully submitted,

By: _____
Paul Swacina
Federal I.D. No. 5924
State Bar No. 19542700

**David Crago**
Federal I.D. No. 13868
State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 8th of February, 2000 in accordance with the Federal Rules of Civil Procedure.

_____
Paul Swacina

**Via Facsimile**
Ms. V. Elizabeth Ledbetter
Schauer, Simank & Ledbetter
615 No. Upper Broadway, Suite 2000
Corpus Christi, TX 78477

**Via Facsimile**
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

**Via Facsimile**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

## SUBPOENA DUCES TECUM

1. Please produce any pictures, diagrams, or layout made of the scene of the accident which occurred on July 5, 1999 in Bee County, Texas.

2. Please produce any and all photographs relevant to any issue in this cause, including, but not limited to any photographs of the vehicles involved in the collision and of the scene of the collision in question which have not already been produced in this proceeding.

3. Please produce a copy of any and all insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment which have not already been produced in this proceeding. NOTE: This Request applies to any umbrella or excess liability insurance coverage, over and above any basic or primary coverage, that may be responsible for paying any part of a judgment against you in this case.

4. Please produce any and all movies and/or videotapes relevant to any issue in this cause, including, any drawings, maps or sketches related to the scene of the collision which occurred on July 5, 1999.

5. Please produce copies of any and all witness statements that are relevant to any issue in this cause, including, but not limited to, the collision in question. NOTE: For the purpose of this Request, "statement" includes (a) a written statement signed or other wise adopted or approved by the person making it; and (b) any stenographic, mechanical, electrical or other recording, or any transcription thereof which is a substantially verbatim recital of a statement made by the person and contemporaneously recorded.

6. Please produce copies of any and all investigation(s) of any issue in this cause, including, but not limited to, the collision in question conducted by you.

7. Copies of any accident report and/or police report prepared as a result of the occurrence made the basis of this lawsuit.

8. Copies of any photographs taken BEFORE the incident made the basis of your lawsuit of the vehicle that was involved in this incident.

9. A copy of your drivers license.

10. A copy of your social security card.

11. A copy of all documents that relate to any maintenance work performed on the 1991 Kenworth L-600 tractor truck and/or 1988 Strick semi-trailer which was involved in the accident which occurred on July 5, 1999.

12. Please produce the personnel file of John Albritton.

13. Please produce the safety manuel of Dobson Trucking and Excavating.

14. Please produce the policy and procedures manuel of Dobson Trucking and Excavating.

15. Please produce any and all documents relating to safety and/or policies and procedures of Dobson Trucking and Excavating that were provided to your employees during 1998 and 1999.

16. Please produce a copy of any document and/or contract of employment that John Albritton had with Dobson Trucking and Excavating. at the time of the occurrence in question.

17. Please produce a copy of any and all documents relating to any driving tests, scores, evaluations, performance reports, physical examinations, driving histories, or employment applications of John Albritton.

18. Copies of all claims made or forms submitted by you or on your behalf to all insurance carriers in connection with the accident which occurred on July 5, 1999 in BeeCounty, Texas.

19. Copies of any delivery tickets, invoices, broker receipts, or broker contracts of Dobson Trucking and Excavating for the period of July 1, 1998 through December 31, 1999.

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　　Plaintiffs<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>　　　Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO.C-00-003 |

### ORDER

CAME ON TO BE HEARD the Motion of Petitioners for Protective Orders. It is the opinion of the Court that same should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Petitioners' Motion for Protective Orders Regarding Deposition Notices and Subpoenas of John Albritton, Briana Dobson and Bill Dobson is GRANTED.

SIGNED the _____ day of _____, 2000.

_____
PRESIDING JUDGE