

HONORABLE B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

United States District Court
Southern District of Texas
ENTERED
FEB 14 2000
Michael N. Milby
Clerk of Court

\_\_Myra B. Alaniz\_\_, Deputy Clerk

\_\_February 11, 2000\_\_, Date

# MINUTE ENTRY

| | |
|---|---|
| Civil Action | BILL DOBSON, d/b/a/ DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON, plaintiffs, |
| No. CA C-00-003 | V. |
| | STAN WILSON, ET AL. |

Judge Head has referred "Petitioner's Motion for Protective Orders (D.E. 14)" to Judge Ellington. Elizabeth Ledbetter, attorney for petitioner, informed the clerk that the depositions have been held and the motion is moot. Judge Ellington orders D.E. 14 terminated, and will permit counsel for petitioner to reurge this motion at a later time if necessary. The Clerk shall send copies of this minute entry to all counsel of record.