UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
FILED

FEB 1 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON § <br> EXCAVATING AND TRUCKING and § <br> JOHN ALBRITTON § <br>  § <br> v. § <br>  § <br> STAN WILSON, Individually and As § <br> Guardian of JEREMY SEAN WILSON, § <br> An Incapacitated Person, § <br> KRISTA WILSON, ANASTASIA ROBSON, § <br> Individually, and as Administratrix of the § <br> Estate of NATALIE BREDTHAUER, § <br> Deceased, and DR. LARRY BREDTHAUER § | CASE NUMBER C-00-003 |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Defendant, Dr. Larry Bredthauer, Individually, and On Behalf of the Estate of Natalie Bredthauer, and files his Certificate of Interested Parties as follows:

1.     Dr. Larry Bredthauer
   c/o Randy Howry, Attorney at Law
   1900 Pearl Street
   Austin, Texas  78705

2.     Anastasia Robson
   13726 Vinery Lane
   Cypress, Texas  77429

3.     Stan Wilson, Individually and as Guardian for Jeremy Wilson
   111310 Piedra
   Corpus Christi, Texas  78410

4.     Jeremy Wilson
   111310 Piedra
   Corpus Christi, Texas  78410

1

17.

5.  Krista Wilson
    111310 Piedra
    Corpus Christi, Texas  78410

6.  Bill Dobson, Individually, and Doing Business As Dobson Excavating and Trucking
    127 Brookdale Lane
    Sylacauga, Alabama  35150

7.  John Albritton
    60 Autumn
    Sylacauga, Alabama  35150

8.  Strick Corporation
    225 Lincoln Highway
    Fairless, Pennsylvania  19030

9.  Paccar, Inc.
    Prentice Hall Corporation Systems
    800 Brazos
    Austin, Texas  78701

10. Fullen Transportation, Inc.
    Post Office Box 10488
    Memphis, Tennessee  38181

Respectfully submitted,

HERMAN & HOWRY, L.L.P.

_____
Randy Howry
State Bar No. 10121690
1900 Pearl Street
Austin, Texas 78701
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEY FOR DEFENDANT
DR. LARRY BREDTHAUER, INDIVIDUALLY,
AND ON BEHALF OF THE ESTATE OF
NATALIE BREDTHAUER**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a duplicate original or true and correct copy of the foregoing document to which this certificate is attached was served on Plaintiffs' counsel of record in this case by certified mail, return receipt requested, at the address listed below on the __11__ day of February, 2000.

V. Elizabeth Ledbetter
SCHAUER, SIMANK & LEDBETTER
615 North Upper Broadway, Suite 2000
Corpus Christi, Texas 78477

Paul Swacina
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas  78404

Michael H. Norman
NORMAN & POWELL
952  Echo Lane, Suite 410
Houston, Texas 77024

                                                            /s/ Randy Howry
                                                            Randy Howry

*F:\CASES\RH\Bredthauer v. Dobson\Pleadings\Def Bredthauer's Certificate of Interested Parties.wpd*