IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING § <br> AND TRUCKING, and JOHN ALBRITTON § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> STAN WILSON, Individually and as Guardian of § <br> JEREMY SEAN WILSON an Incapacitated Person § <br> KRISTA WILSON, ANASTASIA ROBSON, § <br> Individually, and as Administratrix of the Estate of § <br> NATALIE BREDTHAUER, Deceased and § <br> DR. LARRY BREDTHAUER § <br> Defendants § | CIVIL ACTION NO. C-00-003 |

United States District Court
Southern District of Texas
FILED

MAR - 2 2000

MICHAEL N. MILBY CLERK

## CHANGE OF ADDRESS FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the attorney in charge for Defendants and advises the Court that all mail should be addressed, effective March 8, 2000, at the new address:

V. Elizabeth Ledbetter
c/o Davis & Wilkerson
P. O. Box 2283
Austin, Texas 78768-2283
(512) 482-0614
(512) 482-0342 (facsimile)

Respectfully submitted,

V. Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624

VEL/2002.24
647.004\P\ChangeAddress

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

| | | |
|---|---|---|
| **VIA FACSIMILE 883-0506** | **VIA FACSIMILE (713) 722-9433** | **VIA FACSIMILE (512) 474-8557** |
| David Crago | Ted Powell | Randy Howry |
| Paul Swacina | Mike Norman | HERMAN & HOWRY, L.L.P. |
| BRIN & BRIN | 952 Echo Lane, St. 410 | 1900 Pearl Street |
| 1202 Third Street | Houston, TX 77024 | Austin, TX 78705-5408 |
| Corpus Christi, TX 78404 | | |

_____
V. Elizabeth Ledbetter

3-1-00
Date

ClibPDF - www.fastio.com