CV ACTION NO.: C-00- 03

BILL DOBSON, ET AL          )   COUNSEL: V. ELIZABETH LEDBETTER
_____  )   _____

VS.

STAN WILSON, ET AL          )   COUNSEL: ~~PAUL SWACINA~~, DAVID CRAGO
_____  )   MICHAEL NORMAN, ~~WILLIAM POWELL~~,
                                RANDY HOWRY

========================================================================

United States District Court
Southern District of Texas
FILED

MAR 9 - 2000

Michael N. Milby
Clerk of Court

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: D. Barranco              INTERPRETER: ___
~~U.S. MARSHAL~~/CSO: O. Trejo       U. S. P. O.: ___
DATE: March 9, 2000    OPEN: 1:23 pm.   ADJOURN: 1:38
TAPE: 2186 - 569

========================================================================

Case called for SCHEDULING CONFERENCE. Appearances made. Pltff Atty talks about the facts of the case. Discussion about the health of Jeremy Wilson. Pltff Atty says that they dispute that the tire treads were too thin and faulty brakes. Pltff Atty says they want relief from guardianship claims in State Court and want to be released from lawsuit because Pltffs have deposited $1 million in registry of court. Discovery is being done to find responsible parties, to verify assets, and to discover if there are other parties that could be joined. Parties advise other than so they can agree to everything. ~~Adjourned.~~ The Court signs Scheduling Order. Adjourned.

21.