IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § | United States District Court Southern District of Texas FILED MAR 3 1 2000 MICHAEL N. MILBY CLERK |

### STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants and Counter/Plaintiffs, Stan Wilson, Individually and as Guardian of JeremyWilson, and Krista Wilson (Wilsons) file this Motion for Leave to File their First Amended Answer and Counterclaim as permitted by Fed. R. Civ. P. 15(a).

### A. Introduction

1.  Dobson Trucking and Albritton have brought this cause of action depositing into the registry of the Court the limits of an insurance policy.

2.  Wilsons filed their Answer.

## B. Request for Leave

3.  The Court should allow the filing of Wilsons Amended Pleading because of the evidence obtained at depositions recently taken in this proceeding.

4.  The Wilsons are filing their amended pleading contemporaneously with this Motion.

5.  Filing the First Amended Answer and Counterclaim will not cause a delay or incovenience the existing parties because it will not require modification of the scheduling order currently in effect.

## C. Prayer

For these reasons, the Wilsons ask the Court to grant its motion for leave to file their First Amended Answer and Counterclaim.

Respectfully submitted,

By: ___*Paul Swacina*___
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700
ATTORNEY-IN-CHARGE
David Crago
Federal I.D. No. 13868
State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 31st of March, 2000 in accordance with the Federal Rules of Civil Procedure.

_____*Paul Swacina*_____
Paul Swacina

**Via CMRR**
Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283

**Via Regular Mail**
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

**Via Regular Mail**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § | C.A. NO. C-00-003 |
| | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § § | |

## STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON'S ORDER ON MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERLAIM

On this _____ day of April, 2000, the Court considered Defendants and Counter-Plaintiffs, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson and Krista Wilson Chaapel's (Wilsons) Motion for Leave to File their First Amended Answer and Counterclaim. After considering the Motion, the Court

GRANTS the Motion and the Orders that the Wilsons are allowed to file their First Amended Answer and Counterclaim.

_____
U.S. DISTRICT JUDGE

SIGNED _____, 2000.

APPROVED & ENTRY REQUESTED:

_/s/ Paul Swacina_____
PAUL SWACINA
Federal I.D. No. 5924