IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON <br><br> VS. <br><br> STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § § § § § § § § | C.A. NO. C-00-003 <br><br> United States District Court Southern District of Texas FILED <br><br> MAR 3 1 2000 <br><br> MICHAEL N. MILBY CLERK |

### ANASTASIA ROBSON, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants and Counter/Plaintiffs, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Decease (Robson) files this her Motion for Leave to File Third- Party Complaint against Third-Party Defendants, Strick Corporation and Paccar, Inc. pursuant to Fed.R.Civ.P. 14.

### A. Introduction

1.  Plaintiffs and Interpleaders (Dobson Trucking and Albritton) have brought this cause of action depositing into the registry of the Court the limits of an insurance policy.

2.     Robson has attached her third-party complaint to this Motion.

### B. Request for Leave

3.     Third-party Defendants, Strick Corporation and Paccar, Inc. (Strick and Paccar) are liable to Robson for all or part of the Robson's claims against them because Strick and Paccar designed and manufactured the truck tractor and trailer which were involved in the accident made the basis of this lawsuit. Robson alleges that the truck tractor and trailer were defectively manufactured and/or designed and placed in the stream of commerce in such a defective state. Such acts were a producing cause of the injuries suffered by Robson.

4.     Robson did not file their third party complaint within ten days after serving its original answer because Defendants could not in good faith file third-party complaint until conducting initial discovery.

5.     Filing the third party complaint will not cause a delay or incovenience the existing parties because adding the third party defendants will not require modification of the scheduling order currently in effect.

### C. Prayer

For these reasons, Robson asks the Court to grant their Motion for Leave to File Third-Party Complaint against Strick and Paccar.

-2-

Respectfully submitted,

By: _Paul Swain_ (signed)
 *for* WILLIAM T. POWELL
 Federal I.D. No. 2973
 State Bar No. 1620680
 MICHAEL H. NORMAN
 State Bar No. 15081300
 952 Echo Lane, Suite 410
 Houston, texas 77024
 Telephone: (713) 722-8700
 Facsimile: (713) 722-9197

OF COUNSEL:
**NORMAN & POWELL**
952 Echo Lane, Suite 410
Houston, Texas 77024
Telephone: (713) 722-8700
Telecopier: (713) 722-9197

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 31st of March, 2000 in accordance with the Federal Rules of Civil Procedure.

_____
William T. Powell

**Via CMRR**
Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283

-3-

**Via Regular Mail**
Mr. Paul Swacina
Mr. David Crago
1202 Third Street
Corpus Christi, Texas 78404
Stan Wilson, Individually and
as Guardian of Jeremy Sean
Wilson and Incapacitated Person,
Krista Wilson

**Via Regular Mail**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § VS. § § § STAN WILSON, Individually and as Guardian § of JEREMY SEAN WILSON an Incapacitated § Person, KRISTA WILSON, ANASTASIA § ROBSON, Individually, and as Administratix § of the Estate of NATALIE BREDTHAUER, § Deceased and DR. LARRY BREDTHAUER § NATALIE BREDTHAUER, Deceased, and § DR. LARRY BREDTHAUER, §     Defendants | C.A. NO. C-00-003 |

### ANASTASIA ROBSON, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S ORDER ON MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

On this ____ day of April, 2000, the Court considered Defendants and Counter-Plaintiffs, Anastasia Robson, Individually, and as Administratix of the Estate of Natalie Bredthauer, Deceased (Robson) Motion for Leave to File their Third Party Complaint. After considering the Motion, the Court

GRANTS the Motion and the Orders that the Robson is allowed to file her Third Party Complaint against Strick Corporation and Paccar, Inc.

 

_____
U.S. DISTRICT JUDGE

SIGNED _____, 2000.

APPROVED & ENTRY REQUESTED:

_Paul Sur_
WILLIAM T. POWELL
Federal I.D. No. 2973
State Bar No. 1620680