IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING | § | |
| AND TRUCKING, and JOHN ALBRITTON | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| STAN WILSON, Individually and as Guardian of | § | CIVIL ACTION NO. C-00-003 |
| JEREMY SEAN WILSON an Incapacitated Person | § | |
| KRISTA WILSON, ANASTASIA ROBSON, | § | |
| Individually, and as Administratrix of the Estate of | § | |
| NATALIE BREDTHAUER, Deceased and | § | |
| DR. LARRY BREDTHAUER | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

**APR 1 4 2000**

MICHAEL N. MILBY CLERK

## PETITIONERS' ANSWER TO WILSON COUNTERCLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Petitioners, BILL DOBSON, d/b/a DOBSON EXCAVATING AND

TRUCKING, and JOHN ALBRITTON, and respond to the counterclaims filed against them Stan

Wilson, Individually and as Guardian of Jeremy Wilson, and Krista Wilson, and for such would

show as follows:

1.      Petitioners admit that Stan Wilson is the duly appointed legal guardian of Jeremy Wilson,

and that he has a statutory right to bring claims on behalf of Jeremy Wilson if Jeremy Wilson is an

incapacitated person. Otherwise, Petitioners are without knowledge or information sufficient to form

a belief as to the truth of Jeremy Wilson's extent of incapacity, or whether he remains an

incapacitated person.

2.      Petitioners admit Paragraph 12 of Wilson's Counterclaim.

3.      Petitioner admits that it had a truck in the state of Texas at the time of the accident made the basis of this lawsuit, but denies that it is carrying on any long-term business within the state of Texas.  Further, Petitioners admit that their attorney is Elizabeth Ledbetter at the address stated in Paragraph 13 of the Counterclaim, but deny that any citation, other than that between the current parties within this lawsuit, may be served upon Ms. Ledbetter for effective service.

4.      Paragraph 14:  Petitioner admits that John Albritton was driving a truck in the state of Texas at the time of the accident made the basis of this lawsuit, but denies that he is carrying on any long-term business within the state of Texas.  Further, Petitioner Albritton admits that his attorney is Elizabeth Ledbetter at the address stated in Paragraph 14 of the Counterclaim, but denies that any citation, other than that between the current parties within this lawsuit, may be served upon Ms. Ledbetter for effective service.

5.      Paragraph 15:  Petitioners deny that Albritton failed to maintain control of his tractor-trailer rig to any degree that may be alleged as negligence.  Further, Petitioners are without sufficient information to admit whether injuries to Krista Wilson Chappel were catastrophic.  Otherwise, Petitioners admit the allegations of Paragraph 15 of the Wilson Counterclaim.

6.      Paragraph 16:  Petitioners deny that the tractor-trailer rig was in a defective condition at the time of the accident and deny that it was not certified for use under the Department of Transportation regulations.  Petitioners further deny that they failed to properly maintain the trailer brakes or maintain control of the rig.  Further, Petitioners deny that the truck and trailer were defective as a result of any act or omission of Petitioners that would constitute a producing cause of injuries.  Petitioners deny negligence, negligence per se, and gross negligence on their part as a proximate

cause of the occurrence. Otherwise, Petitioners admit that Mr. Albritton was an employee of Dobson Trucking at the time of the accident, and that the tractor-trailer rig was owned and operated by Dobson Trucking.

7.      Paragraph 17: Petitioners deny that Albritton was negligent, and deny that he was operating a non-inspected or non-certified vehicle in the state of Texas. Petitioners deny that Albritton was negligent in the operation of the tractor-trailer rig and they deny that he failed to maintain control of his vehicle as a result of any act or omission of negligence. Petitioners further deny negligence, negligence per se, and gross negligence on the part of John Albritton.

8.      Paragraph 18: Petitioners deny that they disregarded the presence of an "ultrahazardous condition;" deny that the condition of the vehicle's tires and brakes created an ultrahazardous condition; deny that the tires, brakes, handling, and trailer were defective; and deny any knowledge of a condition which would be considered defective. Petitioners deny the allegations of Paragraph 18 in full.

9.      Paragraph 19: Petitioners are without sufficient information to admit or deny the extent of injury to Jeremy Wilson, and specifically deny whether brain damage to Jeremy Wilson is permanent and/or disabling. Petitioners admit the first, second and fourth sentences of Paragraph 19 of the Wilson Counterclaim. With respect to the fifth and sixth sentences of Paragraph 19 of the Wilson Counterclaim, Petitioners are without sufficient information to form a belief as to the truth of the averment.

10.     Paragraph 20: Denied.

11.     Paragraph 21:  Petitioners admit the first and second sentences of Paragraph 21 of the Wilson Counterclaim.  Otherwise, Petitioners are without sufficient knowledge or information to form a belief as to the truth of the remaining averments.

12.     Paragraph 22: Denied.

13.     As to the last paragraph of the Wilson Counterclaim, Petitioners deny that judgment is proper over and against Petitioners whether in actual damages or punitive damages.

Respectfully submitted,

By: _____

V. Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624

ATTORNEYS FOR PLAINTIFFS, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

OF COUNSEL:

DAVIS & WILKERSON, P.C.
Attorneys at Law
P.O. Box 2283
Austin, Texas 78768-2283
(512) 482-0614 telephone
(512) 482-0342 facsimile

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

| VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED | VIA 1ST CLASS MAIL | VIA 1ST CLASS MAIL |
|---|---|---|
| David Crago | Ted Powell | Randy Howry |
| Paul Swacina | Mike Norman | HERMAN & HOWRY, L.L.P. |
| BRIN & BRIN | 952 Echo Lane, St. 410 | 1900 Pearl Street |
| 1202 Third Street | Houston, TX 77024 | Austin, TX 78705-5408 |
| Corpus Christi, TX 78404 | | |

V. Elizabeth Ledbetter

4-12-00
Date

Date Code:        04.11.00