IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § § | 30. |
| VS. | § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § § | |

### STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON'S ORDER ON MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

On this 26 day of April, 2000, the Court considered Defendants and Counter-Plaintiffs, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson and Krista Wilson Chaapel's (Wilsons) Motion for Leave to File their Third Party Complaint. After considering the Motion, the Court

GRANTS the Motion and the Orders that the Wilsons are allowed to file their Third Party Complaint against Strick Corporation and Paccar, Inc.

U.S. DISTRICT JUDGE

SIGNED May 26, 2000.

APPROVED & ENTRY REQUESTED:

_____
**PAUL SWACINA**
Federal I.D. No. 5924
State Bar No. 19542700