IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § § | |

**ANASTASIA ROBSON, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S ORDER ON MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

On this ___ day of April, 2000, the Court considered Defendants and Counter-Plaintiffs, Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased (Robson) Motion for Leave to File their Third Party Complaint. After considering the Motion, the Court

GRANTS the Motion and the Orders that the Robson is allowed to file her Third Party Complaint against Strick Corporation and Paccar, Inc.

_____
U.S. DISTRICT JUDGE

SIGNED _May 26_, 2000.

APPROVED & ENTRY REQUESTED:

_Paul Sur_
for WILLIAM T. POWELL
Federal I.D. No. 2973
State Bar No. 1620680