IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 03 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　　Plaintiffs<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>　　　Defendants | §§§§§§§§§§§§§§§§§§     CIVIL ACTION NO. C-00-003 |

## ANASTASIA ROBSON'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and files this her Designation of Experts in the above entitled cause of action:

I.

Defendant Anastasia Robson designates as her experts:

Brian David Charles
Accident Reconstruction & Analysis
606 N. Carancahua
Corpus Christi, Texas 78401
361-887-8529
Mr. Charles is an accident reconstructionist and he will testify about his educational background and work experience to the extent it is relevant to his testimony and opinions in this case. Mr. Charles is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

35

Mr. John Tomasoni
11 Sand Piper Lane
Berlin, MD 21811
Mr. Tomasoni is an accident reconstructionist and is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

Officer Michael Morgan
Badge ID#: 9445
c/o Texas Department of Public Safety
and their Custodian of Records
5805 North Lamar
Austin, Texas 78752
Trooper Morgan investigated the accident made the basis of the complaint. He will provide expert testimony regarding the vehicles and the accident.

Employees of Beeville EMS
and their Custodian of Records
P. O. Box 363
Beeville, Texas 78102
These experts are medical providers to and will provide expert testimony regarding Natalie Bredthauer.

Officer D. Devore
Badge ID#: 2053
Kansas Highway Patrol
Motor Carrier Safety Assistance Program
2019 E. Iron Avenue
Salina, Kansas 67401-3406
785-827-3065
Officer D. Devore is expected to testify concerning his Inspection Report of May 7, 1999, on vehicle (License #823525).

Jimmy Moore
Service/ID/Region/Area: 05589 3 C
Texas Department of Public Safety
License and Weight
Address and phone number unknown
Jimmy Moore is expected to testify regarding his report dated July 5, 1999.

Sue Barnum, M.A., L.P.C.
5555 Morningside
Houston, Texas 77005
713-522-0788
Sue Barnum is a licenses psychologist who has examined and provided treatment to Anastasia Robson. She will provide expert testimony regarding damage issues.

Alana Spiwak, M.D.
1020 Holcumbe
Houston, Texas 77030
713-799-1074
Dr. Spiwak is a medical provider to Anastasia Robson. She will provide expert testimony as the care and treatment provided to Anastasia Robson.

Michael Stone, M.D.
1101 Alma Street
Suite 108
Tomball, Texas 77375
281-357-0511
Dr. Stone is a medical provider to Anastasia Robson. He will provide expert testimony as the care and treatment provided to Anastasia Robson.

All physicians, nurses and employees of Tomball Regional Hospital
605 Holderrieth
Tomball, Texas 77375
281-351-1623
These designated experts were medical providers to Anastasia Robson. They will provide testimony as to the care and treatment provider to her.

Defendant, Anastasia Robson, reserves the right to amend and/or supplement this designation as further discovery is accomplished in this cause of action and as additional experts may be necessary to address issues raised by Plaintiffs' experts.

Defendant, Anastasia Robson, reserves the right to call additional witnesses to testify in rebuttal, whose identities cannot be known at this time.

Defendant, Anastasia Robson, reserves whatever additional rights she might have with regard to experts, pursuant to the Federal Rules of Civil Procedure, the case law construing same, and the rulings of this court.

No other experts are determined at this time. This request may be supplemented at a later time to add additional experts.

WHEREFORE, PREMISES CONSIDERED, Defendant, Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased, prays that this designation be accepted, and for such other and further relief at law and in equity, to which Defendant, Anastasia Robson, may show herself to be justly entitled, and to which the Court believes it deserving, and for which it will ever pray.

Respectfully submitted,

NORMAN & POWELL

By: *[signature]*
WILLIAM T. POWELL
State Bar No. 1620680
MICHAEL H. NORMAN
State Bar No. 15081300
952 Echo Lane
Suite 410
Houston, Texas 77024
Telephone: (713) 722-8700
Facsimile: (713) 722-9197

ATTORNEYS FOR DEFENDANT
ANASTASIA ROBSON, INDIVIDUALLY, AND
AS ADMINISTRATRIX OF THE ESTATE OF
NATALIE BREDTHAUER, DECEASED.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all known counsel of record, by certified mail, return receipt requested, regular U.S. mail, hand delivery or facsimile, on this the 30th June, 2000.

*[signature]*
WILLIAM T. POWELL