| SOUTHERN DISTRICT OF TEXAS | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Bill Dobson, et al.         §
                            §
versus                      §    CIVIL ACTION NO. CA-C-00-3
                            §
Stan Wilson, et al.         §

**United States District Court**
**Southern District of Texas**
**FILED**

**JUL - 3 2000**

**Michael N. Milby, Clerk**

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed your <u>Anastasia Robson's Designation of Expert Witnesses</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ____ Document is not signed. (LR11.1)

2. ____ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. _x_ Document does not furnish required attorney information. (LR11.3.A (1) though (6) (No Southern District of Texas Bar Number (LR11.3.A (4))

4. ____ No certificate of service or explanation why service is not required. (LR5.4)

5. ____ Motion does not comply as follows:

   a. ____ No certificate of consultation (LR7.1D)

   b. ____ No certificate of service of motion. (LR5.6)

6. ____ Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: July 3, 2000                        _____
re: D.E. #35/dp                           UNITED STATES DEPUTY CLERK

sdtx-DC-CC-1.1
02/07/2000

36.