IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § | |

### STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON CHAAPEL'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants, Stan Wilson, Individually, and as Guardian of Jeremy Wilson, and Krista Wilson, now known as Krista Wilson Chaapel and files this their designation of Expert Witnesses as follows:

I.

Brian David Charles
Mr. Brian David Charles
Accident Reconstruction and Analysis
606 N. Carancahua
Corpus Christi, TX 78401
(361) 887-8529

Mr. Charles is an accident reconstructionist and he will testify about his educational background and work experience to the extent it is relevant to his testimony and opinions in this case. Mr. Charles is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

Mr. John Tomasoni
11 Sand Piper Lane
Berlin, MD 21811

Mr. Tomasoni is an accident reconstructionist and is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

Dr. T. Walter Harrell, Ph.D.
MediSys Rehabilitation, Inc.
P.O. Box 160026
Austin, Texas 78716

Dr. Harrell is a psychologist who has examined and provided treatment to Jeremy Wilson. He will provide expert offer testimony regarding damage issues.

Trooper Michael Morgan
c/o Texas Department of Public Safety
and their Custodian of Records
5805 North Lamar
Austin, Texas 78752

Trooper Morgan investigated the accident made the basis of the complaint. He will provide expert testimony regarding the vehicles and the accident.

All employee os Beeville EMS
and their Custodian of Records
P.O. Box 363
Beeville, Texas 78102

These experts are medical providers to Jeremy Wilson and Krista Wilson Chaapel. They will provide expert testimony regard the medical care provided to them.

Christopher Miskovsky, M.D.
and his Custodian of Records
1333 Third Street #200
Corpus Christi, Texas 78404
(361) 883-2000

Dr. Miskovsky is a medical provider to Jeremy Wilson. He will provide expert testimony as to the care and treatment provided to Jeremy Wilson.

All Physicians, Nurses and Employees of
Spohn Memorial Hospital
and their Custodian of Records
2606 Hospital Blvd.
Corpus Christi, Texas 78465

These designated experts were medical providers to Jeremy Wilson and Krista Wilson Chaapel. They will provide testimony as to the care and treatment provided to them.

Scott Lamb, M.D.
and his Custodian of Records
5325 Saratoga
Corpus Christi, Texas 78413
(361) 980-9312

Dr. Lamb is a medical provider to Jeremy Wilson. He will provide expert testimony as to the care and treatment provided to Jeremy Wilson.

David Johnson, M.D.
and his Custodian of Records
4350 Ocean Drive
Corpus Christi, Texas 78412

Dr. Johnson is a medical provider to Jeremy Wilson and Krista Wilson Chaapel He will provide expert testimony as to the care and treatment provided to them.

David Pearce, M.D.
and his Custodian of Records
7121 South Padre Island Drive, Annex 101-B
Corpus Christi, Texas 78412

   Dr. Pearce is a medical provider to Jeremy Wilson and Krista Wilson. He will provide expert testimony as to the care and treatment provided to Jeremy Wilson.

   Robert D. Beauchamp, M.D.
   and his Custodian of Records
   3226 S. Alameda
   Corpus Christi, TX 78404

   Dr. Beauchamp is a medical provider to Jeremy Wilson. Will provide expert testimony as to the care and treatment provided to Jeremy Wilson.

   Luis Barandian, M.D.
   and his Custodian of Records
   7121 South Padre Island Drive #120
   Corpus Christi, Texas 78412

   Dr. Barandian is a medical provider to Jeremy Wilson. He will provide expert testimony as to the care and treatment provided to Jeremy Wilson.

   All Physical Therapists and employees
   of Spohn Out Patient Therapy
   and their Custodian of Records
   5920 Saratoga, Suite 110
   Corpus Christi, Texas 78411

   These designated experts were medical providers to Jeremy Wilson. They will provide testimony as to the care and treatment provided to Jeremy Wilson.

   Jack R. Vizuete, D.D.S.
   and his Custodian of Records
   5756 S. Staples, Suite F
   Corpus Christi, Texas 78413

   Dr. Vizuete is a medical to Krista Wilson Chaapel. He will provide expert testimony as to the care and treatment provided to Krista Wilson Chaapel.

   All Physicians, Nurses and Employees of
   Spohn Bee County Hospital
   and their Custodian of Records
   1500 E. Houston
   Beeville, Texas 78102

These designated experts were medical providers to Jeremy Wilson. They will provide testimony as to the care and treatment provided to Jeremy Wilson.

**Franz J. Hallerman, M.D., Ph.D.**
**Kenneth R. Cook, M.D.**
**Tamara Haygood, M.D., Ph.D**
**Duard W. Enoch, M.D.**
**Kevin M. McDonnell, M.D.**
**David B. Strong, M.D.**
**Radiology Associates**
and their Custodian of Records
2481 Morgan Avenue
Corpus Christi, Texas 78404

Drs. Hallerman, Cook,, Haygood, Enoch, McDonnell and Strong were medical providers to Jeremy Wilson and Krista Wilson Chaapel. They will provide expert testimony as to the care and treatment provided to them.

Additionally, Defendants reserve the right to elicit, by way of cross-examination, opinion testimony from any and all experts designated and called by the Plaintiff and/or any Third Party Defendants or Co-Defendants. Defendants hereby expresses its intention to possibly call, as witnesses associated with adverse parties, including the experts of the Plaintiff and Third Party Defendants or Co-Defendants.

The undersigned attorney, as attorney of record for the Defendant, certifies that a true and correct copy of the attached document has been served upon the following by the method of service indicated.

Respectfully submitted,

By: /s/ Paul Swacina
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700
ATTORNEY-IN-CHARGE
David Crago
Federal I.D. No. 13868
State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 30 of ~~July~~ June, 2000 in accordance with the Federal Rules of Civil Procedure.

/s/ Paul Swacina
Paul Swacina

**Via CMRR**
Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283

**Via Regular Mail**

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the Estatf Natatlie Bredthauer, Deceased

**Via Regular Mail**

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

ClibPDF - www.fastio.com