UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL - 7 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON § <br> EXCAVATING AND TRUCKING and § <br> JOHN ALBRITTON § <br> § <br> v. § <br> § <br> STAN WILSON, Individually and As § <br> Guardian of JEREMY SEAN WILSON, § <br> An Incapacitated Person, § <br> KRISTA WILSON, ANASTASIA ROBSON,§ <br> Individually, and as Administratrix of the § <br> Estate of NATALIE BREDTHAUER, § <br> Deceased, and DR. LARRY BREDTHAUER § | CASE NUMBER C-00-003 |

## DR. LARRY BREDTHAUER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S ORDER ON MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

On this day, the Court considered Defendants and Counter-Plaintiff Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File his Third Party Complaint. After considering the Motion, the Court

**GRANTS** the Motion and the Orders that Bredthauer is allowed to file his Third Party Complaint against Strick Corporation and Paccar, Inc.

_____
U.S. DISTRICT JUDGE

SIGNED and ENTERED _July 6_, 2000

APPROVED & ENTRY REQUESTED:

_____
Randy Howry
F:\CASES\RH\Bredthauer v. Dobson\Pleadings\Bredthaur Order on Mtn to file 3rd Party Complaint.wpd