IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 10 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>    Plaintiffs<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>    Defendants | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

## AMENDMENT TO ANASTASIA ROBSON'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and files this amendment in accordance with LR11.3.A(1) through (6) to her Designation of Experts filed with this Court on July 3, 2000, in the above entitled cause of action:

Respectfully submitted,

NORMAN & POWELL

By: _____
MICHAEL H. NORMAN
Federal ID#: 2973
State Bar No. 15081300
ATTORNEY-IN-CHARGE
WILLIAM T. POWELL

39.

State Bar No. 1620680
952 Echo Lane, Suite 410
Houston, Texas 77024
Telephone: (713) 722-8700
Facsimile: (713) 722-9197

**ATTORNEYS FOR DEFENDANT
ANASTASIA ROBSON, INDIVIDUALLY, AND
AS ADMINISTRATRIX OF THE ESTATE OF
NATALIE BREDTHAUER, DECEASED.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all known counsel of record, by certified mail, return receipt requested, regular U.S. mail, hand delivery or facsimile, on this the 7th day of July, 2000.

_____
MICHAEL H. NORMAN