UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 11 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § | |
| v. § | CASE NUMBER C-00-003 |
| STAN WILSON, Individually and As Guardian of JEREMY SEAN WILSON, An Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER § § § § § § § § | |

## DR. LARRY BREDTHAUER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant and Counter-Plaintiff, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased ("Bredthauer") files this his Designation of Experts in the above entitled cause of action.

I.

Defendant and Counter-Plaintiff, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased designates as his experts:

Defendant and Counter-Plaintiff, Dr. Larry Bredthauer,
Individually and as Administrator of the Estate of
Natalie Bredthauer, Deceased's Designation of Experts
Page 1

Mr. Brian David Charles
Accident Reconstruction and Analysis
606 N. Carancahua
Corpus Christi, Texas 78401
361-887-8529
Mr. Charles is an accident reconstructionist, and he will testify about his educational background and work experience to the extent it is relevant to his testimony and opinions in this case. Mr. Charles is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

Mr. John Tomasoni
11 Sand Piper Lane
Berlin, MD 21811
Mr. Tomasoni is an accident reconstructionist and is expected to testify regarding the accident made the basis of this proceeding and the vehicles involved in the accident.

Officer Michael Morgan
Badge ID#: 9445
c/o Texas Department of Public Safety
and their Custodian of Records
5805 North Lamar
Austin, Texas 78752
Trooper Morgan investigated the accident made the basis of the complaint. He will provide expert testimony regarding the vehicles and the accident.

All Employees of Beeville EMS
and their Custodian of Records
P.O. Box 363
Beeville, Texas 78102
These experts are medical providers to and will provide expert testimony regarding Natalie Bredthauer.

Officer D. Devore
Badge ID#: 2053
Kansas Highway Patrol
Motor Carrier Safety Assistance Program
2019 E. Iron Avenue
Salina, Kansas 67401-3406
785-827-3065
Officer D. Devore is expected to testify concerning his Inspection Report of May 7, 1999, on vehicle (License #823525).

Defendant and Counter-Plaintiff, Dr. Larry Bredthauer,
Individually and as Administrator of the Estate of
Natalie Bredthauer, Deceased's Designation of Experts
Page 2                                                    2

to which Defendant and Counter-Plaintiff, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased, may show himself to be justly entitled, and to which the Court believes it deserving, and for which it will ever pray.

Respectfully submitted,

HERMAN & HOWRY, L.L.P.

_____
Randy Howry
Southern District Bar No.: 16184
State Bar No. 10121690
1900 Pearl Street
Austin, Texas 78701
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEY FOR DEFENDANT
DR. LARRY BREDTHAUER, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE ESTATE
OF NATALIE BREDTHAUER, DECEASED**

**Defendant and Counter-Plaintiff, Dr. Larry Bredthauer,
Individually and as Administrator of the Estate of
Natalie Bredthauer, Deceased's Designation of Experts
Page 4**                                                    4

## CERTIFICATE OF SERVICE

      I do hereby certify that a duplicate original or true and correct copy of the foregoing document to which this certificate is attached was served on Plaintiffs counsel of record in this case by certified mail, return receipt requested, at the address listed below on the 10th day of July, 2000.

Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
Post Office Box 2283
Austin, Texas 78768-2283

Mr. Paul Swacina
Mr. David Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Mr. Ted Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024

                                                _____
                                                Randy Howry

## CERTIFICATE OF SERVICE

      I do hereby certify that a duplicate original or true and correct copy of the foregoing document to which this certificate is attached was served on Plaintiffs counsel of record in this case by certified mail, return receipt requested, at the address listed below on the 10th day of July, 2000.

Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
Post Office Box 2283
Austin, Texas 78768-2283

Mr. Paul Swacina
Mr. David Crago
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Mr. Ted Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024

_____
Randy Howry

**Defendant and Counter-Plaintiff, Dr. Larry Bredthauer,
Individually and as Administrator of the Estate of
Natalie Bredthauer, Deceased's Designation of Experts
Page 5**                                                            5