AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

C-00-3

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: July 31, 2000 |
| NAME OF SERVER (PRINT): Mike Stewart | TITLE: Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon the defendant, PACCAR, Inc., by delivering personally to the Secretary of State of Texas, at 1019 Brazos, Room 214, Austin, Travis County, Texas.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $90.00 | TOTAL $90.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 2, 2000
               Date

*Signature of Server:* Mike Stewart

1310 San Antonio
Austin TX 78701
*Address of Server*

United States District Court
Southern District of Texas
FILED

AUG - 7 2000

MICHAEL N. MILBY, CLERK

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

42

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS
(CORPUS CHRISTI DIVISION)

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON, ET AL | |
| V. | |
| STRICK CORPORATION, INC., and PACCAR, INC. | |

TO: (Name and address of defendant)

PACCAR, INC., by and through its Registered Agent
Prentice Hall Corporation Systems
800 Brazos
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address) THIRD PARTY PLAINTIFFS'

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK
CLERK

DATE July 12, 2000

(BY) DEPUTY CLERK