CA C-00-00003

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-5-2000 |
| NAME OF SERVER (PRINT) Debbie Duff | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed Certified with return Receipt. See attached Greencard.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $70.00 | TOTAL $70.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-2000                         *Debbie Duff*
             Date                              Signature of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Strick Corp. Inc.
Reg. Agent. Corp. Trust. Comp.
1209 Orange St.
Wilmington, DE 19801

4a. Article Number
Z 356 718 880

4b. Service Type
☒ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
8-1-00

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
*Joanne H. Maymi*

8. Addressee's Address (Only if requested and fee is paid)

12865 Mizzen Ct.
C. 78418

United States District Court
Southern District of Texas
FILED

AUG - 8 2000

Michael N. Milby, Clerk

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt

43