## AMMENDED RETURN OF SERVICE

Came to hand on: __7_/_31_/_00_, at _10:00_ o'clock _A_.M. Cause No. _C-00-003_

United States District Court
Southern District of Texas
FILED
AUG 15 2000
Michael N. Milby, Clerk

☐ Citation
☐ Petition
☐ Plaintiff's First Request for Production
☐ Plaintiff's First Set of Interrogatories
☐ Temporary Restraining Order

☐ Subpoena
☐ $10.00 Witness fee attached
☐ Precept
☐ Show Cause Order
☒ Summons

**EXECUTED ON:** __7_/_31_/_00_, at _3:45_ o'clock _P_.M., within the County of: _Travis_

at: _800 Brazos, Suite 750, Austin, Texas_

by delivering to: _PACCAR, Inc., by delivering to its registered agent Prentice Hall Corporation, by delivering to Margaret Leak,_

a true copy of the above specified civil process, having first endorsed on such copy the date of delivery. Said delivery being made in the following manner:

☒ In person
☐ By delivering by Certified Mail, restricted delivery, return receipt number: ____
☐ By delivering to ____, a person over age 16, pursuant to T.R.C.P. Rule 106 (b)(1).
☐ By attaching to the front entrance of the above location, pursuant to T.R.C.P Rule 106 (b)(2).
☐ By delivering by first class mail with no return receipt required, pursuant to T.R.C.P. Rule 106 (b)(2)
☐ By ____

**NOT EXECUTED** by not being able to deliver to: ____

at: ____

due to information developed on the following dates and times:

A Representative of:

**TEXAS LEGAL SUPPORT SERVICES**

13825 Mizzen Ct.
Corpus Christi, Texas 78418

361-812-9955

I am over the age of 18, not a party to or interested in the outcome of the suit; and authorized by written order to serve citations and other notices.

*Mike Stewart*
Process Servers Signature
Mike Stewart
Printed Signature of Process Server

**State of Texas}**

Before me, a notary public, personally appeared the above named individual, known to me to be the person whose name is subscribed to the foregoing documents and being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the _8th_ day of _August_, 2000

Service Fee: _90.00_

*Kimberle McKinney*
Notary Public Signature

KIMBERLE MCKINNEY
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-06-2004

44.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

(CORPUS CHRISTI DIVISION)

BILL DOBSON, D/B/A DOBSON EXCAVATING
AND TRUCKING AND JOHN ALBRITTON

V.

STAN WILSON, Individually and as
Guardian of JEREMY SEAN WILSON, ET AL

V.

STRICK CORPORATION, INC., and
PACCAR, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. NO. C-00-003

TO: (Name and address of defendant)

PACCAR, INC., by and through its Registered Agent
Prentice Hall Corporation Systems
800 Brazos
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon THIRD PARTY PLAINTIFFS' PLAINTIFF'S ATTORNEY (name and address)

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

(BY) DEPUTY CLERK

DATE July 12, 2000