**SOUTHERN DISTRICT OF TEXAS**          **SOUTHERN DISTRICT OF TEXAS**

Bill Dobson, et al.                          §
                                             §
versus                                       §     CIVIL ACTION NO.  CA-C-00-003
                                             §
Stan Wilson, et al.                          §

United States District Co...
Southern District of T...
FILED

AUG 2 9 2000

MICHAEL N. MILBY  CLERK

### CLERK'S NOTICE OF DEFICIENT PLEADING

     The Clerk has filed your **PACCAR, Inc.'s Reply to Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson an Incapacitated Person and Krista Wilson's Third Party Complaint**; however, it is deficient as checked.  (L.R. refers to the Local Rules of this District.)

1. _____   **Document is not signed. (LR11.1)**

2. _____   **Document is not signed by, or by permission of, attorney in charge (LR11.3)**

3. __x__   **Document does not furnish required attorney information.  (LR11.3.A (1) though (6) (No Southern District of Texas Bar Number LR11.3.A (4)**

4. _____   **No certificate of service or explanation why service is not required.  (LR5.4)**

5. _____   **Motion does not comply as follows:**

        a. _____   **No certificate of consultation (LR7.1D)**

        b. _____   **No certificate of service of motion.  (LR5.6)**

6. _____   **Other:** _____
                  _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date:  August 29, 2000                    _Dara R. P..._
re: D.E. #46/dp                           **UNITED STATES DEPUTY CLERK**

47.