IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | § § § § | United States District Court Southern District of Texas FILED |
| **Plaintiff** | § § | SEP - 1 2000 |
| V | § § § § | Michael N. Milby, Clerk |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § § | CA NO. C-00-003 |
| **Defendants** | § | |

## PACCAR, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES AND CONTINUANCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PACCAR, INC. files its Unopposed Motion for Extension of Discovery Deadlines and Continuance and would show the court the following:

This case is presently set on this Court's trial docket for December 11, 2000. PACCAR, Inc. respectfully requests the Court grant a continuance of the trial setting and an extension of the discovery schedule because PACCAR, Inc. was only recently added as a third party defendant in the case.

48.

I

On July 31, 2000, PACCAR, Inc. received service of the Third Party Complaint in the above cause. From review of the Third Party Complaint, it is apparent that the case involves one death and multiple injuries with complex claims involving general negligence and strict product liability. PACCAR, Inc. had no previous knowledge of this claim or the potential for this claim. Therefore, PACCAR, Inc. is at a serious disadvantage in developing and preparing a defense of the case.

II

The pleadings presented by the Third Party Complaint are vague in their allegations of product defect. Therefore, PACCAR, Inc. is unclear as to the specific component of the vehicle, which is allegedly defective. Additional time is needed to allow PACCAR, Inc. to explore the allegations of product defect, cross-examine plaintiff and third party plaintiffs' expert witnesses, and develop its defense.

III

This motion is filed as soon as practical after PACCAR, Inc. learned of the court's trial setting and scheduling order.

IV

Moreover, the expert designation deadline for all parties was Monday, July 1, 2000. Therefore, the expert designation deadline had expired for PACCAR, Inc. before it was ever served with the Complaint.

As a result, PACCAR, Inc. respectfully requests the court continue the case and set a new scheduling order.

This continuance is not sought for purposes of delay but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, PACCAR, Inc. respectfully requests the court grant this continuance as to the trial on the merits for the reasons shown and that the court extend the discovery schedule and for such other relief to which PACCAR, Inc. is entitled.

Respectfully submitted,

By: _____
LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
(210) 731-6350   (Direct Line)

**ATTORNEY FOR DEFENDANT,
PACCAR, INC.**

OF COUNSEL:

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

## CERTIFICATE OF SERVICE

On the 31st day of August 2000, a true and correct copy of the foregoing document has been mailed to:

**Certified Mail, RRR**
Mr. Paul Swancia
Mr. David Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283


Mr. William T. Powell
Mr. Michael H. Norman
Attorneys at Law
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEYS FOR DR. LARRY BREDTHAUER**


LARRY D. WARREN

276436.01                            4

## OATH

STATE OF TEXAS        §
                      §
COUNTY OF BEXAR       §

BEFORE ME, the undersigned authority, on this day personally appeared LARRY D. WARREN, known to me to be the person whose name is subscribed to the foregoing instrument, and, being by me first duly sworn, upon oath declared that the statements made herein are true and correct.

LARRY D. WARREN

SUBSCRIBED AND SWORN TO BEFORE ME on this _31st_ day of _August_, ~~1997~~ 2000, to certify which witness my hand and seal of office.



CHARLOTTE A. BAKER
Notary Public, State of Texas
My Commission Expires 01-11-03

Notary Public, State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON** | § § § § | |
| **Plaintiff** | § § | |
| **V** | § § § § | |
| **STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER** | § § § § § § § § § | **CA NO. C-00-003** |
| **Defendants** | § § | |

## ORDER

On the _____ day of September 2000, PACCAR, Inc.'s Unopposed Motion for Extension of Discovery Deadlines and Continuance was considered. After due notice, the Court, after considering all pertinent pleadings, is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED, that the trial of this case is continued from December 11, 2000 and will be reset at a future scheduling conference.

IT IS FURTHER ORDERED, that PACCAR, Inc.'s request to extend the discovery deadlines is granted.

276436.01

6

SIGNED on the _____ day of September 2000

_____
HONORABLE H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE