

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2000

Michael N. Milby
Clerk of Court

Bill Dobson, et al.

v.                                         CASE NUMBER:   C-00-3

Stan Wilson, et al.

## NOTICE TO APPEAR

TO:   V. Elizabeth Ledbetter
      David H. Crago
      William T. Powell/Michael H. Norman
      Randy Howry
      James W. Wray, Jr.
      Larry Dale Warren

**YOU ARE ORDERED TO APPEAR** Wednesday, September 13, 2000, at 10:00 am, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

Telephonic Motion Hearing

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: __Mary Beth Garza__                    Date: September 11, 2000