CV/CR ACTION NO.: C-00-3

Bill Dobson dba Dobson Excavating and Trucking ) COUNSEL: Elizabeth Ledbetter

VS.

Stan Wilson, et al. ) COUNSEL: David Crago/William Powell Ted
) Randy Howry/~~James Wray~~ Dankls Chavez /Larry Warren
James Wray

United States District Court
Southern District of Texas
FILED
SEP 1 3 2000
Michael N. Milby
Clerk of Court

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

51.

COURTROOM CLERK: Mary Beth Garza    COURT RECORDER: Genay Rogan
LAW CLERK: Aimee DeSantis    INTERPRETER: _____
U.S. MARSHAL/CSO: _____    U.S.P.O.: _____
DATE: Sept. 13, 2000    OPEN: 10:01    ADJOURN: 10:23
TAPE: 1A

Case called for hearing on unopposed motion for extended discovery deadlines. Appearances are made. Discussion of settlement between Dobson and Wilson. Discussion of unopposed motion for extended discovery deadlines. Defendants Paran, Inc. and Strick Cap. would like to have another 9 mos. Plaintiffs are not opposed. Motion is granted. Court will enter order requiring parties to confer and submit modified case management plan with a suggested trial date. Court proposes June 18, 2001, jury trial date. Final pretrial order due June 8, 2001. Final pretrial conference may be conducted via telephone conference. This is to be discussed in the future. Case management plan is due in thirty days. Adjourned.