IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON §§§§§<br><br>Plaintiff §<br><br>V §§<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER §§§§§§§§§§§§§<br><br>Defendants § | CA NO. C-00-003 |

## ORDER

On the __13__ day of September 2000, PACCAR, Inc.'s Unopposed Motion for Extension of Discovery Deadlines and Continuance was considered. After due notice, the Court, after considering all pertinent pleadings, is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED, that the trial of this case is continued from December 11, 2000 and will be reset at a future scheduling conference.

IT IS FURTHER ORDERED, that PACCAR, Inc.'s request to extend the discovery deadlines is granted.

276436.01

6

SIGNED on the _13_ day of September 2000

_____
HONORABLE H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

278436 01

7

ClibPDF - www.fastio.com