THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON d/b/a DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | § § § § | |
| V. | § § | CA. NO. C-00-003 |
| STAN WILSON, Individually and as guardian of JEREMY SEAN WILSON, KRISTA WILSON, ANASTASIA ROBSON, Individually and as administratix of the estate of NATALIE BREDTHAUER, AND DR. LARRY BREDTHAUER | § § § § § § | |

## SCHEDULING ORDER

After hearing, the Court orders that:

i.   The parties shall submit an amended case management plan within thirty days.

ii.  Jury selection and trial are set for 8:30 a.m. on June 18, 2001.

iii. The parties shall file a joint pretrial order on or before June 8, 2001.

ORDERED this _13_ day of _Sept_, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE