IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 - 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| **BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON** | § § § § § | |
| Plaintiff | § § | |
| V | § § § | |
| **STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER** | § § § § § § § § § § § § | CA NO. C-00-003 |
| Defendants | § | |

## JURY DEMAND

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

PACCAR, INC., Third Party Defendant in the above styled and numbered cause, respectfully demands that this case be tried before a jury.

Respectfully submitted,

By: _____
LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
(210) 731-6350   (Direct Line)

**ATTORNEY FOR DEFENDANT,
PACCAR, INC.**

54

OF COUNSEL:

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

## CERTIFICATE OF SERVICE

On the 28th day of September 2000, a true and correct copy of the foregoing document has been mailed to:

**Certified Mail, RRR**
Mr. Paul Swancia
Mr. David Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFFS**

Mr. William T. Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEY FOR DR. LARRY BREDTHAUER**

_____
LARRY D. WARREN

2

278499.1