IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>OCT 16 2000<br><br>MICHAEL N. MILBY CLERK<br><br>CA NO. C-00-003 |

## PACCAR, INC.'S CROSS-ACTION AGAINST BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PACCAR, INC. files its Cross-action against BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and would show the Court the following:

I

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, PLAINTIFFS, is a resident of the State of Texas who may be served with process upon his attorney of record, Ms. V Elizabeth Ledbetter, Davis & Wilkerson, P.O. Box 2283, Austin, Texas 78768-2283.

II

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON are liable to PACCAR, INC. for all or part of the Plaintiffs' damages against PACCAR, INC. PACCAR, INC. would show that this suit has been filed by Third-Party Plaintiffs, STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LAFRRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER, who seek to recover for personal injuries and damages allegedly sustained. Plaintiffs allege that they have suffered injuries and damages as a result of an automobile accident, which occurred on or about July 5, 1999.

PACCAR, INC. has always denied Third-Party Plaintiffs' allegations and continues to do so. However, in the unlikely event that Third-Party Plaintiffs, STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LAFRRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER are entitled to recover damages, these damages are due to the breaches of duty and negligence of BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and Cross-Defendant, PACCAR, INC. is entitled to contribution from BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON. If there is any breach of duty then such would be the responsibility of Plaintiffs, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON.

WHEREFORE, PREMISES CONSIDERED, PACCAR, INC. prays for judgment against BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and for such other relief to which these defendants are entitled.

Respectfully submitted,

By: _____
LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
(210) 731-6350   (Direct Line)

**ATTORNEY FOR DEFENDANT,
PACCAR, INC.**

OF COUNSEL:

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

3

278457.1

## CERTIFICATE OF SERVICE

On the ___ day of October, 2000 a true and correct copy of the foregoing document has been mailed to:

**Certified Mail, RRR**
Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFFS**

**Regular U.S. Mail**
Mr. Paul Swancia
Mr. David Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**

Mr. William T. Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEY FOR DR. LARRY BREDTHAUER**

LARRY D. WARREN

4

278457.1