IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>OCT 16 2000<br><br>MICHAEL N. MILBY CLERK<br><br><br>CA NO. C-00-003 |

## PACCAR, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE CROSS-ACTION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

PACCAR, INC. files its Unopposed Motion for Leave to File Its Cross-action against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON and would show the Court the following:

I

The original Plaintiff/Interpleader in this case is BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON. These Plaintiffs/Interpleader's are more accurately described as defendants in the case that would have been brought by the WILSON/BREDTHAUER defendants. However,

Dobson and Albritton, Plaintiffs have interpled their policy limits for purposes of resolving and settling their claims and differences with the Wilson/Bredthauer defendants. Defendant, PACCAR, INC. respectfully requests leave of court to file its cross-action against Dobson/Albritton Plaintiffs for purposes of establishing the negligence of Dobson/Albritton and/or obtaining the appropriate credits under Chapter 33 of the Texas Civil Practice and Remedies Code with regard to settling tort feasors.

WHEREFORE, PREMISES CONSIDERED, PACCAR, INC. respectfully requests the Court grant it leave to file its cross-action against BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and for such other relief to which it is entitled.

Respectfully submitted,

By: _____
LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
ATTORNEY-IN-CHARGE
(210) 731-6350   (Direct Line)

**ATTORNEY FOR DEFENDANT,
PACCAR, INC.**

OF COUNSEL:

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

2

278465.1

## CERTIFICATE OF SERVICE

On the __13th__ day of October 2000, a true and correct copy of the foregoing document has been mailed to:

**Certified Mail, RRR**
Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFFS**

**Regular U.S. Mail**
Mr. Paul Swancia
Mr. David Crago
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**

Mr. William T. Powell
Mr. Michael H. Norman
Attorneys at Law
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEYS FOR DR. LARRY BREDTHAUER**

_____
LARRY D. WARREN

3

278465.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | § § § § | |
| Plaintiff | § § | |
| V | § § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § § | CA NO. C-00-003 |
| Defendants | § | |

## AGREED ORDER

On the _____ day of _____ 2000, came on to be heard Defendant, PACCAR, Inc.'s Unopposed Motion for Leave to File Its Cross-Action against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton. After due notice, and the Court, after considering all pertinent pleadings, is of the opinion that Defendant, PACCAR, Inc.'s Motion should in all things, be granted.

IT IS THEREFORE ORDERED, that Defendant, PACCAR, INC.'S Unopposed Motion for Leave to File Its Cross-Action Against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton, be granted.

4

278465.1

SIGNED on the _____ day of _____ 2000.

---

HONORABLE HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

APPROVED BY:

Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
512/482-0614
512/482-0342 (FAX)

_____
V. ELIZABETH LEDBETTER
State Bar No. _____
SD No. /6 24
**ATTORNEYS FOR PLAINTIFFS**


Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
361/881-9643
361/883-0506 (FAX)

_Paul Swancina by permission_ _____
PAUL SWANCIA
SD No. 5924
State Bar No. 19542700
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**


Mr. William T. Powell
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
713/722-9233
713/722-9433 (FAX)

_William T. Powell by permission_ _____
WILLIAM T. POWELL
SD No. 2973
State Bar No. 1620680
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

6

278465.1

Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
512/474-7300
512/474-8557 (FAX)

_Randy Howry by permission_ _[signature]_

RANDY HOWRY
SD No.
State Bar No.
**ATTORNEYS FOR DR. LARRY BREDTHAUER**


BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

_[signature]_

LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
**ATTORNEYS FOR PACCAR, INC.**

7

278465.1