IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, ET AL. | § | |
| | § | |
| vs. | § | C.A. NO. C-00-003 |
| | § | |
| JEREMY SEAN WILSON, ET AL. | § | |

**NOTICE OF INTENTION TO STRIKE PLEADING**

Notice is given that the pleading entitled "Jeremy Wilson and Krista (Wilson) Chaapel's Motion for Leave to File First Amended Third-Party Complaint" filed on October 12, 2000, will be struck for deficiencies unless corrected within seven (7) days. The Local Rules of the United States District Court for the Southern District of Texas require that motions and responses to motions shall be accompanied by a separate proposed order granting the relief requested and setting forth information sufficient to communicate the nature of the relief granted [L.R. 6.A.3 & 6.E.4]. Further, opposed motions shall, except for motions under Federal Rules of Civil Procedure 12(b), (c), (e), or (f) and 56, contain an averment that the movant has conferred with the respondent and counsel cannot agree about the disposition of the motion [LR7.1.D]. Also note Local Rule 7.2.

ORDERED this __21__ day of __Oct__, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE