IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | § § § § | |
| Plaintiff | § | |
| V | § § § | 61. |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § § | CA NO. C-00-003 |
| Defendants | § | |

United States District Court
Southern District of Texas
ENTERED
OCT 2 4 2000
Michael N. Milby, Clerk of Court

## AGREED ORDER

On the 21st day of Oct 2000, came on to be heard Defendant, PACCAR, Inc.'s Unopposed Motion for Leave to File Its Cross-Action against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton. After due notice, and the Court, after considering all pertinent pleadings, is of the opinion that Defendant, PACCAR, Inc.'s Motion should in all things, be granted.

IT IS THEREFORE ORDERED, that Defendant, PACCAR, INC.'S Unopposed Motion for Leave to File Its Cross-Action Against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton, be granted.

4

278465.1

SIGNED on the 21 day of Oct 2000.

*[signature]*
HONORABLE HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

5

278465.1

ClibPDF - www.fastio.com

APPROVED BY:

Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
512/482-0614
512/482-0342 (FAX)

*Agreed for purpose of submission to jury only, no further recovery against "interpleader" beyond insurance proceeds — mt*

_____
V. ELIZABETH LEDBETTER
State Bar No. 12404700
SD No. 1624
**ATTORNEYS FOR PLAINTIFFS**


Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
361/881-9643
361/883-0506 (FAX)

*Paul Swancia by permission* _____
PAUL SWANCIA
SD No. 5924
State Bar No. 19542700
**ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND
AS GUARDIAN OF JEREMY WILSON AND KRISTA WILSON**


Mr. William T. Powell
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
713/722-9233
713/722-9433 (FAX)

*William T. Powell by permission* _____
WILLIAM T. POWELL
SD No. 2973
State Bar No. 1620680
**ATTORNEYS FOR ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**


6

278465.1

Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
512/474-7300
512/474-8557 (FAX)

_Randy Howry by permission_ ⁄s⁄
RANDY HOWRY
SD No.
State Bar No.
**ATTORNEYS FOR DR. LARRY BREDTHAUER**


BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
(210) 731-6300
(210) 731-6499 (Telecopier)

⁄s⁄
LARRY D. WARREN
SD No. 13994
State Bar No. 20888450
**ATTORNEYS FOR PACCAR, INC.**

7

278465.1