IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 25 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § VS. § § § JEREMY SEAN WILSON and KRIST (WILSON) CHAAPEL, ANASTASIA § ROBSON, Individually, and as Administratix § of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and § DR. LARRY BREDTHAUER, § Defendants | C.A. NO. C-00-003 |

## JEREMY WILSON AND KRISTA (WILSON) CHAAPEL'S MOTION FOR LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants and Counter/Plaintiffs, Jeremy Wilson and Krista (Wilson) Chaapel (hereinafter referred to as the "Wilsons"), file this Motion for Leave to File First Amended Third- Party Complaint against Third-Party Defendants, Strick Corporation and Paccar, Inc. pursuant to Fed.R.Civ.P. 14.

### A. Introduction

1.  Plaintiffs and Interpleaders (Dobson Trucking and Albritton) have brought this cause of action depositing into the registry of the Court the limits of an insurance policy.

2. The Wilsons have attached their third-party complaint to this Motion.

### B. Request for Leave

3. Third-party Defendants, Strick Corporation and Paccar, Inc. (Strick and Paccar) are liable to the Wilsons for all or part of the Wilsons' claims against them because Strick and Paccar designed and manufactured the truck tractor and trailer which were involved in the accident made the basis of this lawsuit. Wilsons allege that the truck tractor and trailer were defectively manufactured and/or designed and placed in the stream of commerce in such a defective state. Such acts were a producing cause of the injuries suffered by the Wilsons.

4. The Wilsons did not file their third party complaint within ten days after serving its original answer because Defendants could not in good faith file third-party complaint until conducting initial discovery.

5. Filing the third party complaint will not cause a delay or incovenience the existing parties because adding the third party defendants will not require modification of the scheduling order currently in effect.

### C. Prayer

For these reasons, Wilsons ask the Court to grant their Motion for Leave to File Third-Party Complaint against Strick and Paccar.

Respectfully submitted,

By: _____*Paul Swacina*_____
      PAUL SWACINA
      Federal I.D. No. 5924
      State Bar No. 19542700
      ATTORNEY-IN-CHARGE
      David Crago
      Federal I.D. No. 13868
      State Bar No. 04975260

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (512) 881-9643
Telecopier: (512) 883-0506

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the ____ of October, 2000 in accordance with the Federal Rules of Civil Procedure.

_____*Paul Swacina*_____
Paul Swacina

**Via CMRR**
Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283

-3-

-4-

**Via Regular Mail**
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastaia Robson as Administrator of the
Estatf Natatlie Bredthauer, Deceased

**Via Regular Mail**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § § | |
| VS. | § § § | C.A. NO. C-00-003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants | § § § § § § § § § | |

### STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON'S ORDER ON FIRST AMENDED MOTION FOR THIRD PARTY COMPLAINT

On this ____ day of April, 2000, the Court considered _____'s First Amended Motion for Leave to File Third Party Complaint. After considering the Motion, the Court GRANTS the Motion and the Orders that Defendant, is allowed to file its First Amended Third Party Complaint.

_____
U.S. DISTRICT JUDGE

SIGNED _____, 2000.

APPROVED & ENTRY REQUESTED:

_____
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700