IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 30 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON § <br> EXCAVATING AND TRUCKING, and § <br> JOHN ALBRITTON § <br>     Plaintiffs § <br> § <br> VS. § <br> § <br> STAN WILSON, Individually and as § <br> Guardian of JEREMY SEAN WILSON an § <br> Incapacitated Person, KRISTA WILSON, § <br> ANASTASIA ROBSON, Individually, and § <br> as Administratrix of the Estate of § <br> NATALIE BREDTHAUER, Deceased, and § <br> DR. LARRY BREDTHAUER, § <br>     Defendants § | CIVIL ACTION NO. C-00-003 |

### ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION TO LEAVE TO FILE FIRST AMENDED THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants and Counter-Plaintiffs, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, (Robson) and file this Motion for Leave to File First Amended Third-Party Complaint against Third-Party Defendants, Strick and Paccar, Inc. pursuant to Fed.R.Civ.P. 14.

### A. Introduction

1.     Plaintiffs and Interpleader (Dobson Trucking and Albritton) have brought this cause of action depositing into the registry of the Court the limits of an insurance policy.

2.     Anastasia Robson has attached her third-party complaint to this Motion.

Page 1 of 4

65.

## B. Request for Leave

3.  Third-party Defendants, Strick Corporation and Paccar, Inc. (Strick and Paccar) are liable to Robson for all or part of Robson's claims against them because Strick and Paccar designed and manufactured the truck tractor and trailer which were involved in the accident made the basis of this lawsuit. Robson alleges that the truck tractor and trailer were defectively manufactured and/or designed and placed in the stream of commerce in such a defective state. Such acts were a producing cause of the injuries suffered by Robson.

4.  Robson did not file her third party complaint within ten days after serving its original answer because Defendants could not in good faith file third-party complaint until conducting initial discovery.

5.  Filing the third party complaint will not cause a delay or inconvenience the existing parties because adding the third party defendants will not require modification of the scheduling order currently in effect.

## C. Prayer

For these reasons, Robson asks the Court to grant her Motion for Leave to File Third-Party Complaint against Strick and Paccar.

Respectfully submitted,

NORMAN & POWELL

By: /s/ Michael H. Norman

Michael H. Norman
Federal ID No. 2973
William T. Powell
State Bar No. 1620680
952 Echo Lane, Suite 410
Houston, Texas 77024
713-722-8700 (office)
713-722-9197 (fax)
ATTORNEYS FOR THIRD-PARTY
PLAINTIFF, ANASTASIA ROBSON

## CERTIFICATE OF CONFERENCE

I hereby certify that we have contacted Mr. David Crago, counsel for Stan Wilson, Individually and as Guardian of Jeremy Wilson and Krista Wilson by telephone and he is unopposed to Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint.

I hereby certify that we have contacted Mr. Randy Howry, counsel for Dr. Larry Bredthauer by telephone and he is unopposed to Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint.

I hereby certify that we have contacted Ms. Elizabeth Ledbetter, counsel for Plaintiffs Wilson by telephone on her position on this matter and she was unavailable.

I hereby certify that we have contacted Mr. Larry Warren, counsel for Paccar, Inc. by telephone and he is unopposed to Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint.

/s/ Michael H. Norman

Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true an correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 26th day of October, 2000 in accordance with the Federal Rules of Civil Procedure.

_____
Michael H. Norman



IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>   Plaintiffs<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>   Defendants | § § § § § § § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

## ORDER GRANTING
## ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX
## OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S
## MOTION TO LEAVE TO FILE FIRST AMENDED
## THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint, and the Court, upon presentation of the same, is of the opinion that it is meritorious. If is therefore,

ORDERED, ADJUDGED and DECREED that Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint is hereby GRANTED.

SIGNED this the _____ day of _____ ,2000.

_____
JUDGE PRESIDING