IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 3 1 2000**

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON<br>EXCAVATING AND TRUCKING<br>and JOHN ALBRITTON<br><br>VS.<br><br>STAN WILSON, individually and<br>as Guardian of JEREMY SEAN<br>WILSON an Incapacitated Person<br>Individually and as Administratix<br>of the Estate of NATALIE BREDTHAUER<br>Deceased and DR. LARRY<br>BREDTHAUER, NATALIE<br>BREDTHAUER, Deceased and<br>DR. LARRY BREDTHAUER<br><br>VS.<br><br>STRICK CORPORATION and<br>PACCAR, INC. | § § § § § § § § § § § § § § § § § § § § | **C.A. NO. C.00.003** |

## STRICK CORPORATION'S UNOPPOSED MOTION
## FOR LEAVE TO FILE CROSS-ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

STRICK CORPORATION, Third-Party Defendant, files its Unopposed Motion for Leave to File Its Cross-Action Against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON and would show the Court the following:

I.

The attorney for Movant, James W. Wray, Jr., contacted counsel of record on October 27, 2000, as follows:

67

Ms. V. Elizabeth Ledbetter          **ATTORNEYS FOR BILL DOBSON**
DAVIS & WILKERSON                   **D/B/A DOBSON EXCAVATING AND**
P.O. BOX 2283                       **TRUCKING AND JOHN ALBRITTON**
AUSTIN, TEXAS  78768-2283

Mr. Paul Swacina                    **ATTORNEYS FOR STAND WILSON, IND.**
BRIN & BRIN                         **AND AS GUARDIAN OF JEREMY SEAN**
1202 THIRD STREET                   **WILSON, AN INCAPACITATED PERSON**
CORPUS CHRISTI, TEXAS  78404        **AND KRISTA WILSON CHAAPEL**

Mr. William T. Powell               **ATTORNEYS FOR ANASTASIA ROBSON,**
Mr. Michael H. Norman               **IND. AND AS ADMINISTRATIX OF THE**
952 ECHO LANE, SUITE 410            **EST. OF NATALIE BREDTHAUER, DEC'D.**
HOUSTON, TEXAS  77024

Mr. Randy Howry                     **ATTORNEYS FOR DR. LARRY BREDTHAUER,**
HOWRY & HOWRY, LLP                  **FATHER OF NATALIE BREDTHAUER, DEC'D.**
1900 PEARL STREET
AUSTIN, TEXAS  78705

Mr. Larry D. Warren                 **ATTORNEYS FOR PACCAR, INC.**
BALL & WEED
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas  78212-3191

each of whom stated that there is no opposition to this Motion.

II.

The original Plaintiff/Interpleader in this case is BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON.  These Plaintiffs/Interpleader's are more accurately described as Defendants in the case that would have been brought by the WILSON/BREDTHAUER Defendants.  However, DOBSON and ALBRITTON, Plaintiffs, have interpled their policy limits for purposes of resolving and settling their claims and differences with the WILSON/BREDTHAUER Defendants.  Defendant, STRICK CORPORATION, respectfully requests leave of court to file its cross-action against

DOBSON/ALBRITTON, Plaintiffs, for purposes of establishing the negligence of DOBSON

ALBRITTON and/or obtaining the appropriate credits under Chapter 33 of the Texas Civil

Practice and Remedies Code with regard to settling tort feasors.

WHEREFORE, PREMISES CONSIDERED, STRICK CORPORATION respectfully

requests the Court grant it leave to file its cross-action against BILL DOBSON, D/B/A

DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON, and for such other

relief to which it is entitled.

Respectfully submitted,

By _____

DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

James W. Wray, Jr.
Federal I.D. No. 663
State Bar No. 00786045
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Strick Corp's Motion for Leave

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this _31st_ day of October, 2000.

**Certified Mail/RRR:**
Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
P.O. BOX 2283
AUSTIN, TEXAS  78768-2283

Mr. Paul Swacina
BRIN & BRIN
1202 THIRD STREET
CORPUS CHRISTI, TEXAS  78404

Mr. William T. Powell
Mr. Michael H. Norman
952 ECHO LANE, SUITE 410
HOUSTON, TEXAS  77024

Mr. Randy Howry
HOWRY & HOWRY, LLP
1900 PEARL STREET
AUSTIN, TEXAS  78705

Mr. Larry D. Warren
BALL & WEED
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas  78212-3191

Douglas E. Chaves

Strick Corp's Motion for Leave

4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § | C.A. NO. C.00.003 |
| STAN WILSON, individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person Individually and as Administratix of the Estate of NATALIE BREDTHAUER Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § | |
| VS. | § § | |
| STRICK CORPORATION and PACCAR, INC. | § § § | |

## ORDER

On the _____ day of _____, 2000, came on to be heard Third-Party

Defendant, STRICK CORPORATION's, Unopposed Motion for Leave to File Its Cross-

Action Against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton.

After due notice, and the Court, after considering all pertinent pleadings, is of the opinion

that Third-Party Defendant, STRICK CORPORATION's Motion should in all things, be

granted.

IT IS THEREFORE ORDERED, that Third-Party Defendant, STRICK

CORPORATION's Motion for Leave to File Its Cross-Action Against Bill Dobson, d/b/a

Strick Corp's Order

Dobson Excavating and Trucking and John Albritton, be granted.

SIGNED on the _____ day of _____, 2000.


_____
**JUDGE PRESIDING**

Strick Corp's Order

2