IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § | C.A. NO. C.00.003 |
| STAN WILSON, individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person Individually and as Administratix of the Estate of NATALIE BREDTHAUER Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § | |
| VS. | § | |
| STRICK CORPORATION and PACCAR, INC. | § § | |

## STRICK CORPORATION'S CROSS-ACTION AGAINST BILL DOBSON D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

TO THE HONORABLE JUDGE OF SAID COURT:

STRICK CORPORATION, Third-Party Defendant, files its Cross-Action against BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON, and would show the Court the following:

I.

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON, Complainants, as residents of the State of Alabama, who may be served with process upon their attorney of record, Ms. V. Elizabeth Ledbetter, Davis & Wilkerson, P. O. Box 2283, Austin, Texas 78768-2283.

Strick Corp's Cross-Action

1

II.

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON are liable to STRICK CORPORATION for all or part of the Plaintiffs' damages against STRICK CORPORATION. STRICK CORPORATION would show that this suit has been filed by Third-Party Plaintiffs, STAND WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER, who seek to recover for personal injuries and damages allegedly sustained. Plaintiffs allege that they have suffered injuries and damages as a result of an automobile accident, which occurred on or about July 5, 1999.

III.

STRICK CORPORATION has always denied Third-Party Plaintiffs' allegations and continues to do so. However, in the unlikely event that Third-Party Plaintiffs, STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER are entitled to recover damages, these damages are due to the breaches of duty and negligence of BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and its employee JOHN ALBRITTON, acting in the course and cope of his employment, and Cross-Defendant, STRICK CORPORATION is entitled to contribution from BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON. If there is any breach of duty

then such would be the responsibility of Cross-Defendants, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON.

WHEREFORE, PREMISES CONSIDERED, STRICK CORPORATION prays for judgment against BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON, and for such other relief to which these Defendants are entitled.

Respectfully submitted,

By: _____
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

James W. Wray, Jr.
Federal I.D. No. 663
State Bar No. 00786045
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 31st day of October, 2000.

**Certified Mail/RRR:**
Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
P.O. BOX 2283
AUSTIN, TEXAS  78768-2283

Mr. Paul Swacina
BRIN & BRIN
1202 THIRD STREET
CORPUS CHRISTI, TEXAS  78404

Mr. William T. Powell
Mr. Michael H. Norman
952 ECHO LANE, SUITE 410
HOUSTON, TEXAS  77024

Mr. Randy Howry
HOWRY & HOWRY, LLP
1900 PEARL STREET
AUSTIN, TEXAS  78705

Mr. Larry D. Warren
BALL & WEED
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas  78212-3191

Douglas E. Chaves