IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV - 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>    Plaintiffs | § § § § § | |
| VS. | § § | 69. |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>    Defendants | § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

## ORDER GRANTING ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION TO LEAVE TO FILE FIRST AMENDED THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint, and the Court, upon presentation of the same, is of the opinion that it is meritorious. If is therefore,

ORDERED, ADJUDGED and DECREED that Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion to Leave to File First Amended Third Party Complaint is hereby GRANTED.

SIGNED this the _5_ day of _Nov_, 2000.

_____
JUDGE PRESIDING

Page 1 of 1