United States District Court
Southern District of Texas
ENTERED

NOV - 7 2000

Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | 70. |
| VS. | § § | C.A. NO. C.00.003 |
| STAN WILSON, individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person Individually and as Administratix of the Estate of NATALIE BREDTHAUER Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § | |
| VS. | § § | |
| STRICK CORPORATION and PACCAR, INC. | § § | |

## ORDER

On the _____ day of _____, 2000, came on to be heard Third-Party Defendant, STRICK CORPORATION's, Unopposed Motion for Leave to File Its Cross-Action Against Bill Dobson, d/b/a Dobson Excavating and Trucking and John Albritton. After due notice, and the Court, after considering all pertinent pleadings, is of the opinion that Third-Party Defendant, STRICK CORPORATION's Motion should in all things, be granted.

IT IS THEREFORE ORDERED, that Third-Party Defendant, STRICK CORPORATION's Motion for Leave to File Its Cross-Action Against Bill Dobson, d/b/a

Strick Corp's Order

1

Dobson Excavating and Trucking and John Albritton, be granted.

SIGNED on the _____ 5 _____ day of _____ Nov _____, 2000.

_____
JUDGE PRESIDING

Strick Corp's Order

2