IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
NOV 06 2000
Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING § <br> AND TRUCKING, and JOHN ALBRITTON § <br> Plaintiffs § <br> § <br> v. § <br> § <br> STAN WILSON, Individually and as Guardian of § <br> JEREMY SEAN WILSON an Incapacitated Person § <br> KRISTA WILSON, ANASTASIA ROBSON, § <br> Individually, and as Administratrix of the Estate of § <br> NATALIE BREDTHAUER, Deceased and § <br> DR. LARRY BREDTHAUER § <br> Defendants § | CIVIL ACTION NO. C-00-003 |

## BILL DOBSON d/b/a DOBSON EXCAVATING & TRUCKING'S, AND JOHN ALBRITTON'S ANSWER TO PACCAR, INC.'S CROSS-ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, who make and file this their Answer to Paccar, Inc.'s Cross-Action against them, and for such would show unto the Court as follows:

*General Denial.*

1.  Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny all allegations, each and every, all and singular, and demand strict proof of the issues before any liability be found against them.

2.  In response to Paragraph II of Paccar's Cross-Action, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, deny that they are residents of the state of Texas, but admit all else within Paragraph 1 of Paccar's Cross-Action.

3.  Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that they are liable to Paccar, Inc. for the reasons stated in Plaintiffs' Paragraph II. Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that the suit was originally filed as stated in Paccar, Inc.'s Paragraph II, but admit that the Third-Party Plaintiffs, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson Chaapel, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Dr. Larry Bredthauer, are the true Plaintiffs who do seek to recover personal injuries and damages they alleged to have sustained. It is admitted that there were injuries and damages suffered following the accident on July 5, 1999, but Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny any and all liability, any breaches of duty and negligence.

Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that Paccar, Inc. is entitled to contribution from them and deny any further responsibility for any claimed contribution and/or original damages.

*Affirmative Defense to Contribution Claims.*

4.  Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton state that upon settlement with Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson Chaapel, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Dr. Larry Bredthauer, father of the Deceased, then original Interpleaders/Defendants, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, are not liable for contribution according to TEXAS CIVIL PRACTICE & REMEDIES CODE, § 33.011, *et seq*. Specifically, no defendant has a right of contribution against any settling person. § 33.015(d) TEX.

CIV. PRAC. & REM. CODE. Interpleaders expect to enter documents with the Court establishing them as settling defendants.

**WHEREFORE, PREMISES CONSIDERED,** Interpleaders Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton pray that the Third-Party Plaintiffs take nothing from their cause of action and that Interpleaders go hence without day.

Respectfully submitted,

By: _____
V. Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624

ATTORNEY FOR PLAINTIFFS, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

OF COUNSEL:

DAVIS & WILKERSON, P.C.
Attorneys at Law
P.O. Box 2283
Austin, Texas 78768-2283
(512) 482-0614 telephone
(512) 482-0342 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
Larry D. Warren
Ball & Weed
Trinity Plaza II, Suite 500
745 E. Mulberry, Suite 500
San Antonio, TX 78212-3191

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
David Crago
Paul Swacina
BRIN & BRIN
1202 Third Street
Corpus Christi, TX 78404

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
Ted Powell
Mike Norman
952 Echo Lane, St. 410
Houston, TX 77024

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
Randy Howry
HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
James W. Wray, Jr.
CHAVES, GONZALES & HOBLIT
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

_____
Elizabeth Ledbetter
11-1-00
_____
Date

2010.16-25