# RETURN OF SERVICE

C-00-3

Service of the Summons and Complaint was made by me[1]

DATE: 11/2/00

AME OF SERVER (PRINT): RICHARD SCHUMACHER

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 800 BRAZOS CHRIS HORNSBY, CITATION CLERK, PRENTICE HALL CORPORATION SYSTEMS, REGISTERED AGENT AT 12:5 PM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|------|----------|-------|
|      |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/2/00
Date

_Richard A. Schumacher_
Signature of Server

American Detective Agency
111 W. Anderson Ln, D-203
Austin, Texas 78752
Address of Server

United States District Court
Southern District of Texas
FILED

NOV 15 2000

74

MICHAEL N. MILBY CLERK

---

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN _____ DISTRICT OF _____ CORPUS CHRISTI DIVISION

BILL DOBSON D/B/A DOBSON
EXCAVATING AND TRUCKING AND
JOHN ALBRITTON

V.

STAN WILSON, INDIVIDUALLY AND
AS GUARDINA OF JEREMY WILSON, ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER: C-00-003

TO: (Name and address of defendant)
PACCAR, INC.
BY AND THROUGH ITS REGISTERED AGENT, PRENTICE HALL CORPORATION SYSTEMS
800 BRAZOS
AUSTIN, TEXAS 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RANDY HOWRY
HERMAN, HOWRY & BREEN, L.L.P.
1900 PEARL STREET
AUSTIN, TEXAS 78705
*ATTORNEY FOR DR. LARRY BREDTHAUER INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED
DEFENDANT & THIRD PARTY PLAINTIFF

n answer to the complaint which is herewith served upon you, within _____20_____ days after ervice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken gainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a easonable period of time after service.

_Michael N. Milby_     11-1-00
CLERK                  DATE

_[signature]_
BY) DEPUTY CLERK