United States District Court
Southern District of Texas
FILED

NOV 16 2000

MICHAEL N. MILBY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| v. | § § | CASE NUMBER C-00-003 |
| STAN WILSON, Individually and As Guardian of JEREMY SEAN WILSON, An Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER | § § § § § § § | |

### DR. LARRY BREDTHAUER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR LEAVE TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants and Counter-Plaintiffs, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased ("Bredthauer") files this his Motion for Leave to File First Amended Third-Party Complaint against Third-Party Defendants, Strick Corporation and Paccar, Inc. pursuant to Fed.R.Civ.P. 14.

### A. Introduction

1.   Plaintiffs and Interpleaders (Dobson Trucking and Albritton) have brought this cause of action depositing into the registry of the Court the alleged limits of an insurance policy.

2.   Bredthauer has attached his First Amended Third-Party complaint to this Motion and contemporaneously files the same herewith.

1

## B. Request for Leave

3.     Third-party Defendants, Strick Corporation and Paccar, Inc. ("Strick" and "Paccar") are liable to Bredthauer for all or part of the Bredthauer's claims against them because Strick and Paccar designed and manufactured the truck tractor and trailer which were involved in the accident made the basis of this lawsuit. Bredthauer alleges that the truck tractor and trailer were defectively manufactured and/or designed and placed in the stream of commerce in such a defective state. Such acts were a producing cause of the injuries suffered by Bredthauer.

4.     Bredthauer did not file his amended third party complaint within ten days after serving his original answer because Defendants could not in good faith file the third-party complaint until conducting initial discovery.

5.     Filing the amended third party complaint will not cause a delay or inconvenience the existing parties because adding the Third-Party Defendants and expanding upon the bases for the claims against them will not require modification of the scheduling order current in effect.

## C. Prayer

For these reasons, Bredthauer asks the Court to grant his Motion for Leave to File First Amended Third-Party Complaint against Strick and Paccar and deem the First Amended Third-Party Complaint filed as of the date of the filing of this Motion.

2

Respectfully submitted,

HERMAN, HOWRY & BREEN, L.L.P.

_____
Randy Howry
Southern District Bar No.: 16184
State Bar No. 10121690
1900 Pearl Street
Austin, Texas 78701
(512) 474-7300
(512) 474-8557 FAX
**ATTORNEY FOR DEFENDANT
DR. LARRY BREDTHAUER, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE ESTATE
OF NATALIE BREDTHAUER, DECEASED**

## CERTIFICATE OF CONFERENCE

I hereby certify that my office has conferred with counsel for Plaintiffs, Defendants and Third-Party Plaintiffs, and they are unopposed to Dr. Larry Bredthauer, Individually, and as Administrator of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File First Amended Third-Party Complaint. Additionally, my office has contacted counsel for Paccar, Inc. to confer regarding opposition to this Motion, and he was unopposed to the filing of this Motion.

_____
Randy Howry

3

## CERTIFICATE OF SERVICE

I do hereby certify that a duplicate original or true and correct copy of the foregoing document to which this certificate is attached was served on Plaintiffs counsel of record in this case by certified mail, return receipt requested, at the address listed below on the 15th day of November, 2000.

Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
Post Office Box 2283
Austin, Texas  78768-2283

Mr. Paul Swacina
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas  78404

Mr. Ted Powell
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024

Mr. Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191

_____
Randy Howry