IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON<br>   Plaintiffs<br><br>v.<br><br>STAN WILSON, Individually and as Guardian JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>   Defendants | § § § § § § § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

United States District Court
Southern District of Texas
FILED
NOV 17 2000
MICHAEL N. MILBY CLERK

## BILL DOBSON d/b/a DOBSON EXCAVATING & TRUCKING'S, AND JOHN ALBRITTON'S ANSWER TO STRICK CORPORATION'S CROSS-ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, who make and file this their Answer to Strick Corporation's (Strick) Cross-Action against them, and for such would show unto the Court as follows:

***General Denial.***

1. Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny all allegations, each and every, all and singular, and demand strict proof of the issues before any liability be found against them.

2. Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton admit Paragraph I of Strick's Cross-Action, except to the extent that Dobson and Albritton have no objection to filing of the Cross-Action, so long as Strick and others do not look to Dobson and/or Albritton for any

G:\USERS\POLK\DOCS\3160-01\Pl\Ans to Strick's Cross-Action.wpd
Printed: November 13, 2000 (2.16PM)
                          Page 1

77.

amount in direct damages or contribution damages, but file the cross-action for purposes of submission of percentage of liability.

3.	In response to Strick's Cross-Action, Paragraph II, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that they are liable to Strick Corporation. Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that the suit was originally filed as stated in Strick's Paragraph II, but admit that the Third-Party Plaintiffs, Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson Chaapel, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Dr. Larry Bredthauer, are the true Plaintiffs who do seek to recover personal injuries and damages they alleged to have sustained. It is admitted that there were injuries and damages suffered following the accident on July 5, 1999, but Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny any and all liability, any breaches of duty and negligence.

4.	In response to Strick's Cross-Action, Paragraph III, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny that Strick is entitled to contribution from them and deny any further responsibility for any claimed contribution and/or original damages. Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton deny negligence and breach of duty.

*Affirmative Defense to Contribution Claims.*

5.	Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton state that upon settlement with Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson Chaapel, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Dr. Larry Bredthauer, father of the Deceased, then original Interpleaders/Defendants, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, are

not liable for contribution according to TEXAS CIVIL PRACTICE & REMEDIES CODE, § 33.011, *et seq.* Specifically, no defendant has a right of contribution against any settling person. § 33.015(d) TEX. CIV. PRAC. & REM. CODE. Interpleaders expect to enter documents with the Court establishing them as settling defendants.

**WHEREFORE, PREMISES CONSIDERED,** Interpleaders Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton pray that the Third-Party Plaintiffs take nothing from their cause of action and that Interpleaders go hence without day.

Respectfully submitted,

By: _____
Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624

ATTORNEY FOR PLAINTIFFS, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

OF COUNSEL:

DAVIS & WILKERSON, P.C.
Attorneys at Law
P.O. Box 2283
Austin, Texas 78768-2283
(512) 482-0614 telephone
(512) 482-0342 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Larry D. Warren
Ball & Weed
Trinity Plaza II, Suite 500
745 E. Mulberry, Suite 500
San Antonio, TX 78212-3191

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
David Crago
Paul Swacina
BRIN & BRIN
1202 Third Street
Corpus Christi, TX 78404

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Ted Powell
Mike Norman
952 Echo Lane, St. 410
Houston, TX 77024

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Randy Howry
HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
James W. Wray, Jr.
CHAVES, GONZALES & HOBLIT
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

_____
Elizabeth Ledbetter

Nov. 14, 2000
Date

2010.16-25