IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 29 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § § | |
| VS. § § § § | C.A. NO. C-00-003 |
| JEREMY SEAN WILSON and KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants § § § § § § § § § § | |

## AGREED MOTION FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES herein Movants in the above-styled and entitled cause and would show this Court as follows:

1. Defendant Dobson Excavating and Trucking deposited $1 million, their policy limits, into the registry of the Court pursuant to an interpleader action. Plaintiffs have settled with Dobson Trucking and herein file this agreed and unopposed motion to disburse funds deposited into the registry of the court in the following manner:

    A.   Five Hundred Thousand Dollars ($500,000) made payable to Dr. Larry Bredthauer, Mrs. Anastasia Robson, and their attorneys, Randy Howry and Ted Powell.

1

B. Seventy-Five Thousand Dollars ($75,000) payable to Krista Wilson Chaapel and her attorney, Paul Swacina.

C. Two Hundred Forty Thousand Dollars ($240,000) payable to Jeremy Wilson and his attorney, Paul Swacina.

D. One Hundred Eighty-Five Thousand Dollars ($185,000) payable to Sentry Select Insurance Company. Sentry Select Insurance Company will in turn immediately fund the structured settlement for Jeremy Wilson by depositing a check by November 30, 2000, if possible, with Jamestown Life Insurance Company (Taxpayer I.D. #54-1215126) in the amount of One Hundred Eighty-Five Thousand Dollars ($185,000) for Jeremy Wilson. Said check will be deposited through Kathy Powell, the Sales and Service Coordinator for The Mangelsdorf Companies by and through their Dallas Office at 8340 Meadow Road, Suite 142, Dallas, Texas 75231-3751.

E. Accummulated interest on the interpled funds shall be apportioned fifty percent (50%) to Dr. Larry Bredthauer, Mrs. Anastasia Robson, and their attorneys, Randy Howry and Ted Powell; ten percent (10) to Krista Wilson and her attorney Paul Swacina and forty percent (40%) to Jeremy Wilson and his attorney, Paul Swacina. These sums may be combined with the disbursements of $500,000,

2

$75,000 and $240,000 respectively.

2. All plaintiffs are in agreement as to the disbursement of the requested funds. Defense counsel have been contacted and do not oppose the requested disbursement.

3. The temporary guardianship has expired by its own terms in Cause No. 000490-4 in County Court at Law No. 4, Nueces County, Texas. (A copy of the order and opinion letter of attorney for the Guardian are attached to this motion as Exhibit A.) Further, the treating psychologist for Jeremy Wilson has detrmined that Jeremy Wilson is psychologically competent to handle his own affairs. (A copy of the letter from Dr. Weiner is attached to this motion as Exhibit B.)

4. No hearing is requested unless the court requires one. The Movants and parties do pray that the court enter its order as soon as practical.

WHEREFORE, PREMISES CONSIDERED, Movants request the Court to disburse funds in the registry of the court in the manner stated above.

Respectfully submitted,

By: _____
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700
ATTORNEY-IN-CHARGE
David Crago
Federal I.D. No. 13868
State Bar No. 04975260

3

OF COUNSEL:

**BRIN & BRIN P.C.**
1202 Third Street
Corpus Christi, TX 78404
Telephone: (361) 881-9643
Telecopier: (361) 883-0506

4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the ___ of November, 2000 in accordance with the Federal Rules of Civil Procedure.

Paul Swacina

**Via Regular Mail**
Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283

**Via Regular Mail**
Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024

**Via Regular Mail**
Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705

**Via Regular Mail**
Mr. Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191

**Via Regular Mail**
Mr. Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470

5

# MICHAEL J. SHELLY, P.C. — *Attorney at Law* —

5102 HOLLY ROAD, STE. A
CORPUS CHRISTI, TX 78411
(361) 985-6464
FAX: (361) 985-9556

November 10, 2000

Mr. David H. Crago
Attorney at Law
1202 Third Street
Corpus Christi, Texas 78404

RE: Cause No. 000490-4,
Temporary Guardianship of Jeremy Sean Wilson

Dear David:

As you know, I represent Jeremy's father, Stanley E. Wilson, at the time of his appointment as Jeremy's temporary guardian. I have enclosed a copy of the order confirming the appointment. Please note that the order reflects the fact that the appointment was only temporary, and terminated by its own terms on September 13, 1999. We did not seek a permanent guardianship for Jeremy.

I trust this will satisfy your clients' needs, but please feel free to contact me if you need any additional information.

Sincerely,

Michael J. Shelly

enc.



EXHIBIT A

CAUSE NO. 000490-4

| | | |
|---|---|---|
| TEMPORARY GUARDIANSHIP OF | ) | IN THE COUNTY COURT |
| JEREMY SEAN WILSON | ) | AT LAW NO. 4 |
| AN INCAPACITATED PERSON | ) | NUECES COUNTY, TEXAS |

### ORDER CONFIRMING APPOINTMENT OF TEMPORARY GUARDIAN

On this 14th day of July, 1999, came on to be considered the Application of STANLEY E. WILSON for Letters of Temporary Guardianship of JEREMY SEAN WILSON.

Applicant appeared in person. Proposed Ward did not appear, the Court having found by clear and convincing evidence that the Proposed Ward is physically and mentally unable to appear.

After hearing the evidence in support of the Application, the Court finds by clear and convincing evidence that this Court has venue and jurisdiction over this matter, that STANLEY E. WILSON was appointed Temporary Guardian of JEREMY SEAN WILSON, an incapacitated person by Order of this Court dated July 14, 1999.

A hearing was held on that date pursuant to Section 875(f)(1) of the Texas Probate Code;

Notice was given to all persons interested in this Estate pursuant to Section 875(e) of the Texas Probate Code;

Clear and convincing proof was provided of the areas of incapacity of the Ward; that STANLEY E. WILSON is eligible to act as Temporary Guardian of JEREMY SEAN WILSON, an incapacitated person.

IT IS THEREFORE ORDERED, that the original Order dated July 14, 1999, appointing STANLEY E. WILSON as Temporary Guardian of JEREMY SEAN WILSON, an incapacitated person, is confirmed.

IT IS FURTHER ORDERED, by the Court that the Temporary Guardianship shall be effective until September 13, 1999 which is sixty (60) days from the date of original Application in accordance with Section 875(h) of the Texas Probate Code.

IT IS FURTHER ORDERED, that the Temporary Guardian of JEREMY SEAN WILSON shall have the powers and authority to:

    h.   To sign any and all medical authorizations or releases for the proposed ward;



STATE OF TEXAS
COUNTY OF NUECES

The above and foregoing is a true and correct copy as the same appears on file and/or recorded in the appropriate records of Nueces County, Texas.
I hereby certified, on ___7-23-___, 19 99

OSCAR SOLIZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

b. To authorize, select, incur and pay for any and all medical and rehabilitation expenses incurred by the proposed ward with funds out of the proposed ward's estate;

c. To apply for all private insurance, public benefits, federal, state, or local government benefits in order to pay for the cost of medical expenses incurred by the proposed ward;

d. To take any and all actions necessary to collect, preserve and protect the estate of proposed ward, including the filing of civil suit for possession and/or damages to the ward and the filing of criminal charges if necessary;

e. To incur whatever costs may be necessary to collect, preserve and protect the assets of the estate, including storage fees, attorneys fees, court costs and any other costs involved in the vehicle accident;

f. To execute and deliver any instruments necessary to collect, preserve and protect the evidence of the vehicle accident;

g. To take possession and prepare an accounting of all assets of the estate;

h. To retain on a contingent fee basis the law firm of Brin and Brin to sue for recovery of all damages and compensation to which the Proposed Ward may be entitled as well as to compromise and settle all claims arising out of the Vehicle Accident, including but not limited to court costs, attorney fees and all necessary expenses.

IT IS FURTHER ORDERED, that the compensation to attorneys, mental health professionals or interpreters ordered by this Court pursuant to Section 646 and 687 of the Texas Probate Code are taxes as costs of the proceeding and shall be paid by Nueces County, Texas, pursuant to Section 665A of the Texas Probate Code.

SIGNED this 20th day of JULY, 1999.

_____
Judge Presiding

FILED
JUL 20 1999
OSCAR SOLIZ
DISTRICT CLERK, NUECES COUNTY, TEXAS
by _____ Duhn _____ Deputy

STATE OF TEXAS
COUNTY OF NUECES

The above and foregoing is a true and correct copy as the same appears on file and/or recorded in the appropriate records of Nueces County, Texas.

I hereby certified, on 7-23- , 19 99



OSCAR SOLIZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

APPROVED:

_____
STANLEY S. WILSON, Applicant

Applicant's Attorney:

_____
Michael J. Shelly, P.C.
5102 Holly Rd., Ste. A
Corpus Christi, TX 78411
Phone: (361) 985-6464
Fax  : (361) 985-9556
State Bar No. 18196225

STATE OF TEXAS
COUNTY OF NUECES

The above and foregoing is a true and correct copy as the same appears on file and/or recorded in the appropriate records of Nueces County, Texas.

I hereby certified, on __7-23-__, 19 99



OSCAR SOLIZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

Donald E. Weiner, Ph.D. FPPR
5934 South Staples, Suite 206
Corpus Christi, Texas 78411

November 7, 20000

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Re:   Jeremy Wilson

Dear Mr. Swacina:

    I am practicing psychologist licensed by the State of Texas. At this current time, Jeremy Wilson is a patient whom I am treating for cognitive re-training. It is my psychological opinion that Jeremy Wilson is competent to make his own financial decisions and does not require a guardian.

Sincerely,

Donald E. Weiner, Ph.D. FPPR


EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § § VS. § § § JEREMY SEAN WILSON and KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants § § § § § § § § § | C.A. NO. C-00-003 |

## ORDER

It is the order of this court that the following disbursements be made by the Clerk of the U.S. District Court for the Southern District of Texas, Corpus Christi Division:

A. Five Hundred Thousand Dollars ($500,000) made payable to Dr. Larry Bredthauer, Mrs. Anastasia Robson, and their attorneys, Randy Howry and Ted Powell.

B. Seventy-Five Thousand Dollars ($75,000) payable to Krista Wilson Chaapel and her attorney, Paul Swacina.

C. Two Hundred Forty Thousand Dollars ($240,000) payable to Jeremy Wilson and his attorney, Paul Swacina.

D.  One Hundred Eighty-Five Thousand Dollars ($185,000) payable to Sentry Select Insurance Company for use and benefit of Jeremy Wilson.

E.  Accummulated interest on the interpled funds shall be apportioned fifty percent (50%) to Dr. Larry Bredthauer, Anastasia Robson, and their attorneys, Randy Howry and Ted Powell; ten percent (10%) to Krista Wilson and her attorney Paul Swacina and forty percent (40%) to Jeremy Wilson and his attorney, Paul Swacina. These sums may be combined with the disbursements of $500,000, $75,000 and $240,000 respectively.

All checks are to be delivered to Paul Swacina, Brin & Brin, P.C., for appropriate distribution.

SIGNED this ____ day of _____, 20000.

_____
U.S. DISTRICT JUDGE

AGREED:

[signature] 11-28-00

Ms. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283
Attorney for Bill Dobson d/b/a
Dobson Excavating and Trucking
and John Albritton

_[signature]_

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

_____

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

_____
Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

_____ w/ permission
For Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

_____
Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

_[signature]_

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel