IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC - 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § VS. § § § STAN WILSON, Individually and as Guardian § of JEREMY SEAN WILSON an Incapacitated§ Person, KRISTA WILSON, ANASTASIA § ROBSON, Individually, and as Administratix § of the Estate of NATALIE BREDTHAUER, § Deceased and DR. LARRY BREDTHAUER § NATALIE BREDTHAUER, Deceased, and § DR. LARRY BREDTHAUER, § Defendants | C.A. NO. C-00-003 |

80·

### STAN WILSON, INDIVIDUALLY, AND AS GUARDIAN OF JEREMY WILSON, AND KRISTA WILSON'S ORDER ON FIRST AMENDED MOTION FOR THIRD PARTY COMPLAINT

On this ___ day of April, 2000, the Court considered _____'s First Amended Motion for Leave to File Third Party Complaint. After considering the Motion, the Court GRANTS the Motion and the Orders that Defendant, is allowed to file its First Amended Third Party Complaint.

U.S. DISTRICT JUDGE

SIGNED _____, 2000.

APPROVED & ENTRY REQUESTED:

**PAUL SWACINA**
Federal I.D. No. 5924
State Bar No. 19542700