```
                                                           United States District Court
                                                           Southern District of Texas
                                                                    FILED

        IN THE DISTRICT COURT OF THE UNITED STATES           DEC 0 8 2000
             FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION              Michael N. Milby, Clerk
```

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § |
| VS. | § § C.A. NO. C.00.003 |
| STAN WILSON, individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person Individually and as Administratix of the Estate of NATALIE BREDTHAUER Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § JURY DEMAND § § § § § § § § § § |
| VS. | § § |
| STRICK CORPORATION and PACCAR, INC. | § § § |

**THIRD-PARTY DEFENDANT STRICK CORPORATION'S ORIGINAL ANSWER TO DR. LARRY BREDTHAUER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S THIRD PARTY COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

STRICK CORPORATION, Third-Party Defendant files this Original Answer to the Third-Party Complaint of DR. LARRY BREDTHAUER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED, for cause stating as follows:

### A. RESPONSE TO THIRD PARTY COMPLAINT

With regard to Paragraph Nos. 1-20 of the Third Party Complaint of Dr. Larry

Strick Corp's Original Answer

1

Bredthauer, the Defendant Strick Corporation answers as follows:

1. This Defendant neither admits nor denies the allegations of Paragraph No. 1 for the reason that it has insufficient information upon which to base admission or denial.

2. Paragraph No. 2 is admitted.

3. Paragraph No. 3 is admitted.

4. Strick Corporation is a Delaware Corporation

5. Paragraph No. 5 is denied.

6. This Defendant neither admits nor denies the allegations of Paragraph No. 6.

7. Paragraph No. 7 is denied.

8. Paragraph No. 8 is denied.

9. Paragraph No. 9 is denied.

10. Paragraph No. 10 is denied.

11. Paragraph No. 11 is denied.

12. Paragraph No. 12 is denied.

13. This Defendant neither admits nor denies the allegations of Paragraph Nos. 13, 14, 15, 16, 17, 18 and 19.

14. This Defendant denies that Bredthauer is entitled to damages in the capacity and for the amount for which he sued and denies that he is entitled to any punitive damages.

## B. DEFENSES AND CROSS COMPLAINT

Third-Party Defendant Strick has no information regarding the accident other than the allegations of the Third-Party Complaint. Those allegations make it likely that a further

understanding of the facts will show the necessity to assert defenses to the cause of action stated in the Third-Party Complaint and/or to assert cross-actions or third-party actions that Third-Party Defendant cannot now know about.  Third-Party Defendant gives notice that it will hereafter seek to assert defenses or third-party actions such as appear proper.

WHEREFORE PREMISES CONSIDERED, Third-Party Defendant Strick Corporation prays that Plaintiffs and Third-Party Plaintiffs take nothing by their suit and that Strick Corporation recover costs, and for such other and general relief as the Court may deem appropriate in the interest of justice and equity.

Respectfully submitted,

By: _____
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

James W. Wray, Jr.
Federal I.D. No. 663
State Bar No. 00786045
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX  78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Strick Corp's Original Answer

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 8th day of December, 2000.

**Certified Mail/RRR:**

Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
P.O. BOX 2283
AUSTIN, TEXAS  78768-2283

Mr. Paul Swacina
BRIN & BRIN
1202 THIRD STREET
CORPUS CHRISTI, TEXAS  78404

Mr. William T. Powell
Mr. Michael H. Norman
952 ECHO LANE, SUITE 410
HOUSTON, TEXAS  77024

Mr. Randy Howry
HOWRY & HOWRY, LLP
1900 PEARL STREET
AUSTIN, TEXAS  78705

_____
Douglas E. Chaves