UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON § <br> EXCAVATING AND TRUCKING and § <br> JOHN ALBRITTON § <br> § <br> v. § <br> § <br> STAN WILSON, Individually and As § <br> Guardian of JEREMY SEAN WILSON, § <br> An Incapacitated Person, § <br> KRISTA WILSON, ANASTASIA ROBSON,§ <br> Individually, and as Administratrix of the § <br> Estate of NATALIE BREDTHAUER, § <br> Deceased, and DR. LARRY BREDTHAUER § | CASE NUMBER C-00-003 |

**DEFENDANT LARRY BREDTHAUER, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER,
DECEASED'S MOTION FOR SUBSTITUTION AND MOTION TO PRACTICE PRO
HAC VICE FOR HEARING ON MOTION FOR DISBURSEMENT OF FUNDS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendants and Counter-Plaintiffs, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased (collectively "Bredthauer"), files this Motion for Substitution and Motion to Practice Pro Hac Vice for the Hearing on Motion for Disbursement of Funds and would show unto the Court as follows:

I.

Defendants and Counter-Plaintiff, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased moves for substitution of Thomas H. Daniel for Randy Howry for the purposes of appearance at the hearing on Motion for Disbursement of Funds. Randy Howry will be unable to appear at the hearing as he will be in Pennsylvania and Ohio on January

1

18th though January 20th. This trip has been scheudled for several weeksl and an airline ticket has been preiovulsy purchased. Randy Howry and his clients request the Court's permission to allow his associate, Thomas H. Daniel, to be substituted as counsel for the purposes of such hearing. Counsel requests such substitution in order for the hearing not to be delayed so that the settlement funds may be disbursed.

## II.

### A. APPLICATION OF THOMAS H. DANIEL TO PRACTICE PRO HAC VICE

I, Thomas H. Daniel, files this application to appear pro hac vice before the Court in the above numbered and styled cause of action for the purposes of the Hearing on Motion for Disbursement of Funds:

1. My full name is Thomas Houston Daniel.

2. My home address is 2507 Hartford Road, Austin, Texas 78703.

3. I am a member of the Herman, Howry & Breen, L.L.P. law firm, and my business address and telephone and fax number are 1900 Pearl Street, Austin, Texas 78705 and (512) 474-7300 and (512) 474-8557 (fax).

4. I have been admitted to practice law in the State of Texas since December 1997.

5. I have not been the subject of any disciplinary proceeding before any court or administrative body.

6. In the past three (3) years, I have not applied to appear pro hac vice before another court within this State.

7. I am familiar with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas.

11. I seek admission to appear in this action so that I may participate in the hearing on the Motion for Disbursement of Funds for Defendants and Counter-Plaintiffs, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased .

2

## PRAYER

For these reasons, Randy Howry and Thomas H. Daniel asks this Court to grant this Application to Appear Pro Hac Vice and Motion for Substitution and allow Thomas H. Daniel to appear before this Court for the hearing on the Motion for Disbursement of Funds.

Respectfully submitted,

HERMAN, HOWRY & BREEN, L.L.P.

_____
Randy Howry
Southern District Bar No.: 16184
State Bar No. 10121690
Thomas H. Daniel
State Bar No. 90002004
1900 Pearl Street
Austin, Texas 78701
(512) 474-7300
(512) 474-8557 FAX

**ATTORNEY FOR DEFENDANT
DR. LARRY BREDTHAUER, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE ESTATE
OF NATALIE BREDTHAUER, DECEASED**

3

## CERTIFICATE OF SERVICE

I do hereby certify that a duplicate original or true and correct copy of the foregoing document to which this certificate is attached was served on counsel of record in this case by certified mail, return receipt requested, at the address listed below on the 14th day of December, 2000.

Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
Post Office Box 2283
Austin, Texas 78768-2283

Mr. Paul Swacina
BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404

Mr. Ted Powell
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024

Mr. Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191

_____
Randy Howry/Thomas H. Daniel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| v. | § § | CASE NUMBER C-00-003 |
| STAN WILSON, Individually and As Guardian of JEREMY SEAN WILSON, An Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER | § § § § § § § § | |

**ORDER GRANTING DEFENDANT LARRY BREDTHAUER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR SUBSTITUTION AND MOTION TO PRACTICE PRO HAC VICE FOR HEARING ON MOTION FOR DISBURSEMENT OF FUNDS**

On this day, the Court considered Defendants and Counter-Plaintiffs, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased (collectively "Bredthauer"), files this Motion for Substitution and Motion to Practice Pro Hac Vice for the Hearing on Motion for Disbursement of Funds. After considering the Motion, the Court is of the opinion that it is hereby in all things GRANTED.

SIGNED and ENTERED _____, 2000

_____
U.S. DISTRICT JUDGE