UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § v. § § STAN WILSON, Individually and As § Guardian of JEREMY SEAN WILSON, § An Incapacitated Person, § KRISTA WILSON, ANASTASIA ROBSON,§ Individually, and as Administratrix of the § Estate of NATALIE BREDTHAUER, § Deceased, and DR. LARRY BREDTHAUER§ | CASE NUMBER C-00-003 |

## ORDER GRANTING DEFENDANT LARRY BREDTHAUER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR SUBSTITUTION AND MOTION TO PRACTICE PRO HAC VICE FOR HEARING ON MOTION FOR DISBURSEMENT OF FUNDS

On this day, the Court considered Defendants and Counter-Plaintiffs, Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased (collectively "Bredthauer"), files this Motion for Substitution and Motion to Practice Pro Hac Vice for the Hearing on Motion for Disbursement of Funds. After considering the Motion, the Court is of the opinion that it is hereby in all things GRANTED.

SIGNED and ENTERED _Dec 15_, 2000

_____
U.S. DISTRICT JUDGE

5