CIVIL ACTION NO.: C-00-03

BILL DOBSON, ET AL        )   V. ELIZABETH LEDBETTER

                          )

VS.

JEREMY SEAN WILSON, ET AL )   PAUL SWACINA, JAMES WRAY, TROY VANCIL,
                          )   TOM DANIEL, MICHAEL NORMAN

JUDGE PRESIDING: H. W. HEAD, JR.

COURTROOM CLERK: J. F. Alvarez        COURT RECORDER: Genay Rogan
LAW CLERK: Amy Livsey                 U. S. P. O.:
U.S. MARSHAL:                         C.S.O.: Terry Lee
INTERPRETER:
DATE: Dec. 18, 2000    OPEN: 9:05 am    ADJOURN: 9:35 am
TAPE: 1/1060 - 2374

United States District Court
Southern District of Texas
FILED
DEC 1 8 2000
Michael N. Milby
Clerk of Court

================================================================

Case called for HEARING ON MOTION FOR DISBURSEMENT OF FUNDS. Appearances made. Ms. Ledbetter announces that there is a settlement with all parties. Mr. Wray for Strick Corporation states that he has reservations with regard to settlement and that he would like to depose the Dobsons before settlement and to look at the tractor and trailer. Mr. Wray would like the Court to retain jurisdiction over matters of discovery. Ms. Ledbetter says she has asked that the evidence (tractor and trailer) be kept available for Mr. Wray to see, but that the trailer is back in circulation and the tractor is being used for parts. Mr. Swacina said that before Wray was hired that Strick was put on notice of depositions being taken and that Strick had opted not to participate. Mr. Wray says that he has nothing in his file to show that as the case. Discussion of whether or not the statute will be satisfied. Mr. Swacina says that they have sent all discovery to Strick and he lists everything that was sent. Mr. Wray says that he has gone over all the discovery. Order of Dismissal is submitted to the Court by Ms. Ledbetter. The Court reads the order.

Mr. Vancil for Paccar states that they have settled their portion of case. Swacina says only remaining parties will be Strick and the injured parties. Wray suggests that the Court delay the grant of the order until he and Ms. Ledbetter can work out issues. Discussion of when Wray got notice of depositions and hearing. Claimaints, Jeremy and Krista Wilson, both want the settlement. Both are now of age and Mr. Wilson is capable of acting on how own behalf. The Court talks to them and to the parents of claimants. The parents advise that they believe it is in the best interest of Jeremy and Krista to have the settlement.

85

PAGE: __2__   CA NO.: __C-00-03__

__Dobson, et al__   VS __Wilson, et al__

PROCEEDING: __Hrg/Motion for Disbursement__

DATE: __Dec. 18, 2000__

Discussion of Bredthauer's relationship to Robson. Attorneys advise there were no medical bills for Robson. The Court overrules Mr. Wray's reservations. The Court signs the Order of Dismissal and dismisses the case. Discussion of how long the disbursement will take. Adjourned.