United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § | |
| VS. § | C.A. NO. C-00-003 |
| § § | |
| JEREMY SEAN WILSON and KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER, Defendants § § § § § § § § § § | |

86.

## ORDER

It is the order of this court that the following disbursements be made by the Clerk of the U.S. District Court for the Southern District of Texas, Corpus Christi Division:

A. Five Hundred Thousand Dollars ($500,000) made payable to Dr. Larry Bredthauer, Mrs. Anastasia Robson, and their attorneys, Randy Howry and Ted Powell.

B. Seventy-Five Thousand Dollars ($75,000) payable to Krista Wilson Chaapel and her attorney, Paul Swacina.

C. Two Hundred Forty Thousand Dollars ($240,000) payable to Jeremy Wilson and his attorney, Paul Swacina.

D. One Hundred Eighty-Five Thousand Dollars ($185,000) payable to Sentry Select Insurance Company for use and benefit of Jeremy Wilson.

E. Accummulated interest on the interpled funds shall be apportioned fifty percent (50%) to Dr. Larry Bredthauer, Anastasia Robson, and their attorneys, Randy Howry and Ted Powell; ten percent (10%) to Krista Wilson and her attorney Paul Swacina and forty percent (40%) to Jeremy Wilson and his attorney, Paul Swacina. These sums may be combined with the disbursements of $500,000, $75,000 and $240,000 respectively.

All checks are to be delivered to Paul Swacina, Brin & Brin, P.C., for appropriate distribution.

SIGNED this _18_ day of _Dec_____, 20000.

_____
U.S. DISTRICT JUDGE

AGREED:

_____  11-28-00
Mr. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283
Attorney for Bill Dobson d/b/a
Dobson Excavating and Trucking
and John Albritton

*[signature: Michael H. Norman]*

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

---

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

---

Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

---

Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

---

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

Mr. Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

*[signature]*
Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

*[signature: Paul Swacina w/ permission]*
for Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

*[signature]*
Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, TX 77024
Attorneys for Anastasia Robson as Administrator of the
Estate of Natalie Bredthauer, Deceased

Mr Randy Howry
Herman & Howry, L.L.P.
1900 Pearl Street
Austin, TX 78705
Attorney for Dr. Larry Bredthauer

Larry Warren
Ball & Weed
745 East Mulberry, Suite 500
San Antonio, Texas 78212-3191
Attorney for Paccar, Inc.

Douglas Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 787470
Attorney for Strick Corporation

Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
Attorney for Jeremy Sean Wilson and
Krista Wilson Chaapel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BILL DOBSON, D/B/A DOBSON §
EXCAVATING AND TRUCKING §
and JOHN ALBRITTON §
§
VS. § C.A. NO. C-00-003
§
§
JEREMY SEAN WILSON and KRISTA §
(WILSON) CHAAPEL, ANASTASIA §
ROBSON, Individually, and as Administratix §
of the Estate of NATALIE BREDTHAUER, §
Deceased and DR. LARRY BREDTHAUER §
NATALIE BREDTHAUER, Deceased, and §
DR. LARRY BREDTHAUER, §
Defendants §

## ORDER

It is the order of this court that the following disbursements be made by the Clerk of the U.S. District Court for the Southern District of Texas, Corpus Christi Division:

A. Five Hundred Thousand Dollars ($500,000) made payable to Dr. Larry Bredthauer, Mrs. Anastasia Robson, and their attorneys, Randy Howry and Ted Powell.

B. Seventy-Five Thousand Dollars ($75,000) payable to Krista Wilson Chaapel and her attorney, Paul Swacina.

C. Two Hundred Forty Thousand Dollars ($240,000) payable to Jeremy Wilson and his attorney, Paul Swacina.

D. One Hundred Eighty-Five Thousand Dollars ($185,000) payable to Sentry Select Insurance Company for use and benefit of Jeremy Wilson.

E. Accummulated interest on the interpled funds shall be apportioned fifty percent (50%) to Dr. Larry Bredthauer, Anastasia Robson, and their attorneys, Randy Howry and Ted Powell; ten percent (10%) to Krista Wilson and her attorney Paul Swacina and forty percent (40%) to Jeremy Wilson and his attorney, Paul Swacina. These sums may be combined with the disbursements of $500,000, $75,000 and $240,000 respectively.

All checks are to be delivered to Paul Swacina, Brin & Brin, P.C., for appropriate distribution.

SIGNED this ____ day of _____, 20000.

_____
U.S. DISTRICT JUDGE

AGREED:

_____ 11-28-00
Mr. V. Elizabeth Ledbetter
c/o DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283
Attorney for Bill Dobson d/b/a
Dobson Excavating and Trucking
and John Albritton

