IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC 18 2000

Michael N. Milby, Clerk

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING § <br> AND TRUCKING, and JOHN ALBRITTON § <br>     Plaintiffs § <br> § <br> v. § <br> § <br> STAN WILSON, Individually and as Guardian of § <br> JEREMY SEAN WILSON an Incapacitated Person § <br> KRISTA WILSON, ANASTASIA ROBSON, § <br> Individually, and as Administratrix of the Estate of § <br> NATALIE BREDTHAUER, Deceased and § <br> DR. LARRY BREDTHAUER § <br>     Defendants § | CIVIL ACTION NO. C-00-003 |

### BILL DOBSON d/b/a DOBSON EXCAVATING AND TRUCKING'S and JOHN ALBRITTON'S MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Plaintiffs, Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton, who make and file this their Motion for Entry of Agreed Order of Dismissal, and for such would show unto the Court as follows:

Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton, interpleaded the amount of the insurance policy ($1,000,000.00) into the registry of the Court. Counterclaims were filed by the "Respondents to the Interpleader/Claimants," who are identified as Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson (now Krista Wilson Chaapel), Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Larry Bredthauer. Respondents to the Interpleader/Claimants (identified hereinafter as "Claimants") now appear by and through their attorneys of record, and

81.

announce unto the Court the claims they have made in this case against Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton (their agents, employees, heirs and assigns, and any others in privity or acting on their behalf whether named herein or not, including Briana Dobson, John Deere Insurance Company and Sentry Insurance Company and related corporate entities and agents) have been compromised and settled. The Claimants have executed a Release and Settlement Agreement and the monies which they are entitled to divide among themselves by agreement, or otherwise among themselves by order of the Court, has been paid so that they no longer have any cause of action of any kind or character against Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton (their agents, employees, heirs and assigns, and any others in privity or acting on their behalf whether named herein or not, including Briana Dobson, John Deere Insurance Company and Sentry Insurance Company and related corporate entities and agents). Claimants have agreed that judgment should be entered, that Claimants take nothing from Interpleaders beyond the settlement funds interpleaded into the Court, along with any interest which has accrued, by order of the Court.

      It is understood that bona fide disputes and controversies exist between the parties, both as to liability and damages and the amount thereof, though the Interpleaders (Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton) deny liability altogether. It is expressly understood and agreed that the terms of the settlement are contractual and not merely recitals, and that the settlement is intended to compromise doubtful and disputed claims, avoid litigation, and buy peace, and that no payments made nor any release or other consideration given is to be construed as an admission of liability, all liability being expressly denied.

Since the initiation of the original lawsuit, the Claimants have joined as Defendants, Paccar, Inc., and Strick Corporation, Inc. Strick and Paccar have filed cross-actions over and against Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton for contribution in the event that any liability is attributed to them.

Under TEXAS CIVIL PRACTICE & REMEDIES CODE, no Defendant has a right of contribution against any settling person. Dobson and Albritton recognize that Paccar and Strick may wish to submit their names to the jury in order to obtain an apportionment of liability. However, Dobson and Albritton seek the confirmation of this Court that neither Paccar nor Strick has any right of contribution against them as settling persons and that their appearance is no longer necessary before this Court in their capacity as Interpleaders and/or as subjects of cross-actions or third-party actions filed by Paccar or Strick.

**WHEREFORE, PREMISES CONSIDERED,** Bill Dobson d/b/a Dobson Excavating & Trucking and John Albritton request the following:

1. That the Court find that Bill Dobson, d/b/a Dobson Excavating & Trucking, and John Albritton are settling parties and that no Defendant has any further right of contribution against them.

2. That Bill Dobson, d/b/a Dobson Excavating & Trucking, and John Albritton be dismissed with prejudice from the lawsuit;

3. That none of the Claimants have waived their right to assert any claim for any amount or portion of the interpleaded monies with accrued interest by entering into this settlement;

4. That Claimants take nothing further than settlement funds as interpleaded, with accrued interest, from Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton;

5. Nothing in this Order shall preclude a request by Paccar or Strick to submit the names of Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton for the purposes of apportioning the liability of Paccar and Strick, though no further recovery can be had from Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton.

6. Enter orders that all costs of court shall be taxed to the party incurring same; and

7. That all relief not ordered herein is expressly denied.

Respectfully submitted,

By: _____
Elizabeth Ledbetter
State Bar No. 12104700
Southern District Bar No. 1624

ATTORNEYS FOR PLAINTIFFS, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON

OF COUNSEL:

DAVIS & WILKERSON, P.C.
Attorneys at Law
P.O. Box 2283
Austin, Texas 78768-2283
(512) 482-0614 telephone
(512) 482-0342 facsimile

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in the manner indicated below upon the following:

VIA FACSIMILE (210) 731-6499
Larry D. Warren
Ball & Weed
Trinity Plaza II, Suite 500
745 E. Mulberry, Suite 500
San Antonio, TX 78212-3191

VIA FACSIMILE (361) 883-0506
David Crago
Paul Swacina
BRIN & BRIN
1202 Third Street
Corpus Christi, TX 78404

VIA FACSIMILE (713) 722-9433
Ted Powell
Mike Norman
952 Echo Lane, St. 410
Houston, TX 77024

VIA FACSIMILE (512) 474-8557
Randy Howry
HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, TX 78705-5408

VIA FACSIMILE (361) 888-9187
James W. Wray, Jr.
CHAVES, GONZALES & HOBLIT
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX 78470

_____
V. Elizabeth Ledbetter
12-14-00
Date

20010.24

G:\USERS\POLK\DOCS\3160-01\Pl\Motion for Dismissal.wpd                                                                                          Page 5



IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　Plaintiffs<br><br>v.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br>　　Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

## AGREED ORDER OF DISMISSAL

Came on to be heard the above entitled and numbered cause wherein Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton, interpleaded the amount of the insurance policy ($1,000,000.00) into the registry of the Court. Counterclaims were filed by the "Respondents to the Interpleader/Claimants," who are identified as Stan Wilson, Individually and as Guardian of Jeremy Sean Wilson, an Incapacitated Person, Krista Wilson (now Krista Wilson Chaapel), Anastasia Robson, Individually, and as Administratrix of the Estate of Natalie Bredthauer, Deceased, and Larry Bredthauer. Respondents to the Interpleader/Claimants now appear by and through their attorneys of record, and announce unto the Court that the claims they have made in this case against Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton (their agents, employees, heirs and assigns, and any others in privity or acting on their behalf whether named herein or not, including Briana Dobson, John Deere Insurance Company and Sentry Insurance Company and related corporate entities and agents) have been compromised and settled. The Respondents to the

Interpleader/Claimants have executed a Release and Settlement Agreement and the monies which they are entitled to divide among themselves by agreement, or otherwise among themselves by order of the Court, has been paid, so that they no longer have any causes of action of any kind or character against Bill Dobson, d/b/a Dobson Excavating and Trucking, and John Albritton (their agents, employees, heirs and assigns, and any others in privity or acting on their behalf whether named herein or not, including Briana Dobson, John Deere Insurance Company and Sentry Insurance Company and related corporate entities and agents). Respondents to the Interpleader/Claimants then requested that judgment be entered, that Respondents to Interpleader/Claimants take nothing, and it appeared to the Court that such judgment should be entered.

Since the initiation of the original lawsuit, the Claimants have joined as Defendants, Paccar, Inc., and Strick Corporation, Inc. Strick and Paccar have filed cross-actions over and against Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton for contribution in the event that any liability is attributed to them.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. That the Court find that Bill Dobson, d/b/a Dobson Excavating & Trucking, and John Albritton are settling parties and that no Defendant has any further right of contribution against them.

2. That Bill Dobson, d/b/a Dobson Excavating & Trucking, and John Albritton be dismissed with prejudice from the lawsuit;

3. That none of the Claimants have waived their right to assert any claim for any amount or portion of the interpleaded monies with accrued interest by entering into this settlement;

4. That Claimants take nothing further than settlement funds as interpleaded, with accrued interest, from Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton;

5. Nothing in this Order shall preclude a request by Paccar or Strick to submit the names of Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton for the purposes of apportioning the liability of Paccar and Strick, though no further recovery for contribution can be had from Bill Dobson d/b/a Dobson Excavating & Trucking, and John Albritton;

6. Enter orders that all costs of court shall be taxed to the party incurring same; and

7. That all relief not ordered herein is expressly denied.

SIGNED AND ENTERED this the _____ day of _____, 2000.

_____

JUDGE HAYDEN HEAD

AGREED:

_____
Ted Powell
~~Mike Norman~~
952 Echo Lane, St. 410
Houston, TX 77024
State Bar No. _____
Federal Bar No. _____

ATTORNEYS FOR ANASTASIA ROBSON

_____
Randy Howry
HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, Texas 78705-5408
State Bar No. 10121690
Federal Bar No. 16184

ATTORNEYS FOR DR. LARRY BREDTHAUER

_____
Paul Swacina
David Crago
BRIN & BRIN
1202 Third Street
Corpus Christi, Texas 78404
State Bar No. _____
Federal Bar No. _____

ATTORNEYS FOR STAN WILSON, INDIVIDUALLY AND AS GUARDIAN OF JEREMY SEAN WILSON AN INCAPACITATED PERSON, AND KRISTA WILSON

AGREED:

_____
Ted Powell
Mike Norman
952 Echo Lane, St. 410
Houston, TX 77024
State Bar No. _____
Federal Bar No. _____

ATTORNEYS FOR ANASTASIA ROBSON

_____
Randy Howry
HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, Texas 78705-5408
State Bar No. _10121699_
Federal Bar No. _16184_

ATTORNEYS FOR DR. LARRY BREDTHAUER

_____
Paul Swacina
David Crago
BRIN & BRIN
1202 Third Street
Corpus Christi, Texas 78404
State Bar No. _____
Federal Bar No. _____

ATTORNEYS FOR STAN WILSON,
INDIVIDUALLY AND AS GUARDIAN OF
JEREMY SEAN WILSON AN
INCAPACITATED PERSON, AND
KRISTA WILSON

_____
V. Elizabeth Ledbetter
DAVIS & WILKERSON, P.C.
P. O. Box 2283
Austin, Texas 78768
State Bar No. 12104700
Federal Bar No. 1624

ATTORNEYS FOR BILL DOBSON, d/b/a
DOBSON EXCAVATING AND TRUCKING,
and JOHN ALBRITTON