IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON <br><br> Plaintiff <br><br> V <br><br> JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER <br><br> Defendants | § § § § § § § § § § § § § § § § § § § CA NO. C-00-003 |

United States District Court
Southern District of Texas
FILED

JAN 02 2001

Michael N. Milby, Clerk

## THIRD-PARTY PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL, Third-Party Plaintiffs in the above-styled and numbered cause, and move the Court to dismiss their case against Third-Party Defendant, PACCAR, INC. and in support of this Motion would show:

I.

Third-Party Plaintiffs herein no longer desire to prosecute their case against Third-Party Defendant, PACCAR, INC. WHEREFORE, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL, Third-Party Plaintiffs, herein, requests this Court to sign an agreed order dismissing this suit with prejudice as to Third-Party Defendant, PACCAR, INC., and

281597.1

89.

that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

Respectfully submitted,

*Paul Swacina*
PAUL SWACINA 19542700
Federal I.D. No. 5924
State Bar No. 19542700
ATTORNEYS FOR THIRD PARTY
PLAINTIFFS,
JEREMY SEAN WILSON AND
KRISTA WILSON CHAAPEL

OF COUNSEL:

Brin & Brin, P.C.
1202 Third Street
Corpus Christi, TX 78404
361/881-9643
361/883-0506 (FAX)

**CERTIFICATE OF SERVICE**

On the 28th day of December 2000, a true and correct copy of the foregoing document has been mailed to:

Mr. Larry D. Warren
Ball & Weed, P.C.
745 E. Mulberry, Suite 500
San Antonio, Texas 78212
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFF,
BILL DOBSON**

2

281597.1

Mr. William T. Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,**
**ANASTAIA ROBSON AS ADMINISTRATIX OF THE**
**ESTATE OF NATALIE BREDTHAUER, DECEASED**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEY FOR THIRD-PARTY PLAINTIFF,**
**DR. LARRY BREDTHAUER**

Mr. Doug Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahea
Corpus Christi, Texas 78470
**ATTORNEY FOR THIRD-PARTY DEFENDANT,**
**STRICK CORPORATION**

_____
PAUL SWACINA

3

281597.1

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>**Plaintiff**<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § § | United States District Court Southern District of Texas FILED<br><br>JAN 02 2001<br><br>Michael N. Milby, Clerk<br><br>CA NO. C-00-003 |

## AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiffs, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL'S Motion For Dismissal as to Third-Party Defendant, PACCAR, INC.. Third-Party Plaintiffs herein no longer desire to prosecute their case against Third-Party Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Third-Party Defendant, PACCAR, INC..

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Plaintiffs, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL'S lawsuit against Third-Party Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

4

281597.1

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
361/881-9643
361/883-0506 (FAX)

_____
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700
**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS,
JEREMY SEAN WILSON AND
KRISTA WILSON CHAAPEL**

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

5

281597.1