

United States District Court
Southern District of Texas
FILED

JAN 04 2001

MICHAEL N. MILBY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

# MEMORANDUM

**DATE:**  12/22/00

**TO:**  Docket Clerk thru Nathan Ochsner

**FROM:**  Andy Gould, Finance

**SUBJECT:**  Docket Entry

---

PLEASE MAKE THE FOLLOWING DOCKET ENTRY
AND FORWARD THIS MEMO TO THE FILE.

CASE NUMBER ___C-00-003___

❏  $_____ were deposited into the Court registry.  Receipt #_____

❏  $_185,000.00_ were disbursed from the Court registry.