

United States District Court
Southern District of Texas
FILED

JAN 04 2001

MICHAEL N. MILBY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

# MEMORANDUM

**DATE:** 12/22/00

**TO:** Docket Clerk thru Nathan Ochsner

**FROM:** Andy Gould, Finance

**SUBJECT:** Docket Entry

---

PLEASE MAKE THE FOLLOWING DOCKET ENTRY
AND FORWARD THIS MEMO TO THE FILE.

CASE NUMBER ___C-00-003___

❑   $_____ were deposited into the Court registry.  Receipt #_____

❑   $ _260,248.51_ were disbursed from the Court registry.