

United States District Court
Southern District of Texas
FILED

JAN 0 4 2001

MICHAEL N. MILBY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

# MEMORANDUM

**DATE:** 12/22/00

**TO:** Docket Clerk thru Nathan Ochsner

**FROM:** Andy Gould, Finance

**SUBJECT:** Docket Entry

---

PLEASE MAKE THE FOLLOWING DOCKET ENTRY
AND FORWARD THIS MEMO TO THE FILE.

CASE NUMBER ___C-00-003___

❏   $_____ were deposited into the Court registry.  Receipt #_____

❏   $ 525,310.63  were disbursed from the Court registry.

93.