IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § | CA NO. C-00-003 |

United States District Court
Southern District of Texas
FILED
JAN 4 - 2001
MICHAEL N. MILBY, CLERK

## THIRD-PARTY PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, DR. LARRY BREDTHAUER, Third-Party Plaintiff in the above-styled and numbered cause, and move the Court to dismiss his case against Defendant, PACCAR, INC. and in support of this Motion would show:

I.

Third-party Plaintiff herein no longer desire to prosecute his case against Defendant, PACCAR, INC. WHEREFORE, DR. LARRY BREDTHAUER, Third-Party Plaintiff, herein, requests this Court to sign an agreed order dismissing this suit with prejudice as to Defendant, PACCAR, INC., and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

281823.1

Respectfully submitted,

RANDY HOWRY
Federal I.D. No. _16184_
State Bar No. _10121690_
ATTORNEYS FOR THIRD-PARTY
PLAINTIFF, DR. LARRY BREDTHAUER

OF COUNSEL:

Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
512/474-7300
512/474-8557 (FAX)

## CERTIFICATE OF SERVICE

On the 2 day of January 2001, -2000, a true and correct copy of the foregoing document has been mailed to:

Mr. Larry D. Warren
Ball & Weed, P.C.
745 E. Mulberry, Suite 500
San Antonio, Texas 78212
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFF,
BILL DOBSON**

Mr. Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS,
JEREMY SEAN WILSON AND
KRISTA WILSON CHAAPEL**

2

281823.1

Mr. Doug Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahea
Corpus Christi, Texas 78470
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
STRICK CORPORATION**

Mr. William T. Powell
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
ANASTASIA ROBSON, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE OF
NATALIE BREDTHAUER, DECEASED**

_____
RANDY HOWRY

3

281823.1

## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>**Plaintiff**<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § | CA NO. C-00-003 |

### AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiff, DR. LARRY BREDTHAUER'S Motion For Dismissal as to Defendant, PACCAR, INC. Third-Party Plaintiff herein no longer desire to prosecute her case against Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Defendant, PACCAR, INC.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Plaintiff, DR. LARRY BREDTHAUER'S lawsuit against Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

4

281823.1

SIGNED this _____ day of _____, 2000.

                                                                _____

                                                                           JUDGE PRESIDING

**APPROVED AND AGREED:**

**HERMAN & HOWRY, L.L.P.**
1900 Pearl Street
Austin, Texas 78705
512/474-7300
512/474-8557 (FAX)

_/s/ Randy Howry_
**RANDY HOWRY**
Federal I.D. No. _16184_
State Bar No. _10121690_
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
DR. LARRY BREDTHAUER**


**BALL & WEED**
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_/s/ Larry D. Warren_
**LARRY D. WARREN**
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

5

281823.1

Case 2:00-cv-00003   Document 94   Filed in TXSD on 01/04/2001   Page 5 of 5