IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 18 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § § | |
| VS. | § § | C.A. NO. C.00.003 |
| STAN WILSON, individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person Individually and as Administratix of the Estate of NATALIE BREDTHAUER Deceased and DR. LARRY BREDTHAUER, NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § § | |
| VS. | § § | |
| STRICK CORPORATION and PACCAR, INC. | § § | |

## STIPULATIONS OF PARTIES REGARDING DISCOVERY

Pursuant F.R.C.P. 29, Defendant, STRICK CORPORATION, and Third Party Plaintiff ANASTASIA ROBSON, make the following stipulations regarding the procedure for discovery.

1. Defendant, STRICK CORPORATION'S Objections and Responses to ANASTASIA ROBSON'S FIRST SET OF WRITTEN INTERROGATORIES are due on January 29, 2001.

2. Defendant, STRICK CORPORATION'S Objections and Responses to ANASTASIA ROBSON'S FIRST SET OF REQUESTS FOR PRODUCTION are due on January 29, 2001.

As required by F.R.C.P. 29, this stipulation will not interfere with the time set for completion of discovery, for hearing of a motion, or for trial.

Stipulation of Discovery

1

This stipulation is effective on the date it is signed by the attorneys below.

By: *(signature)*
MICHAEL H. NORMAN
Federal Bar No. 2973
State Bar No. 15081300
952 Echo Lane, Suite 410
Houston, Texas 77024
Tel: (713) 722-8700
Fax: (713)722-9187
ATTORNEY FOR THIRD PARTY
PLAINTIFF ANASTASIA ROBSON

By: *(signature)*
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile
ATTORNEY FOR DEFENDANT,
STRICK CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 18th day of January, 2001.

**Certified Mail/RRR:**
Ms. V. Elizabeth Ledbetter
DAVIS & WILKERSON
P.O. BOX 2283
AUSTIN, TEXAS  78768-2283

Mr. Paul Swacina
BRIN & BRIN
1202 THIRD STREET
CORPUS CHRISTI, TEXAS  78404

Mr. William T. Powell
Mr. Michael H. Norman
952 ECHO LANE, SUITE 410
HOUSTON, TEXAS  77024

Mr. Randy Howry
HOWRY & HOWRY, LLP
1900 PEARL STREET
AUSTIN, TEXAS  78705

Mr. Larry D. Warren
BALL & WEED
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas  78212-3191

                                *Douglas E. Chaves*
                                Douglas E. Chaves

Stipulation of Discovery