FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>**Plaintiff**<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § § | 97.<br><br>CA NO. C-00-003<br><br>United States District Court<br>Southern District of Texas<br>ENTERED<br><br>JAN 3 1 2001<br><br>Michael N. Milby, Clerk of Court |

## AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiffs, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL'S Motion For Dismissal as to Third-Party Defendant, PACCAR, INC.. Third-Party Plaintiffs herein no longer desire to prosecute their case against Third-Party Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Third-Party Defendant, PACCAR, INC..

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Plaintiffs, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL'S lawsuit against Third-Party Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

SIGNED this 29 day of January, 2001.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

BRIN & BRIN, P.C.
1202 Third Street
Corpus Christi, Texas 78404
361/881-9643
361/883-0506 (FAX)

_____
PAUL SWACINA
Federal I.D. No. 5924
State Bar No. 19542700
**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS, JEREMY SEAN WILSON AND KRISTA WILSON CHAAPEL**

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT, PACCAR, INC.**