FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>ENTERED<br><br>JAN 3 1 2001<br><br>Michael N. Milby, Clerk of Court<br><br>CA NO. C-00-003 |

## AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiff, DR. LARRY BREDTHAUER'S Motion For Dismissal as to Defendant, PACCAR, INC. Third-Party Plaintiff herein no longer desire to prosecute her case against Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Defendant, PACCAR, INC.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Plaintiff, DR. LARRY BREDTHAUER'S lawsuit against Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

4

281823.1

SIGNED this __29__ day of ____January____, 2001.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

HERMAN & HOWRY, L.L.P.
1900 Pearl Street
Austin, Texas 78705
512/474-7300
512/474-8557 (FAX)

_____
RANDY HOWRY
Federal I.D. No. __16184__
State Bar No. __10121690__
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
DR. LARRY BREDTHAUER**


BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

281823.1