IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON <br><br> Plaintiff <br><br> V <br><br> JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER <br><br> Defendants | § § § § § § § § § § § § § § § § § § § CA NO. C-00-003 |

United States District Court
Southern District of Texas
FILED

FEB 12 2001

Michael N. Milby, Clerk

## THIRD-PARTY PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED, Third-Party Plaintiff in the above-styled and numbered cause, and move the Court to dismiss her case against Third-Party Defendant, PACCAR, INC. and in support of this Motion would show:

I.

Third-Party Plaintiff herein no longer desire to prosecute her case against Defendant, PACCAR, INC. WHEREFORE, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED, Third-Party Plaintiff, herein, requests this Court to sign an agreed order dismissing this suit

281603.1

with prejudice as to Third-Party Defendant, PACCAR, INC., and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

Respectfully submitted,

_____
WILLIAM T. POWELL
Federal I.D. No. 2973
State Bar No. 16206800
ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED

OF COUNSEL:

Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
713/722-8700
713/722-9197 (FAX)

## CERTIFICATE OF SERVICE

On the 3RD day of January 2001, a true and correct copy of the foregoing document has been mailed to:

Mr. Larry D. Warren
Ball & Weed, P.C.
745 E. Mulberry, Suite 500
San Antonio, Texas 78212
**ATTORNEYS FOR THIRD-PARTY DEFENDANT, PACCAR, INC.**

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFF, BILL DOBSON**

2

281603.1

Mr. Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS,**
**JEREMY SEAN WILSON AND**
**KRISTA WILSON CHAAPEL**

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEY FOR THIRD-PARTY PLAINTIFF,**
**DR. LARRY BREDTHAUER**

Mr. Doug Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahea
Corpus Christi, Texas 78470
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,**
**STRICK CORPORATION**

_____
WILLIAM T. POWELL

3

281603.1

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>**Plaintiff**<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § | CA NO. C-00-003 |

## AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiff, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED' Motion For Dismissal as to Third-Party Defendant, PACCAR, INC. Third-Party Plaintiff herein no longer desire to prosecute her case against Third-Party Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Third-Party Defendant, PACCAR, INC.

IT IS, THEREFORE, ORDERED; ADJUDGED and DECREED that Third-Party Plaintiff, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED' lawsuit against Third-Party Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court

4

281603.1