IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>**Plaintiff**<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § | CA NO. C-00-003 |

## THIRD-PARTY DEFENDANT'S MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, PACCAR, INC., Third-Party Defendant in the above-styled and numbered cause, and move the Court to dismiss their third-party action against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and in support of this Motion would show:

I.

Third-Party Defendant herein no longer desire to prosecute their case against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON. Third-Party Defendant, PACCAR, INC., herein requests this Court to sign an agreed order dismissing this suit with prejudice as to Plaintiff, BILL DOBSON, D/B/A

281835.1

DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

Respectfully submitted,

LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
ATTORNEYS FOR THIRD PARTY
DEFENDANT, PACCAR, INC.

OF COUNSEL:

Ball & Weed, P.C.
745 East Mulberry, Suite 500
San Antonio, Texas 78212
210/731-6350
219/785-2950 (FAX)

## CERTIFICATE OF SERVICE

On the 7th day of February, 2001 a true and correct copy of the foregoing document has been mailed to:

Ms. V Elizabeth Ledbetter
Davis & Wilkerson
P.O. Box 2283
Austin, Texas 78768-2283
**ATTORNEYS FOR PLAINTIFF,
BILL DOBSON**

Mr. William T. Powell
Mr. Michael H. Norman
Norman & Powell
952 Echo Lane, Suite 410
Houston, Texas 77024
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
ANASTAIA ROBSON AS ADMINISTRATIX OF THE
ESTATE OF NATALIE BREDTHAUER, DECEASED**

2

281835.1

Mr. Randy Howry
Herman & Howry, LLP
1900 Pearl Street
Austin, Texas 78705
**ATTORNEY FOR THIRD-PARTY PLAINTIFF,**
**DR. LARRY BREDTHAUER**

Mr. Doug Chaves
Chaves, Gonzales & Hoblit
2000 Frost Bank Plaza
802 North Carancahea
Corpus Christi, Texas 78470
**ATTORNEY FOR THIRD-PARTY DEFENDANT,**
**STRICK CORPORATION**

Mr. Paul Swacina
Brin & Brin, P.C.
1202 Third Street
Corpus Christi, Texas 78404
**ATTORNEYS FOR THIRD-PARTY PLAINTIFFS,**
**JEREMY SEAN WILSON AND**
**KRISTA WILSON CHAAPEL**

_____
LARRY D. WARREN

3

281835.1

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § §    CA NO. C-00-003 |

### AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2001, came on to be heard Third-Party Defendant, PACCAR, INC.'S Motion For Dismissal as to Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON. Third-Party Defendant, PACCAR, INC. herein no longer desire to prosecute its case against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON, and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Defendant, PACCAR, INC.'S lawsuit against Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON is dismissed with prejudice and

281835.1

that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283
512/482-0614
512/482-0342 (FAX)

_____
V. ELIZABETH LEDBETTER
Federal I.D. No. 1624
State Bar No. 12104700
**ATTORNEYS FOR PLAINTIFF,
BILL DOBSON**

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

281835.1

5