FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 8 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON<br><br>Plaintiff<br><br>V<br><br>JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER<br><br>Defendants | § § § § § § § § § § § § § § § § § § § | 101.<br><br>CA NO. C-00-003 |

### AGREED ORDER OF DISMISSAL

On the ____ day of _____ 2000, came on to be heard Third-Party Plaintiff, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED' Motion For Dismissal as to Third-Party Defendant, PACCAR, INC. Third-Party Plaintiff herein no longer desire to prosecute her case against Third-Party Defendant, PACCAR, INC., and respectfully request the Court to enter this Order dismissing this suit with prejudice as to Third-Party Defendant, PACCAR, INC.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party Plaintiff, ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED' lawsuit against Third-Party Defendant, PACCAR, INC. is dismissed with prejudice and that all costs of court

4

281603.1

associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

SIGNED this ____6____ day of ____March____, 2000.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

NORMAN & POWELL
952 Echo Lane, Suite 410
Houston, Texas 77024
713/722-8700
713/722-9197 (FAX)

_____
WILLIAM T. POWELL
Federal I.D. No. 2973
State Bar No. 16206800
**ATTORNEYS FOR THIRD-PARTY PLAINTIFF,
ANASTASIA ROBSON, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE ESTATE OF
NATALIE BREDTHAUER, DECEASED**


BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

5

281603.1