## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 8 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON | § § § § |
| **Plaintiff** | § § |
| V | § § § |
| JEREMY SEAN WILSON an Incapacitated Person, KRISTA (WILSON) CHAAPEL, ANASTASIA ROBSON, Individually and As Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § § § § |
| **Defendants** | § § |

CA NO. C-00-003

## <u>AGREED ORDER OF DISMISSAL</u>

On the _____ day of _____ 2001, came on to be heard Third-Party

Defendant, PACCAR, INC.'S Motion For Dismissal as to Plaintiff, BILL DOBSON, D/B/A

DOBSON EXCAVATING AND TRUCKING AND JOHN ALBRITTON.    Third-Party

Defendant, PACCAR, INC. herein no longer desire to prosecute its case against Plaintiff,

BILL DOBSON, D/B/A DOBSON EXCAVATING AND TRUCKING AND JOHN

ALBRITTON, and respectfully request the Court to enter this Order dismissing this suit

with prejudice as to Plaintiff, BILL DOBSON, D/B/A DOBSON EXCAVATING AND

TRUCKING AND JOHN ALBRITTON.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Third-Party

Defendant, PACCAR, INC.'S lawsuit against Plaintiff, BILL DOBSON, D/B/A DOBSON

EXCAVATING AND TRUCKING AND JOHN ALBRITTON is dismissed with prejudice and

4

281835.1

that all costs of court associated with the cause of action between the parties be paid by the parties incurring the same.

It is further ORDERED ADJUDGED and DECREED that all relief not granted herein is denied.

SIGNED this ____6____ day of ____March____, 2000.

_____
JUDGE PRESIDING

APPROVED AND AGREED:

DAVIS & WILKERSON
P.O. Box 2283
Austin, Texas 78768-2283
512/482-0614
512/482-0342 (FAX)

_____
V. ELIZABETH LEDBETTER
Federal I.D. No. 1624
State Bar No. 12104700
**ATTORNEYS FOR PLAINTIFF,
BILL DOBSON**

BALL & WEED
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas 78212
210/731-6350
210/731-6499 (FAX)

_____
LARRY D. WARREN
Federal I.D. No. 13994
State Bar No. 20888450
**ATTORNEYS FOR THIRD-PARTY DEFENDANT,
PACCAR, INC.**

5

281835.1