IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>    Plaintiffs | § § § § § § | |
| VS. | § § | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>    Defendants | § § § § § § § § § | CIVIL ACTION NO. C-00-003 |

United States Bankruptcy Court
Southern District of Texas
FILED
MAY 1 4 2001
Michael N. Milby, Clerk

**ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION TO LEAVE TO FILE SECOND AMENDED THIRD PARTY COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant and Counter-Plaintiff, Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased, (Robson) and files this Motion for Leave to File Second Amended Third-Party Complaint against Third-Party Defendant, Strick Corporation, Inc. (Strick) pursuant to Fed.R.Civ.P. 14.

### A. Introduction

1. Plaintiffs and Interpleader (Dobson Trucking and Albritton) have brought this cause of action depositing into the registry of the Court the limits of an insurance policy.

2. Anastasia Robson has attached her Second Amended Third-Party Complaint to this Motion.

Page 1 of 3

## B. Request for Leave

3. Third-party Defendant, Strick Corporation, Inc. (Strick) is liable to Robson for all or part of Robson's claims against it because Strick designed and manufactured the tractor-trailer which was involved in the accident made the basis of this lawsuit. Robson alleges that the tractor-trailer was defectively manufactured and/or designed and placed in the stream of commerce in such a defective state. Such acts were a producing cause of the injuries suffered by Robson.

4. Filing the Second Amended Third-Party Complaint will not cause a delay or inconvenience the existing parties because modification of the scheduling order currently in effect will not be required.

## C. Prayer

For these reasons, Robson asks the Court to grant her Motion for Leave to File Second Amended Third-Party Complaint against Strick.

Respectfully submitted,

NORMAN & POWELL

By: /s/ Michael H. Norman
Michael H. Norman
Federal ID No. 2973
William T. Powell
State Bar No. 1620680
952 Echo Lane, Suite 410
Houston, Texas 77024
713-722-8700 (office)
713-722-9197 (fax)
**ATTORNEYS FOR DEFENDANT
AND THIRD-PARTY PLAINTIFF,
ANASTASIA ROBSON**

Page 2 of 3

## CERTIFICATE OF CONFERENCE

I hereby certify that we have contacted Mr. Doug Chaves and/or Mr. Jim Wray, counsel for Defendant, Strick Corporation, Inc., by telephone and they are unopposed to Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint.

_____
MICHAEL H. NORMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true an correct copy of the above and foregoing document has been forwarded to all attorneys of record, on this the 10th day of May, 2001, in accordance with the Federal Rules of Civil Procedure.

_____
MICHAEL H. NORMAN

Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>　　　Plaintiffs | § § § § § § § § § § § § § § § § § | |
| VS. | | |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>　　　Defendants | | CIVIL ACTION NO. C-00-003 |

## ORDER GRANTING ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR LEAVE TO FILE SECOND AMENDED THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint, and the Court, upon presentation of the same, is of the opinion that it is meritorious. It is therefore,

ORDERED, ADJUDGED and DECREED that Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint is hereby GRANTED.

SIGNED this the _____ day of _____, 2001.

_____
JUDGE PRESIDING