IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 22 2001

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § § | C.A. NO. C.00.003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER | § § § § § § § § § | |
| VS. | § § | |
| STRICK CORPORATION and PACCAR, INC. | § § | |

**MOTION FOR LEAVE TO FILE ANSWER AND AMENDED
ANSWERS TO PLAINTIFFS' THIRD PARTY COMPLAINTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, STRICK CORPORATION respectfully moving the Court for leave to file answer and amended answers to Plaintiffs' Third Party Complaints filed herein by Jeremy Sean Wilson, Dr. Larry Bredthauer and Anastasia Robson, and in support thereof states as follows:

I.

Undersigned counsel, James W. Wray, Jr., conferred on May 8 and 9, 2001, by telephone with Randy Howry, counsel for Dr. Larry Bredthauer, Michael Norman, counsel for Anastasia Robson and Paul Swacina, counsel for Jeremy Sean Wilson, each of whom

Strick Corp's Motion for Leave

1

107.

stated that they had no objection to the filing of the answer and amended answers relating to the complaints filed in behalf of their clients.

II.

The answer and amended answers submitted herewith are required by changes in the status of the parties, and by discovery conducted subsequent to the filing of the original complaints raising defenses to the causes of action stated in the complaint.

III.

The granting of this motion will cause no delay in the trial of this case.

IV.

An Order granting leave to file the answer and amended answers is attached hereto.

Respectfully submitted,

By: _____
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

Of Counsel:

James W. Wray, Jr.
Federal I.D. No. 663
State Bar No. 00786045
CHAVES, GONZALES, & HOBLIT, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 22nd day of May, 2001.

**Certified Mail/RRR:**
Mr. Paul Swacina
BRIN & BRIN
1202 THIRD STREET
CORPUS CHRISTI, TEXAS 78404

Mr. William T. Powell
Mr. Michael H. Norman
952 ECHO LANE, SUITE 410
HOUSTON, TEXAS 77024

Mr. Randy Howry
HOWRY & HOWRY, LLP
1900 PEARL STREET
AUSTIN, TEXAS 78705

Douglas E. Chaves