IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING, and JOHN ALBRITTON<br>Plaintiffs | §<br>§<br>§<br>§<br>§ |
| VS. | §<br>§ |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually, and as Administratrix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. C-00-003

**ORDER GRANTING
ANASTASIA ROBSON, INDIVIDUALLY AND AS ADMINISTRATRIX
OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S
MOTION FOR LEAVE TO FILE SECOND AMENDED
THIRD-PARTY COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint, and the Court, upon presentation of the same, is of the opinion that it is meritorious. It is therefore,

ORDERED, ADJUDGED and DECREED that Anastasia Robson, Individually and as Administratrix of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint is hereby GRANTED.

SIGNED this the ___25___ day of ___May___, 2001.

_____
JUDGE PRESIDING