UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JEREMY SEAN WILSON, ANASTASIA ROBSON, Individually, and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased and DR. LARRY BREDTHAUER | § § § § § § | |
| v. | § § | CASE NUMBER C-00-003 |
| STRICK CORPORATION, INC. | § § | |

112

## ORDER GRANTING DR. LARRY BREDTHAUER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NATALIE BREDTHAUER, DECEASED'S MOTION FOR LEAVE TO FILE SECOND AMENDED THIRD PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

On this day came on to be heard Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Complaint, and the Court, upon presentation of the same, is of the opinion that it is meritorious. It is therefore,

ORDERED, ADJUDGED and DECREED that Dr. Larry Bredthauer, Individually and as Administrator of the Estate of Natalie Bredthauer, Deceased's Motion for Leave to File Second Amended Third-Party Complaint is hereby GRANTED.

SIGNED this the 25 day of May, 2001.

_____
JUDGE PRESIDING

F:\CASES\RH\Bredthauer v. Dobson\Pleadings\Order Granting Leave Bredthauer 2nd Amed 3rd Party Cmplt.wpd