IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON<br><br>VS.<br><br>STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER<br><br>VS.<br><br>STRICK CORPORATION and PACCAR, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

C.A. NO. C.00.003

## ORDER

This _25_ day of _May_____, 2001, the Court grants the unopposed Motion

of Defendant Strick Corporation to file Answer and Amended Answers to the Third Party

Complaints of Jeremy Wilson, Dr. Larry Bredthauer and Anastasia Robson.

_____
JUDGE PRESIDING