U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

AUG -3 01

MICHAEL N. MILBY, CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § |
| VS. | § C.A. NO. C.00.003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER | § § § § § § § § |
| VS. | § § |
| STRICK CORPORATION and PACCAR, INC. | § § |

## JOINT MOTION TO DISMISS ALL CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Parties, JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and DR. LARRY BREDTHAUER, Plaintiffs, and the Defendant, STRICK CORPORATION, with this their Joint Motion to Dismiss all causes of action stated herein, for cause respectfully stating as follows:

1. The parties joining in this Motion are the only parties remaining in this suit with JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and Dr. LARRY BREDTHAUER, being Plaintiffs and the STRICK CORPORATION the sole

Joint Motion to Dismiss All Claims

1

115.
ClibPDF - www.fastio.com

remaining Defendant, the other parties to this suit having been previously dismissed by order of the Court.

2. KRISTA WILSON CHAAPEL has elected not to further pursue her cause of action against the STRICK CORPORATION and hereby agrees to the entry of a judgment dismissing her suit with prejudice.

3. JEREMY SEAN WILSON, whose suit was originally brought by his father, Stan Wilson, As Temporary Guardian, is no longer under guardianship, the temporary guardianship having expired by its own term and the Court has previously been presented with reports of attending doctors attesting that JEREMY SEAN WILSON is capable of handling his own affairs and needs no guardian. JEREMY SEAN WILSON has settled all of his claims against the STRICK CORPORATION.

4. ANASTASIA ROBSON and DR. LARRY BREDTHAUER, the parents of Natalie Bredthauer, have settled all of their claims against the STRICK CORPORATION arising out of the death of their daughter. Although each has brought suit as representative of the Estate of Natalie Bredthauer, Deceased, they are agreed and have warranted to the STRICK CORPORATION that there is no need for administration on the estate of their daughter and that they, her father and mother, are her sole heirs at law, she having died intestate.

5. The parties have agreed, as a part of their settlements, that this suit will be dismissed with prejudice with costs to be borne by the parties incurring such costs.

6. An Order of Dismissal With Prejudice is appended hereto with the request that the Court enter the same.

Respectfully submitted,

By: _____
DOUGLAS E. CHAVES
Attorney-in-Charge for Defendant,
STRICK CORPORATION
Federal I.D. No. 1895
State Bar No. 04161400

Of Counsel:

James W. Wray, Jr.
Federal I.D. No. 663
State Bar No. 00786045
**CHAVES, GONZALES, & HOBLIT, L.L.P.**
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, TX 78470
(361) 888-9392 - telephone
(361) 888-9187 - facsimile

By: _____
MICHAEL H. NORMAN
Attorney-in-Charge for Defendant
and Third-Party Plaintiff,
ANASTASIA ROBSON
Federal I.D. No. 2973
State Bar No. 15081300

Of Counsel:

**NORMAN & POWELL**
952 Echo Lane, Suite 410
Houston, TX 77024
(713) 722-8700 - telephone
(713) 722-9197 - facsimile

Joint Motion to Dismiss All Claims

3

By: /s/ Randy Howry
RANDY HOWRY
Attorney-in-Charge for Defendant
and Third-Party Plaintiff,
DR. LARRY BREDTHAUER
Federal I.D. No. 16184
State Bar No. 10121690

Of Counsel:

**HERMAN, HOWRY & BREEN, L.L.P.**
1900 Pearl Street
Austin, TX 78705
(512) 474-7300 - telephone
(512) 474-8557 - facsimile


By:_____
PAUL SWACINA
Attorney-in-Charge for Plaintiff,
JEREMY SEAN WILSON
Federal I.D. No. 5924
State Bar No. 19542700

Of Counsel:

**BRIN & BRIN, P.C.**
1202 Third Street
Corpus Christi, TX 78404
(361) 881-9643 - telephone
(361) 883-0506 - facsimile

By:_____
   RANDY HOWRY
   Attorney-in-Charge for Defendant
   and Third-Party Plaintiff,
   DR. LARRY BREDTHAUER
   Federal I.D. No. 16184
   State Bar No. 10121690

Of Counsel:

**HERMAN, HOWRY & BREEN, L.L.P.**
1900 Pearl Street
Austin, TX 78705
(512) 474-7300 - telephone
(512) 474-8557 - facsimile


By: *[signature: Paul Swacina]*
   PAUL SWACINA
   Attorney-in-Charge for Plaintiff,
   JEREMY SEAN WILSON
   Federal I.D. No. 5924
   State Bar No. 19542700

Of Counsel:

**BRIN & BRIN, P.C.**
1202 Third Street
Corpus Christi, TX 78404
(361) 881-9643 - telephone
(361) 883-0506 - facsimile


Joint Motion to Dismiss All Claims

4

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 3rd day of August, 2001.

**Certified Mail/RRR:**
Mr. Paul Swacina
BRIN & BRIN
1202 Third Street
Corpus Christi, Texas 78404

Mr. William T. Powell
Mr. Michael H. Norman
952 Echo Lane, Suite 410
Houston, Texas 77024

Mr. Randy Howry
HERMAN, HOWRY & BREEN, L.L.P.
1900 Pearl Street
Austin, Texas 78705

Douglas E. Chaves

Joint Motion to Dismiss All Claims

5

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON | § § § § | |
| VS. | § | C.A. NO. C.00.003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER | § § § § § § § § § | |
| VS. | § § | |
| STRICK CORPORATION and PACCAR, INC. | § § | |

## ORDER

The parties remaining in this suit, JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and DR. LARRY BREDTHAUER, Plaintiffs, and the Defendant, STRICK CORPORATION, having jointly moved that this cause be dismissed with prejudice and the Court having considered the Order finds as follows:

1. The temporary guardianship of Stan Wilson for his ward, JEREMY SEAN WILSON, having expired by its own term, JEREMY SEAN WILSON is now acting for himself as Plaintiff in this suit.

2. The parties Plaintiffs, JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and DR. LARRY BREDTHAUER, all have settled

ORDER
1

their actions against the Defendant, the STRICK CORPORATION, and have agreed that costs will be assessed to the parties incurring the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this suit by JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, and ANASTASIA ROBSON and DR. LARRY BREDTHAUER, Individually and As Representatives of the Estate of Natalie Bredthauer, Deceased, be and the same is hereby dismissed with prejudice to the refiling thereof.  It is further ORDERED that costs will be paid by the parties incurring the same.

SIGNED and ENTERED this _____ day of _____, 2001.

_____
**JUDGE PRESIDING**

ORDER
2