IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 7 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BILL DOBSON, d/b/a DOBSON EXCAVATING AND TRUCKING and JOHN ALBRITTON § § § § | |
| VS. § § | C.A. NO. C.00.003 |
| STAN WILSON, Individually and as Guardian of JEREMY SEAN WILSON an Incapacitated Person, KRISTA WILSON, ANASTASIA ROBSON, Individually and as Administratix of the Estate of NATALIE BREDTHAUER, Deceased, and DR. LARRY BREDTHAUER § § § § § § § § § § | |
| VS. § § | |
| STRICK CORPORATION and PACCAR, INC. § § | |

116.

## ORDER

The parties remaining in this suit, JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and DR. LARRY BREDTHAUER, Plaintiffs, and the Defendant, STRICK CORPORATION, having jointly moved that this cause be dismissed with prejudice and the Court having considered the Order finds as follows:

1. The temporary guardianship of Stan Wilson for his ward, JEREMY SEAN WILSON, having expired by its own term, JEREMY SEAN WILSON is now acting for himself as Plaintiff in this suit.

2. The parties Plaintiffs, JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, ANASTASIA ROBSON and DR. LARRY BREDTHAUER, all have settled

ORDER

1

their actions against the Defendant, the STRICK CORPORATION, and have agreed that costs will be assessed to the parties incurring the same.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this suit by JEREMY SEAN WILSON, KRISTA WILSON CHAAPEL, and ANASTASIA ROBSON and DR. LARRY BREDTHAUER, Individually and As Representatives of the Estate of Natalie Bredthauer, Deceased, be and the same is hereby dismissed with prejudice to the refiling thereof. It is further ORDERED that costs will be paid by the parties incurring the same.

SIGNED and ENTERED this __6__ day of __August__, 2001.

_____
JUDGE PRESIDING